

# FILED

OCT 04 2017

TIMOTHY M. O'BRIEN CLERK

By_____Deputy



RECEIVED

OCT 04 2017

CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS

## COVER LETTER FOR NATIONS'-WIDE UPHOLD POPE FRANCIS NEW LAW BY

*ORTHODOX CHURCH, DEFENDER OF FAITH, and James Clinton Belcher, renew all elected official's Oath of Office*

**I.**  **NOTICE OF LACK OF JURISDICTION AND DEMAND FOR HEARING TO ORDER PROOF OF JURISDICTION**/and chapter 15, Ancillary, subordinate, subsidially, assisting  the other High Contracting Parties

**II.**  *A Brief Report for Those Trying to Understand the New World*

APOSTOLIC LETTER ISSUED *MOTU PROPRIO* OF THE SUPREME PONTIFF FRANCIS/self-executing Treaties Ratified in Ethiopia, Addis Ababa: The High Contracting Parties:
Criminal Indictment for all corporations THAT VIOLATION of Human Right's of People's Human Affair's: and Environmental Common Court.
Regulate: 1885 International Rules: USA is Federal Jurisdictions'
**Federal Democratic Republic of Ethiopia, abroad: "The Federation" (Harare Governor Office)**

**III.**  **AFFIDAVIT OF ADVERSE CLAIM**

**IV. Chapter 11, Sovereignty Foreign Corporation**. *A corporation doing business in one state though chartered or incorporated in another state is a foreign corporation as to the first state, and, as such, is required to consent to certain conditions and restrictions in order to do business in such first state.*

The subject of federal jurisdiction had been almost entirely ignored outside the courts until the year 1954, *Economic Relations' Agreement between USA and Ethiopia "Treaty of Amity" There are only Two High Contracting Parties in USA,* In that year, a detailed study of federal jurisdiction was undertaken.

It scarcely needs to be said that **unless *there has been a transfer of jurisdiction*** by self-executing Treaties Enforcement and Compliance (TAC) Trade Agreement Compliance and Uniform Commercial Code Transfer the Collateral to Secured Parties (1) pursuant to clause 17 by a Federal acquisition of land with State consent, or (2) by cession from the State to the Federal Government, or unless the Federal Government has reserved jurisdiction upon the admission of the State, **the Federal Government possesses no legislative jurisdiction over any area within a State**, such jurisdiction being for exercise entirely by the State ....

### [Jurisdiction over Federal Areas within the States]
[Volume II, page 4, emphasis added]

These federal enclaves are considered foreign *with respect to* the States which surround them, just as the 50 *States are considered foreign with respect to each other and to the federal zone:* "...The several states of the Union are to be considered as in this respect foreign to each other ...." **Hanley v. Donoghue, 116 U.S. 1 (1885)**. **Once a State *surrenders its sovereignty over a specific area of land, it is powerless over that land; it is without authority; it cannot recapture any of its transferred jurisdiction by unilateral action, just as the Federal government cannot acquire jurisdiction over State area by its unilateral action. The State has transferred its sovereign authority to a foreign power:***

*A contract in which only one party makes an express promise, or undertakes a performance without first securing a reciprocal agreement from th e other party.* In a unilateral, or one sided, contract, one party, known as the offeror, makes a promise in exchange for an act (or abstention from acting) by another party, known as the offense.
If the offense acts on the offeror's promise, the offeror is legally obligated to fulfill the contract, but an offense cannot be forced to act (or not act), because no return promise has been made to the offeror. After an offeree has performed, only one enforceable promise exists, that of t he offer or. A unilateral contract differs from a <u>Bilateral Contract</u>, in which the parties exchange mutual promises.
Bilateral contracts are commonly used in business transactions; a sale of goods is a type of bilateral contract.

Once a State has, by one means or another, transferred jurisdiction to the United States**, *it is, of course, powerless* to control many of the consequences*; without jurisdiction,* it is without the authority to deal with many of the problems, and having *transferred jurisdiction to the United States***, it cannot unilaterally capture any of the transferred jurisdiction 1933 Congress had no other choice but to relinquish all States under International Laws of the Bankruptcy.

CASE NO. 2:17-CV-2580-
JWL-TJJ

1

2 **Attorney(s) Emperor, Haile G. Sellassie, I:**
**Crown Council Tribe of Lion of Judah**
**King Emanuel the Seven Black International Congress**
3 **Firm's Federal Democratic Republic of Ethiopia, Abroad: "The Federation"**
Ambassador Negash Kibret  Director General for International Organizations
4 Ambassador Taye Atskeselassie  Director General for Amer Affairs
Ato Reta Alemu Director General for International Legal Affairs
Ato Zewdu Gebreweld Head of the ICT Center
5 Director General for African Affairs
Ato feyisel Aliyi Director General, Diaspora Engagement Affairs
6 Harold G Fuller, I Senior Director General/Housing Secretary
Solomon E Wolfe, Land Grant Administrator for the Country of Ethiopia
7

**F I L E D**

OCT 0 4 2017

TIMOTHY M. O'BRIEN CLERK
By_____Deputy

8

9 *International Tribunal of Climate Justice as a compliance mechanism:*
*Of the Imperial Crown of Ethiopia*
*Government of the Holy Roman Empire the Vatican Chancery Court –*
10 **United States District Court of Kansas**

| | |
|---|---|
| 11  Federal Democratic Republic of Ethiopia, .abroad:" The Federation Harare Governor Office .James Clinton Belcher, Head of State United States of .America, Unincorporated c/o Box 520994 Big Lake, .Alaska, 99652 (907) 250- 5087avannavon@gmail.com by: Anna Maria Riezinger, Fiduciary two High Contracting Parties in the United States of America .Ethiopia | **Case No.: OTP# 1-CR-203-15-001**  **Nations-wide, to renew all Official's Oath in America, for Head of State James Clinton Belcher NOTICE OF LACK OF JURISDICTION and DEMAND FOR HEARING TO ORDER PROOF OF JURISDICTION**/and chapter 15, Ancillary, subordinate, subsidially, assisting  the other High Contracting Parties |

10

11

12

13

14         Plaintiff,  vs.
..DEF:, Olathe, Police Department,file#*20170013570*
15 **Department, INS CORPORATION, Scott Harvey Real**
**Estate company Dorsch Law Firm, and Real/Estate company**
16 **anyone else.** The UNITED STATES, INC. *and  all its*
*municipal franchises dba CHINA (INC.), JAPAN (INC.), State*
*Farm (INC) INDIA (INC.) , STATE OF OREGON (INC.), JOHN*
17 *MICHAEL SMITH (INC.), CITY OF OMAHA (INC.), UNITED*
*KINGDOM (INC.), FLORIDA (INC.), CANADA (INC.),*
18 *AUSTRALIA (INC.)* Municipal United States Government, All
incorporated entities (called legal fictions) C-Corps, S Corps,
19 LLCs, Trusts, Foundations  *ad infinitum, is in Chapter 7*
*Liquidation since 2015.*

The order below is hereby signed S. *Martin Teel, Jr*.
United States Bankruptcy Judge Signed: *December 09, 2008.*  UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF COLUMBIA
*ORDER DECREEING THAT, WITH THE*
*EXCEPTION OF INTERIM RULE 5012,* THE
INTERIM BANKRUPTCY RULES, AS REVISED,
SHALL CEASE AS OF **DECEMBER 1, 2008,** TO
BE EFFECTIVE AS LOCAL BANKRUPTCY
*RULES OF THIS COURT*

20

21

22 **TO ALL INTERESTED PARTIES:**
          **PLEASE TAKE NOTICE** that a hearing has been requested by the Accused  Federal
23 Democratic Republic of Ethiopia, abroad:" The Federation Harare Governor Office James Clinton Belcher, Head of State
United States of America, Unincorporated c/o Box 520994 Big Lake, Alaska, 99652 (907) 250- 5087avannavon@gmail.com by: Anna
24 Maria Riezinger, Fiduciary **two High Contracting Parties in the United States of America/Ethiopia.**
To take place on the _____ day of _____, 2017, at _____ hours in
25 Courtroom_____, of the above entitled Court located at _____.

26         1.        This hearing has been called to resolve certain conclusions of law which are in controversy.  The
demand for this hearing constitutes a direct challenge to the jurisdiction of this Court in the instant matter **Two High**
27 **Contracting Parties in the United States of America, The accused Parties [United States of America inc,** *municipal*
*franchises*] is aware that he has been compelled to participate in this action under threat of arrest and incarceration,
28 should he fail to appear when ordered to do so.

- 1 -
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

2.      The subject matter jurisdiction of this Court is not in question here.  Rather, because the matter is criminal in nature and involves a compelled performance to what is essentially derived from **Roman Civil (Administrative) Law,** the Accused herewith challenges the ***In Personam* jurisdiction** of this Court. The Accused does so on the ground that the **Plaintiff has failed to provide an offer of proof that the Accused is subject** to the legislative equity jurisdiction in which this **Court intends to sit to hear and determine only the facts of this matter**, and **not** the law, arising from a "Bill of Pains and Penalties".

3.      It is well known that jurisdiction may be challenged at any time as an issue of law because, absent jurisdiction, all acts undertaken under the color of statute or under the color of ordinance are null and void *ab initio* (from their inception).

4.      Because the **Accused was compelled, under threat of further damage and injury, by Oathe, Police Department to enter** this Court to demand relief, this appearance **is SPECIAL**, and not general in nature.

5.      The argument which follows sets forth the nature of the controversy "At Law".  This **Court is bound by its oath of office to sit on the Law side of its jurisdiction** to hear the controversy in a neutral capacity and to **make a fair and impartial determination.**
6.      This document, and the argument contained herein, is intended to be the basis for further action on appeal, should this Court **fail to afford a complete hearing on the law of the matter at the noticed request** of the Accused. Furthermore, a failure of this Court to seat on the Law side of its jurisdiction to determine this timely question will give the Accused **cause to file for a Writ of Prohibition** in a higher Court.

## ARGUMENT

1.The Constitution of the United States of America (1787) is the supreme Law of the Land.  The Constitution of State of California all states of America, must be construed in harmony with the supreme Law of the Land; otherwise, the State of California all states of America, has violated its solemn contract with the Union of States known as the United States of America, and the question raised herein becomes one which is a proper original action before the Supreme Court of the United States, sitting in an Article 3 capacity.

**2. An employee of the Olathe, Police dispute between Economic Relations Agreement**
**Treaty of Amity Between The United States of America and Ethiopia, The United States of America and Ethiopia,** *desirous of emphasizing the friendly relations which have long prevailed between their peoples, of manifesting their common desire that the high principles in the regulation of human affairs to which they an committed shall be made more broadly effective, and of encouraging mutually beneficial investments and closer economic intercourse generally between their peoples, have resolved to conclude a Treaty of Amity and Economic Relations, and have appointed as their Plenipotentiaries:*
3.                                      **Article I**
1. There shall be constant peace and firm and lasting friendship between the United States of America and Ethiopia.
2. The two High Contracting Parties reiterate their intent to further the purposes of the United Nations.
**Article II**
Each High Contracting Party shall have the right to send to the other High Contracting Party duly accredited diplomatic representatives, who shall be received and, upon the basis of reciprocity, shall be accorded in the territories of such other High Contracting Party the rights, privileges, exemptions and immunities due them under generally recognized principles of international law.  Of failing to perform specifically to some legislative statute which is being presented as evidence of the law.  Statutes are not laws; they are administrative regulations which are civil in nature, even when they carry sanctions of a criminal nature, unless there is an injured party who is brought forward as a corpus delicti.

4. Thus, because of this unsupported conclusion of law, and because the Each High Contracting Party  has administratively decided that the Accused is subject to the statutes in question, the Accused Denfendant  holds that a contrary conclusion of law exists to challenge the jurisdiction of this Court. Therefore, this Court must now sit in a neutral position, on the Law side of its jurisdiction, to hear and resolve the question of controversial positions of law as they affect its jurisdiction or lack of jurisdiction In Personam.

5. This argument is intended to serve as both a defense "At Law" in this Court, and as the basis of future actions, should it become necessary to appeal the question presented to a higher judicial authority.

6. If the Accused High Contracting Parties, is correct, and if this Court is sitting to hear the violation of a regulatory statute, then it is possible that the judges of this Court, in hearing this matter, are acting **in an administrative capacity rather than a judicial capacity. This issue is discussed in detail in the argument which follows.**

7. This Court is placed on NOTICE that, if it fails to sit and hear this issue "At Law" upon a timely request, then you may have violated your oath of office to uphold and defend the Constitutions of the United States of America (1787) **and the California Republic (1849).** Such an act will serve to place you and the other parties to this action outside the realm of judicial immunity and subject to future action by this **Accused High Contracting Parties.** The Prosecutor in this action is specifically placed on NOTICE that s/he carries no shirt tail immunity should s/he continue to prosecute in the absence of a determination "At Law" of the question presented herein <u>before trial.</u>

## JURISDICTION

8. In 1849, California became one of the several States in the Union of States known as the United States of America. California is a "Common Law" State, meaning that the Common Law, as derived from the common law of England, is a recognized form of law in the State of California.

9. *Article 3 of the Constitution of the United States of America gives "judicial" power to the various courts, among them the District Courts.* What is not generally recognized is that the District Courts may seat in different jurisdictions. Judges may wear different hats, so to speak, depending on the nature of the case brought before them.

10.     **This Court may sit "At Law" to hear crimes and civil complaints involving a damage or injury which is unlawful under the Common Law of a State;** or it may seat in equity to determine specific performance to a contract in equity. Alternatively, as a creation of the foreign Corporate State, this Court may seat administratively in a fiction which may be termed "legislative equity", under authority to regulate activities not of common right, such as commerce for profit and gain, or other privileged activities.

11. In **1900 Ethiopia Emperor** *ratified friendly Treaty to Regulated the Commercial Relation in the USA*, then in **1953,** *Emperor Haile G Selassie, I:* extended the *friendly treaties with USA to read Economic Relations Agreement Treaty of Amity Between The United States of America and Ethiopia,*

12. *It is an unlawful abuse of procedure to use civil statutes as "evidence of the law" in a criminal matter, particularly when a United States Code has not been enacted into positive law (see, specifically, IRC 7851(a)(6)(A)).*

13. *Both civil and criminal matters "At Law" require that the complaining party be a victim of some recognizable damage. The "Law" cannot recognize a "crime" unless there is a victim who properly claims to have been damaged or injured.*

14. *Regulatory statutes, on the other hand, are enacted under the police power of State and Federal Governments to regulate activities not of common right. All statute law is inferior to, and bound by, the restrictions of the Constitution. These "regulatory" statutes operate as "law" on the subjects of those statutes, and violations may carry sanctions of a criminal nature, even in the absence of a victim or injury.*

15. *A self-evident truth which distinguishes "crimes" under the Law, from "offenses of a criminal nature" under regulatory statutes, is the difference between Rights afforded to a defendant in a criminal proceeding, and "rights" available to a defendant under "due process" in a statutory proceeding.*

16. In the case of true crimes "At Law", the Common Law enjoys all his fundamental rights as guaranteed by the State and Federal Constitutions, including both "substantive" and "procedural" due process. In contrast, when regulatory offenses "of a criminal nature" are involved, the statutory defendant cannot demand constitutional rights, since only certain "civil rights" have been granted in these actions, and only "procedural due process", consisting of the right to be heard on the facts alone, is allowed. Constitutional rights and substantive due process are noticeably absent. *Therefore, the Court must be seated in some jurisdiction other than "At Law", in order to hear an alleged violation of a regulatory statute.*

17. The *Accused,* Federal Democratic Republic of Ethiopia, abroad:" The Federation Harare Governor James Clinton Belcher, Head of State United States of America, Unincorporated hereby places all parties and the Court on NOTICE, that The High Contracting Parties:

18. *The Accused Common Law This then forced the Territorial United States and its corporate franchises dba China (Inc.), Japan (Inc.), State of Oregon (Inc.), John Michael Smith (Inc.), City of Omaha (Inc.), United Kingdom (Inc.), Florida (Inc.), Canada(Inc.), Australia (Inc.)….ad infinitum, is in Chapter 11 Reorganization as of May 1, 2017----because they are no longer the beneficiaries of the municipal franchises.*

19. **The Accused** *Haile G Selassie, I:* **Common Law and** Official's cover up  Housing Bubble's Scummy Residue: Fraudulent Foreclose Documents

YOU CAN BE CHARGE WHEN THERE IS A WORKPLACE ACCIDENT AND A VIOLATION OF AN FEDERAL EMERGENCY HOUSING LAW IS QUASI-CRIMINAL.

20. Once jurisdiction is challenged, this Court must sit on the Law side of its jurisdiction as a neutral arbitrator, before the allegations of **statutory wrongdoing can proceed**. Failure to do so may subject the judge of this Court to **charges of perjury for violating the oath of office** by **refusing to uphold and protect the rights guaranteed** and protected by the **Constitutions of the California Republic and of the United States of America.**

21. The Accused Federal Democratic Republic of Ethiopia, abroad:" The Federation Harare Governor James Clinton Belcher, Head of State United States of America, Unincorporated requests that this Court take judicial notice number, three: that he has been **compelled** to enter this Court to answer the allegation, and contends that the allegations are founded upon false conclusions of law. The Memorandum of Law which follows will set forth the position of **the Accused** Federal Democratic Republic of Ethiopia, abroad: " The Federation Harare Governor, Senior Director General/Housing Secretary: Harold Glen Fuller, I:  James Clinton Belcher, Head of State United States of America, Unincorporated and the record will show that no evidence is before this Court which contradicts the position of **the Two High Contracting Parties**, except a mere fiction of law. This fiction of law cannot stand in the face of a clear and direct challenge.

## MEMORANDUM OF LAW CLASSES OF CITIZENSHIP
### Transfer Trade Agreement Compliance of the High Contracting Parties Ethiopia.
**.  Enforcement and Compliance (TAC) Trade Agreement Compliance**
**. Economic Relations Agreement between USA and Ethiopia, "Treaty of Amity" (TAC) Trade Agreement Compliance. Self-executing Treaties along with E.U. High Contracting Parties, K.3**

This **Constitution, and the Laws of the United States** which shall be made in **Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.**

30 Bus; Law. 433(1974-1975) **Secured Parties and Judgment creditors the Courts and section 9-311 of** the Uniform Commercial Code. One of the objective **of Article 9 of the UCC was to simplify the formal requistes** for the creation of a security **interest in personal properties of the Secured Parties.** The code is so successfully in attaining that objective that it has often been criticized for **favoring Secured Parties** at the expense of unsecured creditors. This Article deals with one of the points at which the interest of secured parties frequently conflict with these of unsecured creditors. However **a secured parties, has a perfected security interest in these properties, (known as collateral OF USA/Ethiopia).** And security interest has priority over any Lien that the judgment creditor may now obtain by **attachment or Levy.**

2.      This Court is herewith mandated to **take judicial notice of the Constitution for the United States of America, the Constitution** of the California Republic, the Statutes at Large of the United States of America, and all case law presented herein, pursuant to the Federal Rules of Evidence, Section 201, et seq., and Article 4, Section 1 (4:1) of the Constitution for the United States of America (1787).

### Self-Executing Treaty
*A compact between two nations that is effective immediately without the need for ancillary legislation.*

A treaty is ordinarily considered self/executing if it provides adequate rules by which given rights may be enjoyed or imposed duties may be enforced. Conversely it is generally not self-executing when it merely indicates principles without providing rules giving them the force of law.

3. *Excluding "Indians not taxed",* Tribe of the Lion of Judah since they are not under consideration in this matter, we are left with two other classes of individuals defined in 1:2:3 of the U.S. Constitution, to wit: "free Persons" and "three-fifths of all other Persons".

4. The term "three fifths of all other Persons" referred to the Black slave population and all others of races other than "white" who could not and did not have Common Law Citizenship of one of the several States of the Union, at the time the Constitution was adopted. (For an in-depth analysis of this fact, see the cases of Dred Scott v. Sandford, 19 How. 393 (1856); U.S. v. Rhodes, 1 Abbott 39; Slaughter House Cases, 16 Wall. 74 (1873); Van Valkenburg v. Brown, 43 Cal. 43 (1872); U.S. v. Wong Kim Ark, 169 U.S. 649 (1898); and K. Tashiro v. Jordan, 201 Cal. 239 (1927); et al.)

5. The Thirteenth Amendment, officially and lawfully ratified in 1865, served only to abolish slavery within the corporate United States. No race other than the white race could claim Common Law Citizenship of one of the several States, which Citizenship was afforded the protection of the Constitutions. (This is discussed in depth in Dred Scott v. Sandford supra).

6. Further proof that this argument applies to the State of California and all states is found in Article 2, Section 1 of the Original California Constitution (1849) which states in part: "Every WHITE male citizen of the United States, and every WHITE male citizen of Mexico ..." [emphasis added]. Obviously, this provision excluded all other races from being Common Law Citizens of California and from having the full protection of the State and Federal Constitutions. This was the case even before the famous Dred Scott decision. It is most notable that the California Constitution was altered after the so-called 14th Amendment so as to delete all references to "white" male Citizens, and today it refers only to "persons".

7. Following the decision in Dred Scott supra, Congress allegedly enacted and ratified the so-called 14th Amendment to the Constitution for the United States of America to afford "statutory citizenship" status to those who were deemed excluded from this Common Law status under the Supreme Court's interpretations of the Constitution. This event unfolds in detail in the case law surrounding the 13th and 14th Amendments, with a very significant difference which is of great importance to the instant matter.

8. Such cases as the Slaughter House Cases supra; Twining v. New Jersey, 211 U.S. 78 (1908); K. Tashiro v. Jordan supra; among many others, all declared that under the Law, "there is a clear distinction between a Citizen of a State and a citizen of the United States".

9. A famous French statesman, Fredrick Bastiat, noted in the early 1800's that if freedom were to be destroyed in America, it would result from the question of slavery and from the failure to equate all races and all humans as "equals". The Accused is not responsible for the errors of the past and elects not to dwell at length on this subject. However, the so-called 14th Amendment must now be discussed and, as abhorrent as it may sound, it is a matter of fact and law that this is the position (intentional or unintentional) which forms the basis of the law with which we live today.

10. Under the Federal and State Constitutions, "... We the People" did not surrender our individual sovereignty to either the State or Federal Government. Powers "delegated" do not equate to powers surrendered. This is a Republic, not a democracy, and the majority cannot impose its will upon the minority simply because some "law" is already set forth. Any individual can do anything he or she wishes to do, so long as it does not damage, injure or impair the same Right of another individual. The concept of a corpus delicti is relevant here, in order to prove some "crime" or civil damage.

11. Federal Democratic Republic of Ethiopia, abroad: "The Federation" Harare Governor Office, contend that both the State of California and all states the Federal Government (known as the "United States") are committing an act of GENOCIDE upon the Common Law State Citizens of the several States by perpetrating and perpetuating the "fiction of law" that everyone is a statutory "citizen of the United States".

## Article XVII

Any dispute between the High Contracting Parties as to the interpretation or application of the present Treaty, not satisfactorily adjusted by diplomacy, shall at the request of either High Contracting Party be submitted to the International Court of Justice, unless the High Contracting Parties agree to Settlement by some other pacific means.

## Article XVIII

The present Treaty shall replace the Treaty of Commerce signed at Addis Ababa June 27, 1914. 1/

1/ Treaty Series 647:41 Stat/ 1711.

WHEREAS the said treaty and notes were **ratified by the President of the United States of America on August 4, 1953, in** pursuance of the aforesaid advice and consent of the Senate, and were **duly ratified on the part of Ethiopia**; WHEREAS the respective instruments **of ratification of the said treaty** and notes were **duly exchanged at Addis Ababa on September 8, 1953;**

And WHEREAS it is provided in paragraph 2 of Article XIX of the said treaty that the **treaty shall enter into force one month after the day of exchange of ratifications;**

### Article IV

All furniture, equipment and supplies consigned to or withdrawn from customs custody for a consular or diplomatic office of either High Contracting Party for official use shall be exempt within the territories of the other High Contracting Party from all customs duties and internal revenue or other taxes whether imposed upon or by reason of importation.

4. Each High Contracting Party shall be exempt, on a reciprocal basis, within the territories of the other High Contracting Party from taxes or other similar charges of any kind upon real property and appurtenances or possessed by it for diplomatic or consular purposes, and such property shall not in any event be treated in a manner less favorable than similar properties of any third country. Such exemptions shall, however, not apply to charges or assessments levied for services or public improvements by which such properties are benefited.

### Article V

1. No tax or other similar charge of any kind shall be levied or collected within the territories of the receiving state in respect of the official emoluments, salaries, wages or allowances received: (a) by a consular officer of the sending state as compensation for his consular services; or (b) by a consular employee thereof as compensation for his services at a consulate. Likewise, consular officers and employees, who are permanent employees of the sending state and are not engaged in private occupation for gain within the territories of the receiving state, shall be exempt from all taxes or other similar charges, the legal incidence of which would otherwise fall upon such officer or employee.

### Article VI

1. Nationals of either High Contracting Party shall be permitted, subject to immigration laws and regulations, to enter the territories of the other High Contracting Party and to reside therein for the purpose of engaging in industry, carrying on international trade, or pursuing studies, upon terms no less favorable than those accorded to nationals of any third country.

2. Nationals of either High Contracting Party shall receive the most constant protection and security within the territories of the other High Contracting Party. When any such national is in custody, lie shall in every respect receive reasonable and humane treatment; and, on his demand, the diplomatic or consular representative of his country shall be immediately notified and accorded full opportunity to safeguard his interests. He shall be promptly informed of the accusations against him, allowed ample facilities to defend himself and given a prompt and impartial disposition of his case, in accord with modern standards of justice.

Companies of either High Contracting Party shall no be subject within the territories of the other High Contracting Party, to taxes up any income, transactions or capital not attributable to the operations and investment thereof with such territories.

### Article XI

Neither High Contracting Party shall apply restrictions on the making of payments, remittances, and other transfers of funds to or from the territories of the other High Contracting Party, except (a) to the extent necessary to assure the availability of foreign exchange for payments for goods and services essential to the health and welfare of its people, or (b) in the case of a member of the International Monetary Fund, restrictions specifically approved by the Fund.

This allegation is now discussed by proving exactly what the "United States" means and in what capacity it now operates.

### WHAT IS THE "UNITED STATES"?

12. As we begin, it must be noted that this Common Law State Citizen alleges "fraud" by the State and Federal Governments for failing to inform the People that they are all included (through the use of a fiction of law) in that statutory class of persons called "citizens of the United States".

13. The use of this fiction of law is particularly abhorrent in view of the fact that, when arbitrarily applied to everyone, the States lose their sovereignty, the Common Law Citizens of the State lose their fundamental rights, and the "citizens of the United States" lose the guidelines which established their "civil rights". The net effect is that these actions have lowered everyone's status to that of a "subject".

**14. There is a clear distinction** between the meanings of "United States" and "United States of America". The People of America have been fraudulently and purposely misled to believe that these terms are completely synonymous in every context.

15. In fact, in Law the term "United States of America" refers to the several States which are "united by and under the Constitution"; the term "United States" refers to that geographical area defined in Article 1, Section 8, Clause 17 (1:8:17) and in Article 4, Section 3, Clause 2 (4:3:2) of the Federal Constitution.

16. In 1802, the "Congress Assembled" incorporated a geographical area known as the "United States". The "United States" is, therefore, a nation-state which is separate and unique unto itself. Furthermore, even though the "United States" is not a member of the "Union of States united by and under the Constitution", it is bound by that Constitution to restrict its activities in dealing with the several States and with the Common Law Citizens of those States. Under 1:8:17 and 4:3:2 of the Constitution for the United States of America (1787), Congress has exclusive power to legislate and regulate the inhabitants of its geographical territory and its statutory "citizens" under the so-called 14th Amendment, wherever they are "resident", even if they do inhabit one of the 50 States of the Union.

## CONCLUSION
## STATEMENT OF STATUS AND JURISDICTION
### I
The Federal Zone: Chapter 11: Sovereignty - Supreme Law Firm see exhibit solomonicdynasty

The **international** independence of a state, combined with the right and Despite its obvious importance, the subject of **federal jurisdiction** had been almost entirely ignored outside the courts until the year 1954, Donoghue, 116 **U.S.** 1 (**1885**). Criminal **laws** in areas under the exclusive **jurisdiction** of the **United States of America.**

### THE ORGANIC LAW
### AND THE UNION FOUNDED THEREON ARE PERPETUAL

The founding Law of the nation is the perpetual authority upon which the continued existence of the nation itself is predicated. As such, the founding Law carries universal authority and cannot be overthrown or subverted without repudiating the very existence of the nation established thereby.

ORGANIC LAW. The fundamental law, or constitution, of a state or nation, written or unwritten; that law or system of laws or principles which defines and establishes the organization of its government. St. Louis v. Dorr, 145 Mo. 466, 46 S.W. 976, 42 LRA 686, 68 Am St Rep 575  [Black's Law Dictionary, 4th Ed., West Pub. (1968), p. 1251]

The authority of the organic law is universally acknowledged; it speaks the sovereign will of the people; its injunction regarding the process of legislation is as authoritative as are those touching the substance of it. Suth. Statutory Construction, 44, note 1. "This Constitution ... shall be the supreme Law of the Land ...." Article 6, Constitution of the United States (1787).

That the people have an original right to establish, for their future government, such principles as, in their opinion, shall be most conducive to their own happiness, is the basis on which the whole American fabric has been erected. The exercise of the original right is a very great exertion, nor can it, nor ought it to be frequently repeated. The principles, therefore, so established, are deemed fundamental. And as the authority, from which they proceed, is supreme, and can seldom act, they are designed to be permanent.

The original and supreme will organizes the government, and assigns, to different departments, their respective powers. It may either stop here; or establish certain limits not to be transcended by those departments.

The government of the United States is of the latter description. The powers of the legislature are defined, and limited; and those limits may not be mistaken, or forgotten, the constitution is written. To what purpose are the powers limited, and to what purpose is that limitation committed to writing, if the limits may, at any time be passed by those intended to be restrained? The distinction, between a government with limited and unlimited powers, is abolished, if those limits do not confine the persons on whom they are imposed, and if acts prohibited and acts allowed, are of equal obligation. It is a proposition too plain to be contested, that the constitution controls any legislative act repugnant to it; or, that the legislature may alter the constitution by an ordinary act.

Between these alternatives there is no middle ground.  The constitution is either a superior, paramount law, unchangeable by ordinary means, or it is on a level with ordinary legislative acts, and like other acts, is alterable when the legislature shall please to alter it.

If the former part of the alternative be true, then a legislative act contrary to the constitution is not law: if the latter be true, then written constitutions are absurd attempts, on the part of the people, to limit a power, in its own nature illimitable.  Certainly all those who have framed written constitutions contemplate them as forming the fundamental and paramount law of the nation, and consequently the theory of every such government must be, that an act of the legislature, repugnant to the constitution, is void ....

If then the courts are to regard the constitution; and the constitution is superior to any ordinary act of the legislature;  the constitution, and not such ordinary act, must govern the case to which they both apply.

Those then who controvert the principle that the constitution is to be considered, in court, as a paramount law, are reduced to the necessity of maintaining that the courts must close their eyes on the constitution, and see only the law.
[Marbury v. Madison, 1 Cranch 137] [pages 176 to 178 (1803)]

**THINK ON THIS - CAN THE NATION BE UNDER AN EMERGENCY CONDITION AND THE CONSTITUTION AT THE SAME TIME?**  An anonymous legal scholar has so graciously pointed to a U.S. supreme Court decision that states "the Constitution of the United States is a law for rulers and people, equally in war and in peace, . . ." in the whole paragraph in Ex Parte Milligan, 71 U.S. 2, 120(1866):

*"Time has proven the discernment of our ancestors; for even these provisions, expressed in such plain English words, that it would seem the ingenuity of man could not evade them, are now, after the lapse of more than seventy years, sought to be avoided. Those great and good men foresaw that troublous times would arise, when rulers and people would become restive under restraint, and seek by sharp and decisive measures to accomplish ends deemed just and proper; and that the principles of constitutional liberty would be in peril, unless established by irrepealable law. The history of the world had taught them that what was done in the past might be attempted in the future. The Constitution of the United States is a law for rulers and people, equally in war and in peace, and covers with the shield of its protection all classes of men, at all times, [71 U.S. 2, 121] and under all circumstances. No doctrine, involving more pernicious consequences, was ever invented by the wit of man than that any of its provisions can be suspended during any of the great exigencies of government. Such a doctrine leads directly to anarchy or despotism, but the theory of necessity on which it is based is false; for the government, within the Constitution, has all the powers granted to it, which are necessary to preserve its existence; as has been happily proved by the result of the great effort to throw off its just authority."*

There seems to be a difference of opinion between the legislative branch of the Federal government and the Judicial branch as to the effectiveness of the Constitution in a state of war. This difference certainly needs to be explored to find the real truth, after all that is exactly what w all want, is the truth.

The Supreme Court of the United States of America has stated the truth about the courts of the United States as far back as 1933, in an obscure case brought by a U.S. Court of Claims Judge concerning the diminishment of his salary while he was still in office. This case, Thomas S. Williams v. United States, 77 L.ed. 1372 (1933) is called by the government of the United States a **"judicial embarrassment"**, but the fact of the matter is that this particular case opinion tells the story about the United States Courts under Article I, III and IV. The reader only has to read this case about 10 to 15 times before all that is said will sink in.

### III
**AN INDICTMENT IS TO SUSTAIN A CONVICTION, for Apostolic Letter issued *Motu Proprio*,**
1. "The jurisdiction of United States of America*, has been rules; 1885 International Rules, USA is Federal Jurisdiction* the Federal Government and the National Bank run the Country.

The **requirement to prove jurisdiction** is particularly important when **the government of a foreign** state (the "United States") **brings criminal charges against another State**.
An indictment is "vague" if it does not allege each of the essential elements of the crime with sufficient clarity to enable the defendant to prepare his defense. U.S. v. BI-CO Pavers, 741 F.2d 730 (1984). Where the defendant must guess at its meaning, it is vague and violates the first essential element of due process. See Connolly v. General Construction Co., 269 U.S. 385, 391, 46 S.Ct. 126, 127, 70 L.Ed. 322(1926). [U.S. v. Cruikshank, La. 92 U.S. 542, 558 (1872)] [emphasis added]
.

**ON THE JURISDICTION OF JUDICIAL AUTHORITIES OF Vatican City STATE IN CRIMINAL MATTERS**
In our times, the common good is increasingly threatened by transnational organized crime, the improper use of the markets and of the economy, as well as by terrorism.
It is therefore necessary for the international community to adopt adequate legal instruments to prevent and counter criminal activities, by promoting international judicial cooperation on criminal matters.
In ratifying numerous international conventions in these areas, and acting also on behalf of Vatican City State, the Holy See has constantly maintained that such agreements are effective means to prevent criminal activities that threaten human dignity, the common good and peace.
With a view to renewing the Apostolic See's commitment to cooperate to these ends, by means of this Apostolic Letter issued *Motu Proprio*, I establish that:

1. The competent Judicial Authorities of Vatican City State shall also exercise penal jurisdiction over:

a) *Crimes committed against the security, the fundamental interests or the patrimony of the Holy See;*

b) *Crimes referred to: - in Vatican City State Law No. VIII, of 11 July 2013, containing Supplementary Norms on Criminal Law Matters; - in Vatican City State Law No. IX, of 11 July 2013, containing Amendments to the Criminal Code and the Criminal Procedure Code; when such crimes are committed by the persons referred to in paragraph 3 below, in the exercise of their functions;*

c) *Any other crime whose prosecution is required by an international agreement ratified by the Holy See, if the perpetrator is physically present in the territory of Vatican City State and has not been extradited.*

2. The crimes referred to in paragraph 1 are to be judged pursuant to the criminal law in force in Vatican City State at the time of their commission, without prejudice to the general principles of the legal system on the temporal application of criminal laws.

3. *for the purposes of Vatican criminal law, the following persons are deemed "public officials":*

a) *Members, officials and personnel of the various organs of the Roman Curia and of the Institutions connected to it.*

b) *papal legates and diplomatic personnel of the Holy See.*

c) *those persons who serve as representatives, managers or directors, as well as persons who even de facto manage or exercise control over the entities directly dependent on the Holy See and listed in the registry of canonical juridical persons kept by the Governorate of Vatican City State;*

d) *any other person holding an administrative or judicial mandate in the Holy See, permanent or temporary, paid or unpaid, irrespective of that person's seniority.*

4. the jurisdiction referred to in paragraph 1 comprises also the administrative liability of juridical persons arising from crimes, as regulated by Vatican City State laws.

5. When the same matters are prosecuted in other States, the provisions in force in Vatican City State on concurrent jurisdiction shall apply.

6. The content of *article 23 of Law No. CXIX of 21 November 1987,* which approves the *Judicial Order of Vatican City State,* remains in force. This I decide and establish anything to the contrary notwithstanding.

I establish that this Apostolic Letter issued Motu Proprio will be promulgated by its publication in L'Osservatore Romano, entering into *force on 1 September 2013. Given in Rome, at the Apostolic Palace, on 11 July 2013, the first of my Pontificate.*
**FRANCISCU**   *This Agreement shall be applicable to the servicing of conferences and meetings organized by the parties to the Agreement, by any mode of interpretation and on a worldwide basis, pursuant to their mandated activities.*
*It shall be open to all existing organizations of the United Nations Common System and shall be extended by mutual agreement to other organizations of the Common System invited to join the Agreement during its period of validity. The list of organizations that are party to the Agreement is contained in Annex F.*

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

**A reform of the international monetary system;** or With the National Bank of Ethiopia running the International monetary system.

## Public Service Reform

Reforms are ongoing to establish a more transparent and rules-based framework for public employment and compensation. As part of these efforts, we are undertaking a comprehensive compensation review and building a database on all wages and allowances paid to public employees, which is on track for completion for all entities in the central government wage bill by end-December 2017. We are also undertaking a full employee census to verify each employee's post and their eligibility for allowances. We have completed the pilot process and expect to complete this census for all entities in the central government wage bill by end December 2017. To aid us in our efforts to improve control and monitoring over wage spending, we are also upgrading our human resources software system and putting in place stronger safeguards against hiring outside of approved positions.

## WAIVER NOT PERMITTED TO EXTEND STATUTE OF LIMITATIONS

An action was brought to recover debt from the defendant the proceeds of a book which allegedly libeled the plaintiff. The one year statute of limitations barred an action for recovery of damages for libel

Evidence—International Courts of Justice, to **Take Judicial Notice of Public Statutes and Judicial Decisions** of Other States of the United States. Connection, intercourse, and constitutional ties which bind the several states of the United States together have demanded relaxation from the strictness of the common law rule requiring that statutes of other states be regarded and proved as matters of fact. The Missouri Legislature, in an act approved on April 6, **1927,** enacted abrogation of this common

Law rule thus:

Section 1. In **every action** or proceeding wherein the law of **another state of the United States of America** is pleaded, the courts of this state shall take judicial notice of the public statutes and judicial decisions. Laws of Missouri, **1927, p. 156.**

**Since Pope Francis, new law 2017, of July to remove corporation from the world trust; the Central Government Federal Democratic Republic of Ethiopia, abroad: "The Federation" (Harare Governor Office), shall uphold self-execution Treaties between USA and Ethiopia, and Federal Law 621/2009.**

### Recommended Citation. Editors, Law Review (1950) Recommended

## EVIDENCE - HOLDING AS A MATERIAL WITNESS IN ORDER TO SECURE A CONFESSION

*Evidence—* **International Court of Justice** *to Take Judicial Notice of Public Statutes and Judicial Decisions of Other States of the United States,* 13 St. Louis L. Rev. 151 (1928). Available at: http://openscholarship.wustl.edu/law_lawreview/vol13/iss2/7

Universal Jurisdiction allows states or International organization to claim criminal Jurisdiction over an accused person regardless of where the alleged crime was committed, and regardless of the accuser's Nationality, country of residence, or any other Relation with the Prosecuting entity.

V

## CONCLUSION

*Dated October _____ , 2017*
*Respectfully submitted: Federal Democratic Republic of Ethiopia, abroad:" The Federation Harare Governor*
*Senior Director General/Housing Secretary: Harold Glen Fuller, I*

X: _Harold Glen Fuller_ :

*c.c.James Clinton Belcher, Head of State United States of America, Unincorporated  with renew the Bond of United State of America unincorporated Anna Maria Riezinger, Fiduciary. with explicit reservation of all my unalienable rights and  without prejudice to any of my unalienable rights, In Propria Persona, Sui Juris*

by: Anna Maria Riezinger, Fiduciary
United States of America, Unincorporated
c/o Box 520994
Big Lake, Alaska 99652
(907) 250-5087
avannavon@gmail.com
by: James Clinton Belcher, Head of State
United States of America, Unincorporated
c/o Box 520994
Big Lake, Alaska, 99652
(907) 250- 5087
avannavon@gmail.com
**Posted by Paul Stramer**
**Anna von Reitz, FDR, Shadow Government, Situs Trust**

1  
2  **Attorney(s) Emperor, Haile G. Sellassie, I:**
   **Crown Council Tribe of Lion of Judah**
   **King Emanuel the Seven Black International Congress**
3  **Firm's Federal Democratic Republic of Ethiopia, Abroad: "The Federation"**
   Ambassador Negash Kibret  Director General for International Organizations
4  Ambassador Taye Atskeselassie  Director General for Amer Affairs
   Ato Reta Alemu Director General for International Legal Affairs
5  Ato Zewdu Gebreweld Head of the ICT Center
   Director General for African Affairs
6  Ato feyisel Aliyi Director General, Diaspora Engagement Affairs
   Harold G Fuller, I Senior Director General/Housing Secretary
7  Solomon E Wolfe, Land Grant Administrator for the Country of Ethiopia

8
9  *International Tribunal of Climate Justice as a compliance mechanism:*
   *Of the Imperial Crown of Ethiopia*
   **Government of the Holy Roman Empire the Vatican Chancery Court –**
10 **United States District Court of Kansas**

| | |
|---|---|
| Federal Democratic Republic of Ethiopia, | Case No.: OTP# 1-CR-203-15-001 |
| ..abroad:" The Federation Harare Governor Office ) | |
| .James Clinton Belcher, Head of State United States of ) | *A Brief Report for Those Trying to Understand the* |
| ..America, Unincorporated  c/o Box 520994 Big Lake, ) | *New World* |
| ..Alaska, 99652 (907) 250- 5087avannavon@gmail.com ) | APOSTOLIC LETTER ISSUED *MOTU PROPRIO* OF THE |
| by: Anna Maria Riezinger, Fiduciary two High ) | SUPREME PONTIFF FRANCIS/self-executing Treaties Ratifie |
| ..Contracting Parties in the United States of America ) | in Ethiopia, Addis Ababa: The High Contracting Parties: |
| ../Ethiopia ) | Criminal Indictment for all corporations THAT VIOLATION of |
| Plaintiff, vs. ) | Human Right's of People's Human Affair's: and Environmental |
| ..DEF:, Olathe, Police Department,file#*20170013570* | Common Court. Regulate: 1885 International Rules: USA is Fede |
| **Department, INS CORPORATION,** Scott Harvey Real | Jurisdictions' |
| **Estate company Dorsch Law Firm, and Real/Estate company** | |
| **anyone else.** The UNITED STATES, INC. *and  all its* | **Thursday, September 28, 2017** |
| *municipal franchises dba CHINA (INC.), JAPAN (INC.),  State* | |
| *Farm (INC) INDIA (INC.) , STATE OF OREGON (INC.), JOHN* | |
| *MICHAEL SMITH (INC.), CITY OF OMAHA (INC.), UNITED* | |
| *KINGDOM (INC.), FLORIDA (INC.), CANADA (INC.),* | |
| *AUSTRALIA (INC.)* Municipal United States Government, All | |
| incorporated entities (called legal fictions) C-Corps, S Corps, | |
| LLCs, Trusts, Foundations  *ad infinitum, is in Chapter 7* | |
| *Liquidation since 2015.* | |

11
12
13
14
15
16
17
18
19

20

21                    **Basic Concepts and Discussion**
22  The natural world is organized according to air, land, and sea.

    The systems of law and the governments and institutions of men have also been organized according to "jurisdictions" of
22  air, land, and sea.
23  The jurisdiction of the land is national in nature.

24  The jurisdiction of the sea is international in nature.

    The jurisdiction of the air is global in nature.
25  **All actual assets, gold, silver, land, etc., have their existence on or in the land.**
26  **All fictional assets, titles, stocks, bonds, etc. have their existence on or in the sea.**

    There is a point of interface between land and sea known as international land jurisdiction established by the postal
27  district(s), postal offices, and post roads which interface with sea lanes designated for international trade and travel.

28

As a result, *a "corporate" entity which is private* and **non-commercial** and **unincorporated,** like a Mom and Pop business, for example, Steve's Food Store, may interface with and do business with an "incorporated" entity established by a corporate charter, like Food Services of America, Inc.

This sort of business relationship takes place in the *realm of International Trade, not Commerce,* because Steve's Food Store is not incorporated.

In **order for commerce** to occur both entities must be **incorporated** and functioning under a charter granted by an **unincorporated (sovereign) entity**.

Unincorporated businesses function under *"full commercial liability"* and have to *"indemnify"* themselves.

Incorporated businesses function under "limited commercial liability" and have to "insure" themselves.

As a result, an *unincorporated government* such as the **Shawnee Tribal Council** or the **United States of America (Unincorporated)** can charter an incorporated business, such as Grand Fox, Inc., or the State of Illinois, Inc., but no incorporated entity can create an unincorporated one.

This is because a man can create and name an organization and stipulate a purpose and function for that organization, but such an organization cannot create a man.

In the past, unincorporated governments have created and chartered governmental services corporations in an effort to manage risk. So, the United States of America (unincorporated) or Delaware (unincorporated) could create and charter a commercial incorporated entity called the USA, Inc., or Delaware, Inc. or State of Oregon.

Those incorporated (chartered) entities, such as the State of Oregon were then free to establish relationships with other incorporated entities (that is, conduct commerce) and to spin off municipal franchises like the STATE OF OREGON.

Now that you see how this process works and know that the unincorporated entity (corporate but not incorporated) is really the source of all power in this system, the following pages will make better sense. Examples:

Steve's Food Store (Unincorporated) can create "Betty's Market, Inc." and then Betty's Market, Inc. can create "municipal franchises" for itself --- BETTY'S MARKET NYC, INC.

The United States of America (unincorporated) can create "State of Idaho, Inc." and then this State of Idaho can create the franchise STATE OF IDAHO or CITY OF BOISE.

Obviously, it is of great importance to know whether a business is incorporated or unincorporated, and if it is incorporated, under what charter and ownership?

### Unfortunate History

In the *1860's the unincorporated government organizations* got greedy and not only spawned all the various incorporated governmental services **corporations** via the process described, but also contrived to make **living men subservient** to these artificial constructs by "impersonating" and "enfranchising" them, too.

This was done by copyright infringement and **Breach of Trust, with the aim of creating "public trusts"** which could then be *pillaged and plundered under color of law*.

Let's see what happened *in England*: the *unincorporated government operated by* **Queen Victoria** already had an *incorporated (chartered) government services corporation, the United Kingdom,* so then the United Kingdom, Inc., spun off a franchise operated as the **UNITED KINGDOM** which then established *municipal charters for its own franchises,* **SCOTLAND, IRELAND, ENGLAND, WALES, NEW CASTLE, EXETER,** *and so on.*

This was going so well and so much new money was being raised from all these new assets (things to tax) created out of thin air, that Benjamin *Disraeli promoted opening up the "enfranchisement opportunity"* to the working class in England: give them a vote as corporate shareholders in exchange for seizing upon the copyright to their names, their rights, their labor, the value of whatever private assets they might have--- basically make them slaves of the government under the guise of voluntary indentured servitude, and issue bonds based on the value of all that formerly private property, too.

Millions of unsuspecting Englishmen clamored to be "enfranchised" and thought that the right to vote was a good thing and that it was giving them a greater voice in their government, instead of surreptitiously stealing everything of value from them and "monetizing" it for the benefit of the government.

A similar process was undertaken in America and throughout the *Commonwealth countries* at about the same time, with *one interesting twist.* The *unincorporated government* of the *United States of America* wouldn't go along with it, so their governmental services company known as *the United States Trading Company,* was *bankrupted via an illegal commercial mercenary "war" and its associated expenses.*

This left the **bankruptcy Trustees** a free hand to **restructure the "federal government"** into a British-style system analogous to what we described above. The **perpetrators** replaced the **unincorporated United States Trading Company** with the *British-chartered United States of America, Inc.,* and *the municipal United States, Inc.,* and both these corporations began *chartering all their various municipal franchises* like rabbits in springtime.

Just as in England, the men were almost immediately enfranchised with the enticement to have a vote in the affairs of the corporations--- but, the real deal was never disclosed. Later as the profits from enfranchising all the men dwindled, the pressure was on to enfranchise the women, too, and finally, the perpetrators sank so low as to create an automated system of enfranchising babies in their cradles.

The end result of this **system of enfranchisement** *(as in a McDonald's franchise)* is to **enslave people under color of law** and make them **subservient to foreign corporations**. They are themselves then impersonated and press-ganged and conscripted into the *service of foreign governments* --- which has been **outlawed for 200 years,** and their land and other assets are **seized upon and rolled into public trusts** which can then be *plundered and pillaged at will by the perpetrators.*

For example, the natural given Trade Name of a man born on the land jurisdiction of Vermont might be Jonathan Edmund Sykes. Instead of his Common Law Copyright to his own name being recorded as a land jurisdiction Trade Name, it is *nowadays registered as a Foreign Situs Trust operating in the international jurisdiction of the sea as a "vessel" of the Territorial United States, which just coincidentally, happens to be doing business as "Jonathan Edmund Sykes".*

This is a fundamental mis-characterization of the nature and political status of the man as a "person"--- a fictional entity--- which results in genocide on paper and identity theft in fact. His natural identity as a man and his lawful Trade Name is literally killed and considered a "decedent" upon the issuance of a false Birth Certificate in his name.

Then, the Territorial United States corporation spins off "JONATHAN EDMUND SYKES", a Cestui Que Vie municipal trust, and "JONATHAN E. SYKES" a Public Transmitting Utility, and so on --- and all these names and fictional entities are used to indebt and control the living man as an asset and chattel without his knowledge or consent.

The victim and his family are never told anything about it, and he never receives any actual compensation for all this. He receives whatever benefit everyone else receives from the construction of roads and bridges and ports and so on, and also is expected to pay for that benefit via taxes. The trusts established in his name are never claimed by him, because he doesn't know that they exist, so the banks and governments claim that these assets are "abandoned" and seize them under false pretenses for their own benefit.

Because the unincorporated government of the United States of America never agreed to any of this, and because it eventually had to be released from bankruptcy, it continues to exist, and is now not only free and clear of any debt, but also by definition is the Paramount Security Interest Holder and Priority Creditor of all the bankrupt foreign corporations and franchises of those corporations which have usurped upon our states and our people for the past 150 years.

### The Current Bankruptcies

The UNITED STATES, INC. *and all its municipal franchises dba CHINA (INC.), JAPAN (INC.), INDIA (INC.) , STATE OF OREGON (INC.), JOHN MICHAEL SMITH (INC.), CITY OF OMAHA (INC.), UNITED KINGDOM (INC.), FLORIDA (INC.), CANADA (INC.), AUSTRALIA (INC.)…..ad infinitum, is in Chapter 7 Liquidation since 2015.*

*This then forced the Territorial United States and its corporate franchises dba China (Inc.), Japan (Inc.), State of Oregon (Inc.), John Michael Smith (Inc.), City of Omaha (Inc.), United Kingdom (Inc.), Florida (Inc.), Canada(Inc.), Australia (Inc.)....ad infinitum, is in Chapter 11 Reorganization as of May 1, 2017----because they are no longer the beneficiaries of the municipal franchises.*

Meantime, the actual, factual United States of America (Unincorporated) has been slogging along since 1868, objecting to this madness and continuing to operate its own silver currency and its own affairs despite the shameful and criminal operations of these foreign corporate interests which have operated in fraud and breach of trust and breach of commercial contract on our shores.

Some people like Karen Hudes have said that our lawful government is in "interregnum" – a state of abeyance, dormant, not functioning---- but that is not true. Our lawful government has never ceased operations and the ignorance and uncaring and self-interest of various other nations does not change that fact.

Other people, like Benjamin Fulford, continue to try to confuse both the "United States, Inc." and "United States of America, Inc." with the unincorporated government of the United States of America---- which is like confusing a Barbie doll with a woman of the same name.

Still others are intent on pretending that because these foreign territorial and municipal corporations named after us is bankrupt, that we are bankrupt--- a process of "assumption" that we have publically and repeatedly objected to in no uncertain terms. Not only are we not bankrupt, we are the Paramount Security Interest Holders and Priority Creditors.

The reason that all the other nations on Earth have an interest in denying our existence and competence is that they all without exception owe us money, or resources, or settlement of exchange balance sheets---- most of which they can't pay.

So they have been attempting to claim that our assets are "abandoned" and various parties have tried to seize upon us and our assets via other avenues, too---- all to no avail. We are here, we are alive and well, we know who and what we are, we know what has been done to us, and we know who is responsible.

## In 2008

There were only a handful of unincorporated lawful governments left in the world: the Holy See, Iran, Iraq, Libya, North Korea, a few Pacific Island Kingdoms, and..... The unincorporated United States of America, though everyone discounted us at the time.

With these exceptions, the Holy See owned and operated through its property management corporation, the VATICAN, all the incorporated governments doing business as governmental services corporations in the world.

The unincorporated government of the Holy See chartered the municipal (city-state) governments and franchises including the UNITED STATES, INC., which chartered all the others as franchises: JAPAN, GERMANY, and UNITED KINGDOM..... USA, JOHN MARK OLSON, CITY OF BALTIMORE and so on.

It also held all the Territorial government corporations, secondarily, through Vassals.

All roads literally led to Rome. All these corporations were created literally by the Holy See via the VATICAN, INC. or via the UNITED STATES, INC. or via the United States of America, Inc., and at the very top of the food chain, perched like a cherry on top of everything else, controlling – at least in theory – everything underneath it, was the unincorporated government of the Holy See.

As you can see from history, there are those who wish to have the Holy See in this kind of control, and as you can also see, the Holy See has failed to do the job entrusted to it. We had a solemn and sacred treaty with the Holy See, a Concordat, which a few weasels attempted to "redefine" by impersonating us. To its credit, the Holy See and the Pope immediately took action to correct beginning in 2008.

Nine years later, the unincorporated government of the United States of America --- our government --- is still standing and is the unquestioned *Paramount Security Interest Holder of all American assets, and the Priority Creditor of most of the bankrupt governmental services corporations worldwide.*

*The Situation*

The corporations serving as the "federal government" are in bankruptcy liquidation (municipal) or bankruptcy reorganization (territorial) and are in receivership to bankruptcy Trustees. From our perspective, this is like having your local hair salon forced out of business and your local gas station in reorganization.

It has nothing direct to do with us, except that we needed to find other service providers competent to cut our hair and fill our tanks---- and hopefully do a more honest job of it—who are nonetheless able to operate under the auspices of the original service contract, The Constitution for the united States of America.

If we hadn't found competent federal partners that exist under their own separate pre-existing charters and treaties, the actual Constitution would have been vacated from the federal side of the agreement--- but we did find competent partners and we did issue new Sovereign Letters Patent.

We have partnered with the American Native Nations to fulfill the responsibilities owed by the federal government until such time as the millions of Americans who have slept through this entire debacle can be brought up to speed and made whole and enabled to convene a competent land jurisdiction (continental) Congress.

*The Debt*

There is no unmet national debt--- there is only national credit that has not been applied to the ledger by those seeking to abscond with the payments made by millions of innocent people via bogus claims of abandonment and embezzlement. We have authorized the application of the national credit to the national debt and as the Priority Creditors of (almost) the entire world, do not need nor do we seek bankruptcy protection.

*The Foreclosures*

There are no valid foreclosures because these transactions have been voided by fraud and non-disclosure. All "mortgages" resulting from so-called "home loans" are debts owed by the territorial and municipal corporations, not people, and **are in fact lease repurchase agreements**, neither mortgages nor loans in fact. **These governmental services corporations "borrowed" our assets without our knowledge or consent, hypothecated debt based on our assets, and have gone bankrupt**--- leaving the world to suppose that we agreed to all this and that we are avoiding payment, when in fact we are objecting to claims of Odious Debt and taking practical action to end this fiasco. To protect the pension funds and investors while holding the people harmless, we have developed a means to hold all foreclosures in abeyance and translate this odious debt into credit--- for the actual homeowners.

*Securities --- The Funny Money*

The various fiat currencies and bonds and securities related to them have to be restructured. It is a given that securities will continue to exist and be used in some forms in the future, but it is also a given that the securities now in existence have been compromised by counterfeiting and other issues. We will be wrapping old US Treasury Bonds and creating new hybrid high security bonds backed by gold, oil, or other actual commodity assets.

## FAILURE TO CONDUCT REASONABLE INVESTIGATION FOR RESPONSIVE DOCUMENTS AND OTHER DISCOVERY ABUSES WARRANT ADVERSE INFERENCE INSTRUCTION

In this patent infringement litigation, the International court judge affirmed the United States of America and the Peoples' right do required PROTECTION in the USA, report and recommendation that plaintiff's motion for sanctions TO FREEZE ASSEST OF AGAINST THE DEFENDAND ACCORDING TO TITLE 18 CRIME AND CRIMINAL PROCEDUAL against the defendant be granted in part.  INS COROORATION gave false discovery responses NEVER RENEW THERE CONTRACT WITH GSA, after February 2015 expire and still flipping Federal Properties; (2) Dorsch law firm failed to Record with Secretary of Housing and Urban Development,  (3) Dorsch Law Firm engaged in deposition misconduct. From the paper trail requested that judgment be entered against **Dorsch Laws firm, 10615 W 148th St Overland Park, KS 66221** Phone number(913) 685-9190  Business websitedorschlawfirm.com **ISN CORPORATION, Scott Harvey Real Estate** agent or alternatively, that the court issue **multiple sanctions including an adverse inference instruction.**
**A party's obligation to conduct a reasonable inquiry when presented with discovery requests during litigation also triggers an "obligation to preserve evidence arises that when the party has notice that the evidence is relevant to litigation or when a party should have known that the evidence may be relevant to future litigation." *Zubulake v. UBS Warburg LLC*, 220 F.R.D. 212, 216 (S.D.N.Y.2003); see also *E\*TRADE Sec. LLC v. Deutsche Bank AG*, 230 F.R.D. 582, 588 (D.Minn.2005). Although Dorsch Law Firm, Scott Harvey Real Estate, ISN CORPORATION, Olathe, Police conspired to steal United States of America Properties continuely has indicated that he prevented some documents from being**

1    destroyed, of officer refuses to complete a proper report form, did not implement a company-wide litigation hold on relevant documents. There
     is no indication that ISN CORPORATION INC, never renew there contract with GSA:. CAPTAIN BRAGG told Mr. Fuller during his
2    deposition that if you enter the properties the you shall go to jail, they has knowledge these private corporation is embezzling Federal
     Properties which is violation of Title 18 Crime and Criminal procedural.

3                                           *The Final Word*
     *The Earth and our labor and the derivatives of our labor--- copyrights, trademarks, patents, and so on – are the only sources of value*
4    *on this planet and there is no exhaustion or limit of the riches and assets we all possess. This is true for all people of every nation.*
     *.       The Old Structure: As Regards the Relationship of the Holy See to the Incorporated Governments*

5
     *The Holy See Unincorporated Government of the Holy Roman Empire The Vatican Chancery Court – The Bank of the Holy See*
6    *The Vatican City State Municipal Franchise The Vatican Bank The United States, Incorporated, Municipal Franchise (now in*
     *Chapter 7) All other Municipal Government Franchises Worldwide The United States of America, Incorporated, Territorial*
7    *Franchise (now in Chapter 11) All other Territorial Government Franchises Worldwide*

8    *The New Structure: As regards Settlement of Debts Owed and Ownership Interests The Holy See Unincorporated Government of*
     *the Holy Roman Empire Vatican Chancery Court – The Bank of the Holy See*
9
     *United States of America Unincorporated Government of the United States American States and Nations Bank -- International*
10   *Trade Bank Athabascan and Lakota Sioux Tribal Nations Sovereign Bank of Dene – International Trade Bank, Bank of Dene –*
     *Commercial Bank All Municipal Governments/Franchises Worldwide All Territorial Governments/Franchises Worldwide*
11

12   Accordingly, *Roman Empire The Vatican Chancery Court – The Bank of the Holy See The Vatican* the court imposed a number of
     evidentiary sanctions, including an adverse inference approx; 4 years Pope Francis, introduce new Law to remove all corporation from the world for
     maladministration, and misconduct of Public Trust of the United States of America, if these corporation violate the other High Contracting Parties may
13   replace there corporation and the Federal Government shall run there Federal Territories as state 1885 International rules, United States of America is
     Federal Jurisdiction, U.S. Superior Court back that decision. Now Pope Francis New Law, shall prevail, through the United States of America and the
14   World, with the assistance of the *Government of the Holy Roman Empire the Vatican Chancery Court.*

15   *Any question please don't Hesitate o contact the Head of States Mr. James Clinton Belcher at the number below.*

16   C.c. James Clinton Belcher, Head of State, United States of America (Unincorporated)  (907) 250-5087
     **C.c. Anna Maria Riezinger, Fiduciary**
17   c.c. pstramer@gmail.com
     c.c. Francis A Boyle International: OTP.informationDesk@icc-cpi.int

18   *October 3, 2017*
     **Harold Glen Fuller I, Senior Director General (Housing) Secretary Federal Democratic Republic of Ethiopia, Abroad: "The**
19   **Federation" (Harare Governor Office) X:**  *[signature]*  : **Indefinite detention without trial**
     Indefinite detention is the incarceration of an arrested person by a National Government of Ethiopia, abroad "The Federation" or law enforcement agency without a trial, and violates many National and
     International Laws, including human rights laws. In recent years, governments have indefinitely incarcerated individuals suspected of terrorism, sometimes declaring them enemy combatants
20

21             **P.S. All Official's as of 2017,** *A Brief Report for Those Trying to Understand the New World;*
             Nation-wide, Class-Action to renew all Elected Official, Federal and state, Municipal oath of office/criminal;
22

23                    **So You Took an Oath to Defend and Preserve the Constitution...**

     "Instead, you are invited to renew your Oath to the actual Constitution and to the unincorporated Ethiopia/United States of America" Head
24   of State Mr. James Clinton Belcher shall keep track of all his employee's so we may Enforcement and Compliance Treaties of this new
     World Order of the Fourth Branch of the Government the PEOPLE'S Human Right's Liberty, and Sovereignity of America.

25

26

27

28

                    DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

## Federal Democratic Republic of Ethiopia, abroad: "The Federation" (Harare Governor Office)

### AFFIDAVIT OF ADVERSE CLAIM

Federal Democratic Republic of Ethiopia, abroad: "The Federation" (Harare Governor Office) High Contracting Parties of United State of America, after having been sworn to in accordance with law of the High Contracting Parties

1. On August 1, 2017, Federal Democratic Republic of Ethiopia, abroad: "The Federation" (Harare Governor Office) have entered into a **Deed of Estoppels** Sale which was acknowledged on the same date before and entered in his **Register as Doc. No. 20170706-0001343;** Deed, **Special Warranty** A copy of the said Deed is hereto attached and made an integral part of this Affidavit;

2. in the said Deed of Estoppels Sale, Federal Democratic Republic of Ethiopia, abroad: "The Federation" (Harare Governor Office) was the Grantee, of a certain parcels of land covered by Transfer Certificate/**FHA# 182-10921/** more particularly described as follows: Technical Description of Property)

3. **from the date of signing thereof, it was stipulated in the aforementioned Deed that title and ownership over the subject property will only be transferred upon full payment of the same;**

4. That the Debtor in the said Deed of Estoppels Sale agreed Uniform Commercial Code that upon its execution, said Deed shall be annotated in the Title with the Office of the Register of Deeds of **International Court of Justice; THEREIN.**
§ 8-106. CONTROL. › § 9-623. RIGHT TO REDEEM COLLATERAL.

(a) **[The Government may redeem.]**

A debtor, any secondary obligor, or any other secured party may redeem collateral.

(b) **[Requirements for redemption.]** To redeem collateral, a person shall tender: (1) fulfillment of all obligations secured by the collateral; and (2) the reasonable expenses and attorney's fees described in Section 9-615(a) (1).

(c) **[When redemption may occur.]**

Redemption may occur at any time before a secured party/High Contracting Parties :( 1) has collected collateral under Section 9-607;

(2) Has disposed of collateral or entered into a contract for its disposition under Section 9-610; or

(3) Has accepted collateral in full or partial satisfaction of the obligation it secures under Section 9-622.

5. However, since the said Deed of Estoppels Sale per se could be annotated on the Title with the Office of the Register of Deeds, I am there force executing this Affidavit for the purpose of attesting to the truthfulness of the foregoing allegations and in support of my request for the annotation of an adverse claim over the parcel of land covered by the Transfer Certificate of Title

**No. 20170013570 IN WITNESS WHEREOF, I have hereunto set my hand this Olathe, Ks, in the City/Municipality of Ethiopia, /United State of America.**

## Title 18 Crime and Criminal Procedural COMMISSION ON THE ADVANCEMENT OF FEDERAL LAW ENFORCEMENT

Pub. L. 104–132, title VIII, § 806, Apr. 24, 1996, 110 Stat. 1305, established Commission on the Advancement of Federal Law Enforcement, directed Commission to review and recommend action to Congress on Federal law enforcement priorities for 21st century, including Federal law enforcement capability to investigate and deter adequately threat of terrorism facing United States, standards and procedures, degree of coordination with international, State, and local law enforcement agencies, and other matters, provided for membership and administration of Commission, staffing and support functions, and powers to hold hearings and obtain official data for purposes of carrying out its duties, required report to Congress and public of findings, conclusions, and recommendations not later than 2 years after quorum of Commission had been appointed, and provided for termination of Commission 30 days after submitting report.

### NATIONAL COMMISSION ON REFORM OF FEDERAL CRIMINAL LAWS

Pub. L. 89–801, Nov. 8, 1966, 80 Stat. 1516, as amended by Pub. L. 91–39, July 8, 1969, 83 Stat. 44, provided for the establishment of the National Commission on Reform of Federal Criminal Laws, its membership, duties, compensation of the members, the Director, and the staff of the Commission, established the Advisory Committee on Reform of Federal Criminal Laws, required the Commission to submit interim reports to the President and the Congress and to submit a final report within four years from Nov. 8, 1966, and further provided that the Commission shall cease to exist sixty days after the submission of the final report.

### Ex. ORD. NO. 11396. COORDINATION BY ATTORNEY GENERAL OF FEDERAL LAW ENFORCEMENT AND CRIME PREVENTION PROGRAMS

Ex. Ord. No. 11396, Feb. 7, 1968, 33 F.R. 2689, provided:
WHEREAS the problem of crime in America today presents the Nation with a major challenge calling for maximum law enforcement efforts at every level of Government;

WHEREAS coordination of all Federal Criminal law enforcement activities and crime prevention programs is desirable in order to achieve more effective results;

WHEREAS the Federal Government has acknowledged the need to provide assistance to State and local law enforcement agencies in the development and administration of programs directed to the prevention and control of crime:

WHEREAS to provide such assistance the Congress has authorized various departments and agencies of the Federal Government to develop programs which may benefit State and local efforts directed at the prevention and control of crime, and the coordination of such programs is desirable to develop and administer them most effectively; and

WHEREAS the Attorney General, as the chief law officer of the Federal Government, is charged with the responsibility for all prosecutions for violations of the Federal criminal statutes and is authorized under the Law Enforcement Assistance Act of 1965 (79 Stat. 828) [formerly set out as a note preceding section 3001 of this title] to cooperate with and assist State, local, or other public or private agencies in matters relating to law enforcement organization, techniques and practices, and the prevention and control of crime.

NOW, THEREFORE, by virtue of the authority vested in the President by the Constitution and laws of the United States, it is ordered as follows:

Section 1. The Attorney General is hereby designated to facilitate and coordinate (1) the criminal law enforcement activities and crime prevention programs of all Federal departments and agencies, and (2) the activities of such departments, and agencies relating to the development and implementation of Federal programs which are designed, in whole or in substantial part, to assist State and local law enforcement agencies and crime prevention activities. The Attorney General may promulgate such rules and regulations and take such actions as he shall deem necessary or appropriate to carry out his functions under this Order.

Sec. 2. Each Federal department and agency is directed to cooperate with the Attorney General in the performance of his functions under this Order and shall, to the extent permitted by law and within the limits of available funds, furnishes him such reports, information, and assistance as he may request.

LYNDON B. JOHNSON.

## §2. Principals

(a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal.

(b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal?

## §3. Accessory after the fact

## §7. Special maritime and territorial jurisdiction of the United States defined

### TERRITORIAL SEA EXTENDING TO TWELVE MILES INCLUDED IN SPECIAL MARITIME AND TERRITORIAL JURISDICTION

## §8. Obligation or other security of the United States defined

### History: US- Ethiopia Complicated Alliance



**Emperor Haile Selassie chatting with President Franklin Roosevelt, February 20, 1945. (Photo: Seeker video)**

**The U.S. supports Ethiopia with military aid, monetary assistance and bilateral trade. So what makes their relationship so complicated?**

**Formal relations between the U.S. and Ethiopia stem back to 1903, and in spite of Ethiopia's instability, the U.S. has maintained relations with them. What are the details of the relationship between these two countries Ethiopia/United States of America, Only Two High Contracting Parties in the Country Affiant (JURAT?**

1
2  **Attorney(s) Emperor, Haile G. Sellassie, I:**
   **Crown Council Tribe of Lion of Judah**
   **King Emanuel the Seven Black International Congress**
3  **Firm's Federal Democratic Republic of Ethiopia, Abroad: "The Federation"**
   Ambassador Negash Kibret  Director General for International Organizations
4  Ambassador Taye Atskeselassie  Director General for Amer Affairs
   Ato Reta Alemu Director General for International Legal Affairs
5  Ato Zewdu Gebreweld Head of the ICT Center
   Director General for African Affairs
6  Ato feyisel Aliyi Director General, Diaspora Engagement Affairs
   Harold G Fuller, I Senior Director General/Housing Secretary
7  Solomon E Wolfe, Land Grant Administrator for the Country of Ethiopia

8      _International Tribunal of Climate Justice as a compliance mechanism:_
9                  _Of the Imperial Crown of Ethiopia_
           **_Government of the Holy Roman Empire the Vatican Chancery Court –_**
10                    **United States District Court of Kansas**

11   Federal Democratic Republic of Ethiopia,    )   **Case No.: OTP#1-CR-203-15-001**
     .abroad:" The Federation Harare Governor Office )      Chapter 11, Sovereignty
12   .James Clinton Belcher, Head of State United States of )
     .America, Unincorporated  c/o Box 520994 Big Lake, )   TITLE Commentary Title of the article (1) Since the Code
     .Alaska, 99652 (907) 250- 5087avannavon@gmail.com )   is to cover all international agreements in writing, while
13   by: Anna Maria Riezinger, Fiduciary two High    )   retaining the title of "Law of Treaties ", and since it is
     .Contracting Parties in the United States of America )   accordingly stated in paragraph 2 of article 1 that the term
14   ./Ethiopia                                        )   "treaty" is, for the purposes of the Code, used as covering
                                                       )   all forms of instruments embodying international
15                Plaintiff,                           )   agreements, it seems necessary in article 2 to state the
                                                           meaning of the term " international agreement". Thereafter,
16        Vs                                              however, (i.e., in later articles), the term "international
     ..DEF:, Olathe, Police Department,file#**_20170013570_**   agreement" is not employed, and "treaty" is used.
17   **Department, INS CORPORATION,** Scott Harvey Real
     **Estate company Dorsch Law Firm, and Real/Estate company**
18   anyone else. The UNITED STATES, INC. _and  all its_
     _municipal franchises dba CHINA (INC.), JAPAN (INC.),  State_
     _Farm (INC) INDIA (INC.) , STATE OF OREGON (INC.), JOHN_
19   _MICHAEL SMITH (INC.), CITY OF OMAHA (INC.), UNITED_
     _KINGDOM (INC.), FLORIDA (INC.), CANADA (INC.),_
     _AUSTRALIA (INC.)_ Municipal United States Government, All
20   incorporated entities (called legal fictions) C-Corps, S Corps,
     LLCs, Trusts, Foundations  _ad infinitum, is in Chapter 7_
     _Liquidation since 2015._

21
                               _____
22                  Chapter 11, Sovereignty
   The issue of sovereignty as it relates to jurisdiction is a major key to understanding our system of government under the
23 Constitution.  In the most common sense of the word, "sovereignty" is autonomy, freedom from external control. _**The**_
   _**sovereignty of any government usually extends up to, but not beyond, the borders of its jurisdiction.**_  This jurisdiction
24 defines a specific territorial boundary which separates the "external" from the "internal", the "within" from the "without".
   It may also define a specific function, or set of functions, which a government may lawfully perform within a particular
25 territorial boundary.  Black's Law Dictionary, Sixth **Edition, defines sovereignty to mean:**

26 **The international independence of a state, combined with the right and power of regulating its internal affairs**
   **without foreign dictation.**

27
   **On a similar theme, _Black's_ defines "sovereign states" to be those which are not under the control of**
28 **any _foreign_ power:**

                               _____
                                    - 1 -

*No foreign power or law can have control except by convention. This power of independent action in external and internal relations constitutes complete sovereignty.*

**It is a well established principle of law that the 50 States are "foreign"** *with respect to* **each other,** just as the *federal zone is "foreign" with respect to each of them. See* In re Merriam's Estate, *36 NE 505 (1894).* The status of being foreign is the same as **"belonging to"** or being **"attached to"** another state or another jurisdiction. The proper legal distinction between the terms **"foreign" and "domestic"** is best seen in Black's definitions of foreign and domestic corporations, as follows:

**Foreign corporation.** *A corporation doing business in one state though chartered or incorporated in another state is a foreign corporation as to the first state, and, as such, is required to consent to certain conditions and restrictions in order to do business in such first state.*

**Domestic corporation.** *When a corporation is organized and chartered in a particular state, it is considered a domestic corporation of that state.*

**The federal zone is an area over which Congress exercises exclusive legislative jurisdiction.** It is the area over which the federal government exercises its sovereignty. Despite its obvious importance, **the subject of federal jurisdiction had been almost entirely ignored outside the courts until the year 1954,** *Economic Relations' Agreement between USA and Ethiopia "Treaty of Amity". Economic Relations' Agreement between USA and Ethiopia, (Treaty of Amity) There are only Two High Contracting Parties in USA,* In that year, a detailed study of federal jurisdiction was undertaken. The occasion for the study arose from a school playground, of all places. The children of federal employees residing on the grounds of a Veterans' Administration hospital were not allowed to attend public schools in the town where the hospital was located. An administrative decision against the children was affirmed by local courts, and finally affirmed by the State supreme court. The residents of the area on which the hospital was located were not "residents" of the State, since "exclusive legislative jurisdiction" over this area had been ceded by the State to the federal government.

A committee was assembled by Attorney General Herbert Brownell, Jr. Their detailed study was reported in a publication entitled Jurisdiction over Federal Areas within the States, April 1956 (Volume I) and June 1957 (Volume II). The committee's report demonstrates, beyond any doubt, that the sovereign States and their laws are outside the legislative *and* territorial jurisdiction of the United States** federal government. They are totally outside the federal zone. A plethora of evidence is found in the myriad of cited court cases (700+) which prove that the United States** cannot exercise *exclusive* legislative jurisdiction outside territories or places purchased from, or ceded by, the 50 States of the Union. Attorney General Brownell described the committee's report as an "exhaustive and analytical exposition of the law in this hitherto little explored field". In his letter of transmittal to President Dwight D. Eisenhower, Brownell summarized the two volumes as follows:

**Together, the two parts of this Committee's report and the full implementation of its recommendations will provide a basis for reversing in many areas the swing of "the pendulum of power * * * from our states to the central government"** to which you referred in your address to the Conference of State Governors on June 25, 1957.

### [Jurisdiction over Federal Areas within the States]
[Letter of Transmittal, page V, emphasis added]

Once a State is admitted into the Union, its sovereign jurisdiction is firmly established over a predefined territory. The federal government is thereby prevented from acquiring legislative jurisdiction, by means of unilateral action, over *any area within the exterior boundaries of this predefined territory.* State assent is necessary to transfer jurisdiction to Congress:

**The Federal Government cannot, by unilateral action on its part, acquire legislative jurisdiction** over any area within the exterior boundaries of a State. Article 1, Section 8, Clause 17, of the Constitution, provides that legislative jurisdiction may be transferred pursuant to its terms only with the consent of the legislature of the State in which is located the area subject to the jurisdictional transfer.

[Jurisdiction over Federal Areas within the States]
[Volume II, page 46, emphasis added]

Under Article 1, Section 8, Clause 17, of the Constitution, States of the Union have enacted statutes consenting to the federal acquisition of any land, or of specific tracts of land, within those States. Secondly, the federal government has also made "reservations" of jurisdiction over certain areas in connection with the admission of a State into the Union. A third means for transfer of legislative jurisdiction has also come into considerable use over time, namely, a general or special statute whereby a State makes a cession of specific *functional* jurisdiction to the federal government. Nevertheless, the Committee report explained that "... the characteristics of a legislative jurisdiction status are the same no matter by which of the three means the Federal Government acquired such status" [Volume II, page 3]. There is simply no federal legislative jurisdiction without consent by a State, cession by a State, or reservation by the federal government:

**It scarcely needs to be said** that unless *there has been a transfer of jurisdiction* (1) pursuant to clause 17 by a Federal acquisition of land with State consent, or (2) by cession from the State to the Federal Government, or unless the Federal Government has reserved jurisdiction upon the admission of the State, the **Federal Government possesses no legislative jurisdiction over any area within a State,** such jurisdiction being for exercise entirely by the State ....

**[Jurisdiction over Federal Areas within the States]**
[Volume II, page 45, emphasis added]**The areas which the 50 States have properly ceded to the federal government are called federal "enclaves":**

By **this means some thousands of areas have become Federal islands, sometimes called "enclaves," in many respects foreign to the States in which they are situated.** In general, not State but *Federal law is applicable in an area under the exclusive legislative jurisdiction of the United States**,* for *enforcement not by State but Federal authorities* and in *many instances not in State but in Federal courts*.

**[Jurisdiction over Federal Areas within the States]**
[Volume II, page 4, emphasis added]

These federal enclaves are considered foreign *with respect to* the States which surround them, just as the 50 *States are considered foreign with respect to each other and to the federal zone:* "...The several states of the Union are to be considered as in this respect foreign to each other ...." *Hanley v. Donoghue, 116 U.S. 1 (1885).* Once a State **surrenders its sovereignty over a specific area of land, it is powerless over that land; it is without authority; it cannot recapture any of its transferred jurisdiction by unilateral action, just as the federal government cannot acquire jurisdiction over State area by its unilateral action. The State has transferred its sovereign authority to a foreign power:**

Once a State has, by one means or another, transferred jurisdiction to the United States**, *it is, of course, powerless* to control many of the consequences*; without jurisdiction,* **it is without the authority** to deal with many of the problems and having *transferred jurisdiction to the United States**,* **it cannot unilaterally capture any of the transferred jurisdiction**

[Jurisdiction over Federal Areas within the States]
[Volume II, page 7, emphasis added]

*Once sovereignty has been relinquished, a State no longer has the authority to enforce criminal laws in areas under the exclusive jurisdiction of the United States**. Privately owned property in such areas is beyond the taxing authority of the State. Residents of such areas are not "residents" of the State, and hence are not subject to the obligations of residents of the State, and are not entitled to any of the benefits and privileges conferred by the State upon its residents. Residents of federal enclaves usually cannot vote, serve on juries, or run for office.* They do not, as matter of right, have access to State schools, hospitals, mental institutions, or similar establishments.

The acquisition of exclusive jurisdiction by the Federal Government renders unavailable to the residents of the affected areas the benefits of the laws and the judicial and administrative processes of the State relating to adoption, the probate of wills and administration of estates, divorce, and many other matters. Police, fire-fighting, notaries, coroners, and similar services performed by, or under, the authority of a State may result in legal sanction within a federal enclave. The "old" State laws which apply are only those which are consistent with the laws of the "new" sovereign authority, using the following principle from international law:

The vacuum which would exist because of the absence of State law or Federal legislation with respect to civil matters in areas under Federal exclusive legislative jurisdiction has been partially filled by the courts, through extension to these areas of a rule of international law that[,] **when one sovereign takes over territory of another[,] the laws of the original sovereign in effect at the time of the taking**[,] **which are not inconsistent with the laws or policies of the second**[,] **continue in effect, as laws of the succeeding sovereign, until changed by that sovereign.**

[Jurisdiction over Federal Areas within the States]
[Volume II, page 6, commas added for clarity]
[emphasis added]

It is clear, then, that only one "state" can be sovereign at any given moment in time, whether that "state" be one of the 50 Union States, or the federal government of the United States**.  <u>Before</u> ceding a tract of land to Congress, a State of the Union exercises its sovereign authority over any land within its borders:

Save only as they are subject to the prohibitions of the Constitution, or as their action in some measure conflicts with the powers delegated to the national government or with congressional legislation enacted in the exercise of those powers, **the <u>governments of the states are sovereign</u> within their territorial limits <u>and have exclusive jurisdiction</u>** over persons and property located therein.

[72 <u>American Jurisprudence</u> 2d, Section 4]
[emphasis added]

<u>After</u> a State has ceded a tract of land to Congress, the situation is completely different. The United States**, as the "succeeding sovereign", then exercises *its* sovereign authority over that land. In this sense, sovereignty is indivisible, even though the Committee's report documented numerous situations in which jurisdiction was actually *shared* between the federal government and one of the 50 States. Even in this situation, however, sovereignty rests either in the State, or in the federal government, but never both. **Sovereignty is the authority to which there is politically no superior.** Outside the federal zone, the States of the Union remain sovereign, and their laws are completely outside the exclusive legislative jurisdiction of the federal government of the United States**.

This understanding of the separate sovereignties possessed by each of the State and federal governments was not only valid during the Eisenhower administration; it has been endorsed by the U.S. Supreme Court as recently as 1985.  In that year, the high Court examined the "dual sovereignty doctrine" when it ruled that successive prosecutions by two States for the same conduct were not barred by the Double Jeopardy Clause of the Fifth Amendment. The "crucial determination" turned on whether State and federal powers derive from separate and independent sources.  The Supreme Court explained that the doctrine of dual sovereignty has been uniformly upheld by the courts:

**It has been uniformly held that the States are separate sovereigns with respect to the Federal Government** because each State's power to prosecute derives from its inherent sovereignty, preserved to it by the Tenth Amendment, and not from the Federal Government. Given the distinct sources of their powers to try a defendant, **the States are no less sovereign with respect to each other than they are with respect to the Federal Government.**

[Heath v. Alabama, 474 U.S. 82, 89-90 (1985)]

Now, if a State of the Union is sovereign, is it correct to say that the State exercises an authority to which there is absolutely no superior? No, this is not a correct statement. There is no other *organized* body which is superior to the *organized* body which retains sovereignty. The sovereignty of governments is an authority to which there is no *organized* superior, but there is *absolutely* a superior body, and that superior body is the People of the United States*** of America:

The words "people of the United States" and "citizens" are synonymous terms, and mean the same thing. They both describe the political body who, according to our republican institutions, form the sovereignty, and who hold the power and conduct the government through their representatives. **They are what we familiarly call the "sovereign people," and every citizen is one of this people, and a constituent member of this sovereignty.**

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

*[Dred Scott v. Sandford, 19 How. 393 (1856)]*
*[emphasis added]*

*The source of all sovereignty in a constitutional Republic like the 50 States, united by and under the Constitution for the United States of America, is the People themselves. Remember, the States, and the federal government acting inside those States, are both bound by the terms of a contract known as the U.S. Constitution. That Constitution is a contract of delegated powers which ultimately originate in the sovereignty of the Creator, who endowed creation, individual People like you and me, with sovereignty in that Creator's image and likeness. Nothing stands between us and the Creator. We think it is fair to say that the Supreme Court of the United States was never more eloquent when it described the source of sovereignty as follows:*

Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system while **sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts. And the law is the definition and limitation of power.** It is indeed, quite true, that there must always be lodged somewhere, and in some person or body, the authority of final decision; and in many cases of mere administration the responsibility is purely political, no appeal except to the ultimate tribunal of the public judgement, exercised either in the pressure of opinion or by means of the suffrage. But **the fundamental rights to life, liberty, and the pursuit of happiness, considered as individual possessions, are secured by those maxims of constitutional law which are the monuments showing the victorious progress of the race in securing to men the blessings of civilization under the reign of just and equal laws,** so that, in the famous language of the Massachusetts Bill of Rights, the government of the commonwealth "may be a government of laws and not of men." For, the very idea that one man may be compelled to hold his life, or the means of living, or any material right essential to the enjoyment of life, at the mere will of another, seems to be intolerable in any country where freedom prevails, as being the essence of slavery itself.

[Yick Wo v. Hopkins, 118 U.S. 356, 370 (1886)]
[emphasis added]

More recently, the Supreme Court reiterated the fundamental importance of US People as the source of sovereignty, and the subordinate status which Congress occupies in relation to the sovereignty of the People. The following language is terse and right on point:

In the United States*** , **sovereignty resides in the people who act through the organs established by the Constitution**. [cites omitted] The Congress as the instrumentality of sovereignty is endowed with certain powers to be exerted on behalf of the people in the manner and with the effect the Constitution ordains. **The Congress cannot invoke the sovereign power of the people to override their will as thus declared.**

[Perry v. United States, 294 U.S. 330, 353 (1935)]
[emphasis added]

No discussion of sovereignty would be complete, therefore, without considering the sovereignty that resides in "US", the People. The Supreme Court has often identified the People as the source of sovereignty in our republican form of government. Indeed, the federal Constitution **guarantees** to every State in the Union a "Republican Form" of government, in so many words:

*Section 4*. **The United States shall guarantee** to every State in this Union **a Republican Form of Government**

[Constitution for the United States of America]
[Article 4, Section 4, emphasis added]

What exactly is a *"Republican Form" of government?* It is one in which the powers of sovereignty are vested in the People *and* exercised by the People. Black's Law Dictionary, Sixth Edition, makes this very clear in its various definitions of "government":

*Republican government.* One in which the **powers of sovereignty are vested in the people and are exercised by the people**, either directly, or through representatives chosen by the people, to whom those powers are specially delegated. In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627.

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

The Supreme Court has clearly distinguished between the operation of governments in Europe, and government in these United States*** of America, as follows:

In Europe, the executive is almost synonymous with the sovereign power of a State; and generally includes legislative and judicial authority. ... **Such is the condition of power in that quarter of the world, where it is too commonly acquired by force or fraud, or both, and seldom by compact. In America, however, the case is widely different. Our government is founded upon compact. <u>Sovereignty was, and is, in the people</u>.**

[Glass v. The Sloop Betsey, 3 Dall 6 (1794)]
[emphasis added]

The federal Constitution makes a careful distinction between natural born <u>C</u>itizens and <u>c</u>itizens of the United States** (compare 2:1:5 with Section 1 of the so-called 14th Amendment). One is an unconditional Sovereign by natural birth, who is **endowed by the Creator** with certain unalienable rights; the other has been granted the revocable privileges of U.S.** <u>c</u>itizenship, **endowed by the Congress** of the United States**. One is a Citizen, the other is a subject. One is a Sovereign, the other is a subordinate. One is a <u>C</u>itizen of our constitutional Republic; the other is a <u>c</u>itizen of a legislative democracy (the federal zone). Notice the superior/subordinate relationship between these two statuses. I am forever indebted to M. J. "Red" Beckman, co-author of <u>The Law That Never Was</u> with Bill Benson, for clearly illustrating the important difference between the two. Red Beckman has delivered many eloquent lectures based on the profound simplicity of the following table:

Chain of command and authority in a:

| Majority Rule Democracy | Constitutional Republic |
|---|---|
| X | Creator |
| Majority | Individual |
| Government | Constitution |
| Public Servants | Government |
| Case & Statute Law | Public Servants |
| Corporations | Statute Law |
| individual | Corporations |

In this illustration, a democracy ruled by the majority places the individual at the bottom, and an unknown elite, Mr. "X" at the top. The majority (or mob) elects a government to hire public "servants" who write laws primarily for the benefit of corporations. These corporations are either owned or controlled by Mr. X, a clique of the ultra-wealthy who seek to restore a two-class "feudal" society. They exercise their vast economic power so as to turn all of America into a "feudal zone". The rights of individuals occupy the lowest priority in this chain of command. Those rights often vanish over time, because democracies eventually self-destruct. The enforcement of laws within this scheme is the job of administrative tribunals, who specialize in holding individuals *to the letter* of all rules and regulations of the corporate state, no matter how arbitrary and with little if any regard for fundamental human rights:

**A <u>democracy</u> that recognizes only manmade laws perforce <u>obliterates</u> the concept of Liberty as a divine right.**

[A Ticket to Liberty, November 1990 edition, page 146]
[emphasis added]
**In the constitutional Republic, however, the rights of individuals are supreme. Individuals delegate their sovereignty to a written contract, called a constitution, which empowers government to hire public servants to write laws primarily for the benefit of individuals.** The corporations occupy the lowest priority in this chain of command, since their primary objectives are to maximize the enjoyment of individual rights, and to facilitate the fulfillment of individual rights. The enforcement of laws within this scheme is the responsibility of sovereign individuals, who exercise their power in three arenas: *the voting booth, the trial jury, and the grand jury. Without a jury verdict of "guilty", for example, no law can be enforced and no penalty exacted. The behavior of public servants is tightly restrained by contractual terms, as found in the written U.S. Constitution. Statutes and case law are created primarily to limit and define the scope and extent of public servant power.*

Sovereign individuals are *subject only* to a Common Law, whose primary purposes are to protect and defend individual rights, and to prevent anyone, whether public official or private person, from violating the rights of other individuals. Within this scheme, **Sovereigns are never subject to their own creations**, and the constitutional contract is such a creation. To quote the Supreme Court, "No fiction can make a natural born subject." Milvaine v. Coxe's Lessee, 8 U.S. 598 (1808). That is to say, no fiction, be it a corporation, a statute law, or an administrative regulation, can mutate a natural born Sovereign into someone who is subject to his own creations. Author and scholar Lori Jacques has put it succinctly as follows:

As each state is sovereign and not a territory of the United States**, the meaning is clear that state citizens are not subject to the legislative jurisdiction of the United States**. Furthermore, **there is not the slightest intimation in the Constitution which created the "United States" as a political entity that the "United States" is sovereign over its creators**.

[A Ticket to Liberty, Nov. 1990, p. 32]
[emphasis added]

Accordingly, if you choose to investigate the matter, you will find a very large body of legal literature which cites another fiction, the so-called 14th Amendment, from which the federal government presumes to derive general authority to treat *everyone* in America as subjects and *not* as Sovereigns:

*Section 1*. All persons **born or naturalized in the United States**, and subject to the jurisdiction thereof,** are citizens of the United States** and of the State wherein they reside.

[United States Constitution, Fourteenth Amendment [sic]]
[emphasis added]

A careful reading of this amendment reveals an important subtlety which is lost on many people who read it for the first time. The citizens it defines are *second class* citizens because the "c" is lower-case, *even in the case* of the State citizens it defines. Note how the amendment defines "citizens of the United States**" and "citizens of the State wherein they reside"! It is just uncanny how the wording of this amendment closely parallels the Code of Federal Regulations ("CFR") which promulgates Section 1 of the Internal Revenue Code ("IRC"). Can it be that this amendment had something to do with subjugation, by way of taxes and other means? Yes, it most certainly did. IRC section 1 is the section which imposes income taxes. The corresponding section of the CFR defines who is a "citizen" as follows:

Every person **born or naturalized in the United States** and subject to its jurisdiction** is a citizen.

[26 CFR 1.1-1(c), emphasis added]

**Notice the use of the term "its jurisdiction".** This leaves no doubt that the **"United States**" is a singular entity** in this context. **In other words, it is the federal zone.** Do we dare to speculate why the so-called 14th Amendment was written instead with the phrase "subject to the jurisdiction **thereof**"? Is this another case of deliberate ambiguity? You be the judge.

Not only did this so-called "amendment" **fail to specify which meaning of the term "United States" was being used;** like the 16th Amendment, **it also failed to be ratified, this time by 15 of the 37 States** which existed in 1868. **The House Congressional Record** for June 13, 1967, contains all the documentation you need to prove that **the so-called 14th Amendment was never ratified into law** (see page 15,641 *et seq.*). For example, it itemizes all States which voted against the proposed amendment, and the precise dates when their Legislatures did so. *"I cannot believe that any court, in full possession of its faculties, could honestly hold that the amendment was properly approved* and adopted." State v. Phillips, 540 P.2d 936, 941 (1975). The Utah Supreme Court has detailed the shocking and sordid history of the 14th Amendment's "adoption" in the case of Dyett v. Turner, 20 Utah 2d 403, 439 P.2d 266, 270 (1968).

A great deal of written material on the 14th Amendment has been assembled into computer files by Richard McDonald, whose mailing address is 585-D Box Canyon Road, Canoga Park, California Republic (not "CA"). He requests that ZIP codes **not** be used on his incoming mail (use the foreign address format found in USPS Publication 221 instead). Richard McDonald has done a mountain of legal research and writing on the origins and effects of the so-called 14th Amendment. He documents how key court decisions like the Slaughter House Cases, among many others, all found that

there is a clear distinction between a Citizen of a State and a citizen of the United States** . A State Citizen is a Sovereign, whereas a citizen of the United States** is a subject of Congress.

**The exercise of federal citizenship is a statutory privilege which can be taxed with excises. The exercise of State Citizenship is a Common Law Right which simply cannot be taxed, because governments cannot tax the exercise of a right, ever.**

The case of U.S. v. Cruikshank is famous, not only for confirming this distinction between State Citizens and federal citizens, but also for establishing a key precedent in the area of due process. This precedent underlies the "void for vagueness" doctrine which can and should be applied to nullify the IRC. On the issue of citizenship, the Cruikshank court ruled as follows:

**We have in our political system a government of the United States** and a government of each of the several States**. Each one of these governments is distinct from the others, and **each has citizens of its own** who owe it allegiance and whose rights, within its jurisdiction, it must protect.  The same person may be at the same time a citizen of the United States** and a citizen of a State, but his rights of citizenship under one of these governments will be different from those he has under the other. *Slaughter-House Cases*

[**United States v. Cruikshank, 92 U.S. 542 (1875)**]
[emphasis added]

The leading authorities for this pivotal distinction are, indeed, a series of U.S. Supreme Court decisions known as the Slaughter House Cases, which examined the so-called 14th Amendment in depth. An exemplary paragraph from these cases is the following:

It is quite clear, then, that **there is a citizenship of the United States** and a citizenship of a State**, which are distinct from each other and which depend upon different characteristics or circumstances in the individual.

[Slaughter House Cases, 83 U.S. 36, 16 Wall. 36]
[21 L.Ed. 394 (1873), emphasis added]

A similar authority is found in the case of K. Tashiro v. Jordan, decided by the Supreme Court of the State of California almost fifty years later.  Notice, in particular, how the California Supreme Court again cites the Slaughter House Cases:

**That there is a citizenship of the United States** and a citizenship of a state**, and the privileges and immunities of one are not the same as the other **is well established by the decisions of the courts of this country**.  The leading cases upon the subjects are those decided by the Supreme Court of the United States and reported in 16 Wall. 36, 21 L. Ed. 394, and known as the Slaughter House Cases.

[**K. Tashiro v. Jordan, 256 P. 545, 549 (1927)**]
[affirmed 278 U.S. 123 (1928), emphasis added]

**The Slaughter House Cases are quite important to the issue of citizenship, but *the* pivotal case on the subject is the famous Dred Scott decision, decided in 1856, prior to the Civil War.  In this case, the U.S. Supreme Court wrote one of the longest decisions in the entire history of American jurisprudence.  In arriving at their understanding of the precise meaning of Citizenship, as understood by the Framers of the Constitution, the high Court left no stone unturned in their search for relevant law:**

We have the language of the Declaration of Independence and of the Articles of Confederation, in addition to the plain words of the Constitution itself:  we have the legislation of the different States, before, about the time, and since the Constitution was adopted;  we have the legislation of Congress, from the time of its adoption to a recent period;  and we have the constant and uniform action of the Executive Department, all concurring together, and leading to the same result.  And if anything in relation to the construction of the Constitution can be regarded as settled, it is that which we now give to the word "citizen" and the word "people."

*[Dred Scott v. Sandford, 19 How. 393 (1856)]*
*[emphasis added]*

In the fundamental law, the notion of a "citizen of the United States" simply did not exist before the 14th Amendment; at best, this notion is a fiction within a fiction. In discussing the power of the States to naturalize, the California Supreme Court put it rather bluntly when it ruled that there was no such thing as a "citizen of the United States":

A citizen of any one of the States of the union, is held to be, and called a **citizen of the United States** although **technically and abstractly** <u>there is no such thing</u>. To conceive a citizen of the United States who is not a citizen of some one of the States, is totally foreign to the idea, and inconsistent with the proper construction and common understanding of the expression as used in the Constitution, which must be deduced from its various other provisions. **The object then to be attained, by the exercise of the power of naturalization, was to make <u>citizens of the respective States</u>.**

[Ex Parte Knowles, 5 Cal. 300 (1855)]
[emphasis added]

This decision has never been overturned!

What is the *proper construction* and *common understanding* of the term "Citizen of the United States" as used in the original U.S. Constitution, before the so-called 14th Amendment? This is an important question, because this status is *still* a qualification for the federal offices of Senator, Representative and President.

No Person can be a Representative unless he has been a Citizen of the United States for seven years (1:2:2); no Person can be a Senator unless he has been a Citizen of the United States for nine years (1:3:3); no Person can be President unless he is a natural born Citizen, or a Citizen of the United States (2:1:5).

If these requirements had been literally obeyed, there could have been no elections for Representatives to Congress for at least seven years after the adoption of the Constitution, and no one would have been eligible to be a Senator for nine years after its adoption.

Author John S. Wise, in a rare book now available on Richard McDonald's electronic bulletin board system ("BBS"), explains away the problem very simply as follows:

The language employed by the convention was less careful than that which had been used by Congress in July of the same year, in framing the ordinance for the government of the Northwest Territory. **Congress had made the qualification rest upon citizenship of "one of the United States***," and this is doubtless the intent of the convention which framed the Constitution, for <u>it cannot have meant anything else</u>.**

[Studies in Constitutional Law:]
[A Treatise on American Citizenship]
[by John S. Wise, Edward Thompson Co. (1906)]
[emphasis added]

This quote from the Northwest Ordinance is faithful to the letter and to the spirit of that law. In describing the eligibility for "representatives" to serve in the general assembly for the Northwest Territory, the critical passage from that Ordinance reads as follows:

Provided, That no person be eligible or qualified to act as a representative, unless he shall have been a citizen of <u>one of</u> the United States*** three years, and be a resident in the district, or unless he shall have resided in the district three years;

[Northwest Ordinance, Section 9, July 13, 1787]
[The Confederate Congress, emphasis added]

Without citing the case as such, the words of author John S. Wise sound a close, if not identical parallel to the argument for the Respondent filed in the case of People v. De La Guerra, decided by the California Supreme Court in 1870. The following long passage elaborates the true meaning of the Constitutional qualifications for the federal offices of President and Representative:

As it was the adoption of the Constitution by the Conventions of nine States that established and created the United States***, it is obvious there could not then have existed any person who had been seven years a citizen of the United States***, or who possessed the Presidential qualifications of being thirty-five years of age, a natural born citizen, and fourteen years a resident of the United States***. The United States*** in these provisions, means the States united. To be twenty-five years of age, and for seven years to have been a citizen of one of the States which ratifies the Constitution, is the qualification of a representative. To be a natural born citizen of one of the States which shall ratify the Constitution, or to be a citizen of one of said States at the time of such ratification, and to have attained the age of thirty-five years, and to have been fourteen years a resident within one of the said States, are the Presidential qualifications, according to the true meaning of the Constitution.

[People v. De La Guerra, 40 Cal. 311, 337 (1870)]
[emphasis added]

Indeed, this was the same exact understanding that was reached by the U.S. Supreme Court in Dred Scott. There, the high Court clearly reinforced the sovereign status of Citizens of the several States. The sovereigns are the Union State Citizens, i.e. the Citizens of the States United:

It is true, every person, and every class and description of persons, who were at the time of the adoption of the Constitution recognized as citizens in the several States, became also citizens of this new political body; but none other; it was formed by them, and for them and their posterity, but for no one else. And the personal rights and privileges guarantied [sic] to citizens of this new sovereignty were intended to embrace those only who were then members of the several state communities, or who should afterwards, by birthright or otherwise, become members, according to the provisions of the Constitution and the principles on which it was founded.

*[Dred Scott v. Sandford, 19 How. 393, 404 (1856)]*
*[emphasis added]*

*Thus, the phrase "Citizen of the United States" as found in the original Constitution is synonymous with the phrase "Citizen of one of the United States***", i.e., a Union State Citizen. This simple explanation will help to cut through the mountain of propaganda and deception which have been foisted on all Americans by government bureaucrats and their high-paid lawyers. Federal citizens were not even contemplated as such when the organic U.S. Constitution was first drafted. For authority, see the case of Pannill v. Roanoke, 252 F. 910, 914-915 (1918), as quoted in the Preface.*

With this understanding firmly in place, it is very revealing to discover that many reprints of the Constitution now utilize a lower-case "c" in the clauses which describe the qualifications for the offices of Senator, Representative and President. *This is definitely wrong,* and it is probably deliberate, so as to *confuse everyone into equating Citizens* of the United States with citizens of the United States, courtesy of the so-called 14th Amendment. This is another crucial *facet of the federal tax fraud.*

There is a very big difference between the two statuses, not the least of which is the big difference in their respective liabilities for the income tax.

Moreover, it is quite clear that one may be a State Citizen without also being a "citizen of the United States", *whether or not* the 14th Amendment was properly ratified! According to the Louisiana Supreme Court, the highest exercise of a State's sovereignty is the right to declare who are its own Citizens:

A person who is a citizen of the United States** is necessarily a citizen of the particular state in which he resides. But a person may be a citizen of a particular state and not a citizen of the United States**.

**To hold otherwise would be to deny to the state the highest exercise of its sovereignty, -- the right to declare who are its citizens.**

[State v. Fowler, 41 La. Ann. 380, 6 S. 602 (1889)]
[emphasis added]

**This right is reserved to each of the 50 States by the Tenth Amendment.**

In a book to which this writer has returned time and time again, author Alan Stang faithfully recites some of the other relevant court authorities, all of which ultimately trace back to the Slaughter House Cases and the Dred Scott decision:

Indeed, just as one may be a "citizen of the United States" and not a citizen of a State; so one apparently may be a citizen of a State but not of the United States. On July 21, 1966, the Court of Appeal of Maryland ruled in *Crosse v. Board of Supervisors of Elections*, 221 A.2d 431; a headnote in which tells us: "**Both before and after the Fourteenth Amendment to the federal Constitution, it has not been necessary for a person to be a citizen of the United States in order to be a citizen of his state** ...." At page 434, Judge Oppenheimer cites a Wisconsin ruling in which the court said this: "Under our complex system of government, **there may be a citizen of a state, who is not a citizen of the United States in the full sense of the term** ...."

[Tax Scam, 1988 edition, pages 138-139]
[emphasis added]

Conversely, there may be a citizen of the United States** who is not a Citizen of any one of the 50 States. In People v. De La Guerra quoted above, the published decision of the California Supreme Court clearly maintained this crucial distinction between the two classes of citizenship, and did so **only two years after the alleged ratification of the so-called 14th Amendment**:

I have no doubt that those born in the Territories, or in the District of Columbia, are so far citizens as to entitle them to the protection guaranteed to citizens of the United States** in the Constitution, and to the shield of nationality abroad; but it is evident that **they have not the political rights which are vested in citizens of the States. They are not constituents of any community in which is vested any sovereign power of government. Their position partakes more of the character of subjects than of citizens.** They are subject to the laws of the United States**, but have no voice in its management. If they are allowed to make laws, the validity of these laws is derived from the sanction of a Government in which they are not represented. Mere citizenship they may have, but the **political rights of citizens they cannot enjoy until they are organized into a State, and admitted into the Union.**

[People v. De La Guerra, 40 Cal. 311, 342 (1870)]
[emphasis added]

Using language that was much more succinct, author Luella Gettys, Ph.D. and "Sometime Carnegie Fellow in International Law" at the University of Chicago, explained it quite nicely this way:

[A]s long as the territories are not admitted to statehood no state citizenship therein could exist.

[The Law of Citizenship in the United States]
[Chicago, Univ. of Chicago Press, 1934, p. 7]

This clear distinction between the Union States and the territories is endorsed officially by the U.S. Supreme Court. Using language very similar to that of the California Supreme Court in the De La Guerra case, the high Court explained the distinction this way in the year 1885, seventeen years after the adoption of the so-called 14th amendment:

The Federal Democratic Republic of Ethiopia, abroad; The Federation people of the United States*** as **sovereign owners of the national territories**, have supreme power over them and their inhabitants. ... The personal and civil rights of the inhabitants of the territories are secured to them, as to other citizens, by the principles of constitutional liberty, which restrain all the agencies of government, state and national; **their political rights are franchises which they hold as privileges in the legislative discretion of the congress of the United States**. This doctrine was fully and forcibly declared by the chief justice, delivering the opinion of the court in *National Bank v. County of Yankton*, 101 U.S. 129.

[Murphy v. Ramsey, 114 U.S. 15 (1885)]
[italics in original, emphasis added]

The political rights of the federal zone's citizens are "franchises" which they hold as "privileges" at the discretion of the Congress of the United States**. Indeed, the doctrine declared earlier in the National Bank case leaves no doubt that Congress is the municipal authority for the territories:

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

All territory within the jurisdiction of the United States* not included in any State must, necessarily, be governed by or under the authority of Black International Congress. **The Territories are but political subdivisions of the outlying dominion of the United States**. They bear much the same relation to the General Government that counties do to the States, and Congress may legislate for them as States do for their respective municipal organizations.** The organic law of a Territory takes the place of a constitution, as the fundamental law of the local government. It is obligatory on and binds the territorial authorities; but Congress is supreme and, **for the purposes of this department of its governmental authority, has all the powers of the People of the United States***, except such as have been expressly or by implication reserved in the prohibitions of the Constitution.

[First National Bank v. Yankton, 101 U.S. 129 (1880)]
[emphasis added]

This knowledge can be extremely valuable. In one of the brilliant text files on his electronic bulletin board system (BBS), Richard McDonald utilized his voluminous research into the so-called 14th Amendment and related constitutional law when he made the following pleading in opposition to a traffic citation, of all things, in Los Angeles county municipal court:

17. The Accused Common-Law Citizen [Defendant] hereby places all parties and the court on NOTICE, that he is not a "citizen of the United States**" under the so-called 14th Amendment, **a juristic person or a franchised person who can be compelled to perform to the regulatory Vehicle Codes which are civil in nature**, and challenges the *In Personam* jurisdiction of the Court with this contrary conclusion of law. This Court is now mandated to seat on the law side of its capacity to hear evidence of the status of the Accused Citizen.

[see MEMOLAW.ZIP on Richard McDonald's electronic BBS]
[see also FMEMOLAW.ZIP and Appendix Y, emphasis added]

You might be wondering why someone would go to so much trouble to oppose a traffic citation. Why not just pay the fine and get on with your life? The answer lies, once again, in the fundamental and supreme Law of our Land, the Constitution for the United States of America. Sovereign State Citizens have learned to assert their fundamental rights, because rights belong to the belligerent claimant in person. **The Constitution is the last bastion of the Common Law in our country.** Were it not for the Constitution, the Common Law would have been history a long time ago. The interpretation of the Constitution is directly influenced by the fact that its provisions are framed in the language of the English common law:

There is, however, one clear exception to the statement that there is no national common law. **The interpretation of the constitution of the United States is necessarily influenced by the fact that its provisions are framed in the language of the English common law**, and are to be read in the light of its history.

[United States v. Wong Kim Ark, 169 U.S. 891, 893 (1898)]
[emphasis added]

*Under the Common Law, we are endowed by our Creator with the right to travel. "Driving", on the other hand, is defined in State Vehicle Codes to mean the act of chauffeuring passengers for hire. "Passengers" are those who pay a "driver" to be chauffeured.* Guests, on the other hand, are those who accompany travelers without paying for the transportation. Driving, under this definition, is a privilege for which a State can require a license. Similarly, if you are a citizen of the United States**, you are **subject to its jurisdiction**, and a State government can prove that you are obligated thereby to obey all administrative statutes and regulations *to the letter* of the law. These regulations include, of course, the requirement that all **subjects** apply and pay for *licenses* to use the State and federal highways, even though the highways belong to the People. The land on which they were built, and the materials and labor expended in their construction, were all paid for with taxes obtained from the People. Provided that you are not engaged in any "privileged" or regulated activity, you are free to travel anywhere you wish within the 50 States. Those States are real parties to the U.S. Constitution and are therefore bound by all its terms.

Another one of your Common Law rights is the right to own property free and clear of any liens. (**"Unalienable" rights are rights against which no lien can be established precisely because they are un-lien-able.**) You enjoy the right to own your automobile outright, without any lawful requirement that you "register" it with the State Department of Motor Vehicles. *The State governments violated your fundamental rights when they concealed the legal "interest" which they obtained in your car, by making it appear as if you were required to register the car when you purchased it, as a condition of purchase.* **This is fraud.** If you don't believe me, then try to obtain the **manufacturer's statement of origin** ("MSO") the next time you buy a new car or truck. The implications and ramifications of driving around without a license, and/or without registration, are far beyond the scope of this book. Suffice it to say that effective methods have already been developed to deal with law enforcement officers and courts, if and when you are pulled over and cited for

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

traveling without a license or tags. Richard McDonald is second to none when it comes to preparing a successful defense to the civil charges that might result. **A Sovereign is someone who enjoys fundamental, Common Law rights, and owning property free and clear is one of those fundamental rights.**

If you have a DOS-compatible personal computer and a modem, Richard McDonald can provide you with instructions for accessing his electronic bulletin board system ("BBS") and Internet website. There is a mountain of information, and some of his computer files were rather large when he began his BBS. Users were complaining of long transmission times to "download" text files over phone lines from his BBS to their own personal computers. So, McDonald used a fancy text "compression" program on all the text files available on his BBS. As a consequence, BBS users must first download a DOS program which "decompresses" the compressed files. Once this program is running on your personal computer, you are then free to download all other text files and to decompress them at your end. For example, the compressed file "14AMREC.ZIP" contains the documentation which proves that the so-called 14th Amendment was never ratified. If you have any problems or questions, Richard McDonald is a very patient and generous man. And please tell him where you read about him and his work (voice: 818-703-5037, BBS: 818-888-9882). His website is at Internet domain http://www.state-citizen.org/.

As you peruse through McDonald's numerous court briefs and other documents, you will encounter many gems to be remembered and shared with your family, friends and associates. His work has confirmed an attribute of sovereignty that is of paramount importance. **Sovereignty is never diminished in delegation.** Thus, as sovereign individuals, we do not diminish our sovereignty in any way by delegating our powers to State governments, to perform services which are difficult, if not impossible for us to perform as individuals. Similarly, States do not diminish their sovereignty by delegating powers to the federal government, via the Constitution. As McDonald puts it, powers delegated do not equate to powers surrendered:

17. Under the Constitutions, "... we the People" did not surrender our individual sovereignty to either the State or Federal Government. **Powers "delegated" do not equate to powers surrendered.** This is a **Republic**, not a democracy, and the majority cannot impose its will upon the minority because the "LAW" is already set forth. Any individual can do anything he or she wishes to do so long as it does not damage, injure, or impair the same Right of another individual. This is where the concept of a *corpus delicti* comes from to prove a "crime" or a civil damage.

[see MEMOLAW.ZIP on Richard McDonald's electronic BBS]<br/>[see also FMEMOLAW.ZIP and Appendix Y, emphasis added]

Indeed, to be a Citizen of the United States*** of America is to be one of the Sovereign People, "**a constituent member of the sovereignty, synonymous with the people**" [see 19 How. 404]. According to the 1870 edition of Bouvier's Law Dictionary, the People are the *fountain* of sovereignty. It is extremely revealing that there is no definition of "United States" *as such* in this dictionary. However, there *is* an important discussion of the "United States of America", where the delegation of sovereignty clearly originates in the People and nowhere else:

The great men who formed it did not undertake to solve a question that in its own nature is insoluble. Between equals it made neither superior, but trusted to the mutual forbearance of both parties. A larger confidence was placed in an enlightened public opinion as the final umpire. **The people parcelled out the rights of sovereignty between the states and the United States**, and they have a natural right to determine what was given to one party and what to the other. ... It is a maxim consecrated in public law as well as common sense and the necessity of the case, that **a sovereign is answerable for his acts only to his God and to his own conscience.**

[Bouvier's Law Dictionary, 14th Edition, 1870]<br/>[defining "United States of America"]<br/>[emphasis added]

We don't need to reach far back into another century to find proof that the People are sovereign. In a Department of Justice manual revised in the year 1990 (Document No. M-230), the meaning of American Citizenship was described with these eloquent and moving words by the Commissioner of Immigration and Naturalization: "**You are no longer a subject of a government!**" Remember the 14th amendment?

### The Meaning of American Citizenship
### Commissioner of Immigration and Naturalization

Today you have become a citizen of the United States of America. You are no longer an Englishman, a Frenchman, an Italian, a Pole. Neither are you a hyphenated-American -- a Polish-American, an Italian-American. **You are no longer a subject of a government. Henceforth, you are an integral part of this Government -- a free man -- a Citizen of the United States of America.**

This citizenship, which has been solemnly conferred on you, is a thing of the spirit -- not of the flesh. When you took the oath of allegiance to the Constitution of the United States, **you claimed for yourself the God-given unalienable rights which that sacred document sets forth as the natural right of all men.**

You have made sacrifices to reach this desired goal. We, your fellow citizens, realize this, and the warmth of our welcome to you is increased proportionately. However, we would tincture it with friendly caution.

As you have learned during these years of preparation, **this great honor carries with it the duty to work for and make secure this longed-for and eagerly-sought status.** Government under our Constitution makes American citizenship the highest privilege and at the same time the greatest responsibility of any citizenship in the world.

The important rights that are now yours and the duties and responsibilities attendant thereon are set forth elsewhere in this manual. It is hoped that they will serve as a constant reminder that **only by continuing to study and learn about your new country, its ideals, achievements, and goals, and by everlastingly working at your citizenship can you enjoy its fruits and assure their preservation for generations to follow.**

*Dated October 2, 2017*
*Respectfully submitted: Federal Democratic Republic of Ethiopia, abroad:" The Federation Harare Governor*
*Senior Director General/Housing Secretary: Harold Glen Fuller, I*

X: *Harold Glen Fuller* :

*c.c. James Clinton Belcher, Head of State United States of America, Unincorporated with renew the Bond of United State of America unincorporated Anna Maria Riezinger, Fiduciary. with explicit reservation of all my unalienable rights and without prejudice to any of my unalienable rights, In Propria Persona, Sui Juris*

by: Anna Maria Riezinger, Fiduciary
United States of America, Unincorporated
c/o Box 520994
Big Lake, Alaska 99652
(907) 250-5087
avannavon@gmail.com
by: James Clinton Belcher, Head of State
United States of America, Unincorporated
c/o Box 520994
Big Lake, Alaska, 99652
(907) 250-5087
avannavon@gmail.com
**Posted by Paul Stramer**
**Anna von Reitz, FDR, Shadow Government, Situs Trust**

# Cover Letter

**Nation-wide, Class-Action to renew all foreign state oath of office/criminal;** So You Took an Oath to Defend and Preserve the Constitution... *"Instead, you are invited to renew your Oath to the actual Constitution and to the unincorporated Ethiopia/United States of America"*

1.            **You Took an Oath, to Defend the Constitution**

2.                **National Association SEC;**

3.      **Criminal Complaint on Foreign Corporation and State Abusing America Peoples**

4.          **Pope Francis New Law 2017, for Corporation 123**

5.                **Federal Police of Ethiopia**

6.            **Ethiopia Under/Cover in the USA**

7.      **International Criminal Court, Complaint File Bush and Blair**

8.            **Public and Judicial Notice-Number 3**

by: Anna Maria Riezinger, Fiduciary United States of America, Unincorporated  c/o Box 520994  Big Lake, Alaska 99652 (907) 250-5087 by: James Clinton Belcher, Head of State United States of America, Unincorporated avannavon@gmail.com  c.c. *pstramer@eurekadai.net*  c.c. *pstramer@gmail.com* c.c. *jmcelwee@ncronline.org*
 C.C. Francis A Boyle International: OTP.informationDesk@icc-cpi.int
c.c. *introrg@mfa.gov.et*  c.c. *intrlaw@mfa.gov.et*
 C.c. Abrham Yohannes Hailu Licensed Lawyer & Consultant Haramaya, Ethiopia Email *abbrham@chilot.me*  Cell Phone +251913388259
C.c. Hailemichael Tadesse KefeniAddress Arada City Addis Ababa Region Addis Ababa Telephone 0911392577, E-mailzeh.michael@gmail.com
c.c. Abdurahman Seid Hussen, City Addis Ababa and Mizan Teferi, RegionAddis Ababa and SNNPRS, Telephone0911769048 E mailashlaw1979@yahoo.com
Harold Glen Fuller I, Senior Director General /Housing Secretary Federal Democratic Republic of Ethiopia, Abroad: "The Federation" (Harare Governor Office) solomonicdynasty723@gmail.com

Attorney(s) Emperor, Haile G. Sellassie, I:
**Crown Council Tribe of Lion of Judah**
**King Emanuel the Seven Black International Congress**
**Firm's Federal Democratic Republic of Ethiopia, Abroad: "The Federation"**
Ambassador Negash Kibret  Director General for International Organizations
Ambassador Taye Atskeselassie  Director General for Amer Affairs
Ato Reta Alemu Director General for International Legal Affairs
Ato Zewdu Gebreweld Head of the ICT Center
Director General for African Affairs
Ato feyisel Aliyi Director General, Diaspora Engagement Affairs
Harold G Fuller, I Senior Director General/Housing Secretary
Solomon E Wolfe, Land Grant Administrator for the Country of Ethiopia

*International Tribunal of Climate Justice as a compliance mechanism:*
*Of the Imperial Crown of Ethiopia*
*For the United State Distict Court of* _____ :

| | |
|---|---|
| *Federal Democratic Republic of Ethiopia,* | Case No.: OTP# 1-CR-203-15-001 |
| *Abroad: "The Federation Harare Governor* . ) | Case# 20170013570 Fraud Olathe, Ks P.D. |
| *Office/America* | **Nation-wide, Class-Action to renew all foreign** |
| Plaintiff, ) | **state oath of office/criminal;**  So You Took an Oath |
| vs. DEFENDANT, Municipal United States  .. ) | to Defend and Preserve the Constitution... *"Instead, you* |
| Government, *All incorporated entities (called* . ) | *are invited to renew your Oath to the actual Constitution* |
| *legal fictions)* C Corps, S Corps, LLCs, .. ....) | *and to the unincorporated Ethiopia/United States of* |
| .Trusts, Foundations ) | *America"...* |
| ) | |
| ) | |
| ) | |



Marv Fields, nickname Stagecoach Marv, was a former slave who became the first African-American woman to work for the US postal service when, about age 60, she was the fastest applicant to hitch up a team of 6 horses in the Montana Territory. She wore a pistol under her apron and when the snow was too deep for the horses she would carry the mail on her back and deliver it on snowshoes. She never missed a day. When the town of Cascade banned women from saloons, the mayor granted her an exemption. Kathleen and Eldridge Cleaver in Algiers after the birth of their first child. The Black Panther Party had established an international section in Algeria during 1969.

## Statement of Fact

So You Took an Oath to Defend and Preserve the Constitution.....For All Members of the Military and Police Forces. Most of the people we talk to who say that they "took an oath to preserve and defend the Constitution"----including many military officers: (1) don't know what a Constitution is; (2) never seriously sat down and studied or thought about any one of the three Constitutions Americans are likely to encounter; (3) don't know which Constitution they took an Oath to. *This article is for all those people.* The greatest enemy we face every day is ignorance. The second greatest is sloth--which leads to the careless "taking for granted" of things which should never be taken for granted.

A "constitution" **is a debt agreement.** It lays out services to be provided, who is responsible for providing these services, how they will be administered, and who pays for the services. Even a cursory glance at any one of the three (3) Constitutions Americans are likely to see reveals that, yes, indeed, all these matters are covered--howbeit, in different forms and by different parties. No doubt it is a surprise to many that we have three Constitutions. Let's start there and review the facts.

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

There is "The Constitution for the United States of America" **written and adopted in 1787**. This is the actual Constitution forming the union of unincorporated organic land jurisdiction "States of America" into a union (a form of association) **of sovereign states**, doing business as the **unincorporated United States of America**. Notice that this unincorporated entity was created "for" the States of America. These "States" are also unincorporated entities. Notice that "unincorporated" is a synonym for "sovereign".

**It was necessary** to create and form this union of states first in order to have a central body responsible for exercising all the "powers" of the **sovereign states in international jurisdiction** BEFORE those powers could be exercised in common or separated out and delegated to any other party. This is the actual Constitution from which all other Constitutions (debt agreements for services) are derived and upon which they all depend for their existence. So, the unincorporated United States of America was formed first, received the responsibility for exercising all international powers in 1787, and two years later, delegated nineteen of its enumerated **powers to the British Monarch and** *His Proxy Government* known as The *United States of America* as described and organized under The Constitution of the United States of America *adopted in 1789*. Notice that this foreign British-controlled "district government" was created "of" the United States of America --meaning "apart from, outside of, or belonging to" the United States of America.

Whereas the **first Constitution** was an agreement between the national governments of the individual sovereign states to form a union and to mutually operate both their international land and international sea jurisdiction powers under a supra-national union of their states known as the unincorporated United States of America, the **second Constitution** delegated nineteen of those **international powers** to a foreign territorial government run as a **proxy government** under strictly delegated powers by the **British Monarch**. The **District of Columbia was carved out as a base** of operations for this **proxy government** and it was also granted the ability to own and operate dock yards, arsenals, and similar facilities needed to exercise its delegated powers.

All the non-delegated "reserved" powers in international jurisdiction remained with the unincorporated United States of America and the sovereign states and people. See Amendment X.

After the **so-called Civil War**, which was never declared and never ended by any treaty (and was thus an illegal commercial mercenary action on our shores) the British-controlled federal territorial --- also known as "district government" reorganized itself as a for-profit governmental services corporation and unlawfully converted their original Constitution into a **foreign commercial corporation charter**, thereby fundamentally altering the nature of the document itself **without the knowledge or consent of the American states and people.**

The foreign conspirators published their handiwork as "The Constitution of the United States of America" **in 1868** and it appeared to be virtually identical to **their original 1789 Constitution**. What was hidden from view is that the very nature of the document itself **had been unlawfully converted**. It no **longer represented a tri-lateral international treaty** among **sovereign states**, but was instead secretively re-cast as the **charter of a British commercial corporation** in the business of providing **"governmental services"**. This **fundamental fraud against the actual treaty obligations and against the American states** and people went undetected and misunderstood for **a hundred and fifty years**, but has now come to light and proves **gross Breach of Trust and violation of both multiple treaties and international service contracts by the British Monarchs** and the various Popes responsible for this travesty.

Don't believe it? **We have absolute and fully documented proof that not a single "Amendment" to the 1868 "Constitution"** has ever been properly ratified by the required number of states. The reason for this is, or should be, self-evident. **As a tri-lateral international treaty the 1789 Constitution requires ratification by the states, but the look-alike, sound-alike corporate charter is just that---** a commercial corporation charter like any other, which requires only a majority vote by the **Board of Directors to** adopt "amendments". Whereas the actual **1789 Constitution is a** public and international document, the 1868 fake is a private organizational charter. Basically, the renegade **"Rump Congress" went into business for itself with the help of the British Monarch and the Pope back in 1868.**

They--- the federal corporations, the British Monarchs, and the Popes--- have been splitting the profits from this gross betrayal of trust and sharing the fruits of this commercial fraud ever since. We have the proof of that, too, fully documented in the public and banking records.

**Ten years later, in 1878, another travesty was allowed to occur**. This one involved the similar incorporation of **the Municipal (city state) government of Washington, DC**. The actual Constitution allowed Congress "plenary" control of Washington, DC, so they took advantage of this fact to make Washington, DC **an independent international city**-state run by another **commercial corporation under their own auspices**. This then gave rise to the "Constitution of the United States"--- **another corporate charter masquerading as a valid treaty document.**

The Constitution of the United States (Municipal Government) again mirrors the actual 1789 Constitution, but in a much simplified and truncated form.

This **foreign municipal "constitution"** is what your purported *Congressmen and Senators take their Oath of Office to.* Don't believe it? Look it up on the internet. **There it is in black and white --- Oath of Office --- taken to "the Constitution of the United States".**

**Basically, they take an oath to their own power and self-interest as plenary oligarchs in charge of the Washington, DC city-state and as the Board of Directors of the associated for-profit municipal governmental services corporation.**
Whereas the federal territorial "government" is the responsibility of the Ethiopia Monarchs, the municipal "government" is the responsibility of the **Emperor and Empress of Ethiopia of 1900 friendly treaty between United States of America..**
Both of these **corporation organizations** have been grossly and **criminally mismanaged in violation** of our **National Trust and all the** venerable **international treaties** and **commercial contracts connected to it since 1868 and 1878,** respectively. Together they have run the **"State of State"** franchises in our actual states and the **"STATE OF STATE"** franchises, too. They have ruthlessly harvested the labor and natural resources of this country for fifteen decades with the help of our own employees and the Sergeant Schultz-like ignorance of our military leaders.

One can only imagine the **Joint Chiefs** lined up in a row stuttering, **"I know NOTHING! I see NOTHING! I hear NOTHING!"**
**Well, hear this ---- the lawful civil government of this country gave you explicit orders over three years ago** telling you what needed to be done and **you still haven't done it.** Now you are accepting paychecks **from the Bank of France,** which last time we looked, is the **central bank of a foreign government.** What do you propose to do? Act as **foreign mercenaries** against your actual employers--- the **Ethiopia/American** states and people?

**Saying that you "took an Oath to the Constitution"** without saying which Constitution and what kind of "constitution" is like saying you **"cleaned the toilet bowl"** without mentioning which **toilet bowl in which house.**

**Now the Pope has moved to liquidate the Municipal corporation as of four years ago and that has upset the whole cozy arrangement by which the USA, Inc. and its State of State franchises was being funded off of our slave labor, so both the Municipal and Territorial federal corporations are in receivership** ---one in Chapter 7 and the other in Chapter 11 -- and the *Bank of France (Jacob Rothschild)* is providing the **capital to** keep the Territorial "government" running on fumes during **reorganization.**

Gentlemen -- there are three governments on this continent, one of which, the unincorporated *United States of America/Ethiopia, is the Paramount Security Interest Holder and Priority Creditor of every Territorial and Municipal government and every franchise of all those governments worldwide.* The other two are bankrupt multi-national corporations that have **nothing to do with us,** other than the fact that they have *been operated in gross Breach of Trust and commercial contract* on our shores while you have all collected your paychecks and snored on.

One entity in this Mess is owed all the wealth and owns all the assets of virtually every incorporated entity on this planet, *including the commercial banks, which are all technically bankrupt, too.* And this entity just happens to be the lawful government of this country operating under the actual Constitution of this country. The other two multi-national corporations responsible for this deplorable situation are *under the administration of bankruptcy Trustees named by Secondary Creditors* (international banks) which are themselves in receivership to us.

Let us suggest that: **(1) you probably meant to take your Oath to the actual Constitution, didn't you?** and *(2) to the extent that you were deceived into taking an Oath to any other foreign "constitution" by mistake, that Oath is null and void.*
So, upward and onward and no excuses. This is not a matter of any dispute requiring any legal process to determine the facts. Both **the British Monarch and the Pope have admitted the facts and have withdrawn from the "field of battle" over these issues.** That's why the **Municipal corporations are in involuntary bankruptcy and that is why the** Territorial **corporations are in Chapter 11.** Even the central banks are not trying to argue it. *They know where things stand, because it was their stated intention and past practice to claim our assets as "abandoned property".*

As of 2015, we, the **Ethiopia/American** states and people, operating our lawful **international government,** the unincorporated **United States of America,/Ethiopia** re-issued our **Sovereign Letters Patent,** established new service contracts with different federal service providers, and in 2017, we completed our international claims process and established **our private Indemnity Bond** upon the United States Treasury 1789. The lawful government of this country is open for business again and ready to dispense with the **quadrillions of dollars of debt (which is our credit)** that have been amassed against billions of innocent people and their **lawful governments.**

When we speak of **"re-venuing"** the government, we are talking about the **return of the government functions** to the control of **the actual land jurisdiction states** and the enforcement of the **actual Constitution.** This needs to take place without **disruption or misunderstanding.** As part of this process, *the former federal Paymasters need to prepare to switch over to our funding sources and the bankruptcy Trustees appointed by Secondary Creditors need to move* over for the actual Priority Creditors who have presented themselves to settle the bankruptcy of both the Municipal and Territorial corporations worldwide. **All those presently engaged in** *"Proclamation 621/2009 no# N,"* Promotion of the Justice system and law enforcement activities need to **gear up to enforce the Public Law instead.**

**Those of you who took an Oath to the wrong constitution by mistake are not obligated to fulfill any oath undertaken under conditions of non-disclosure and deceit.** *"Instead, you are invited to renew your Oath to the actual Constitution and to the unincorporated United States of America".* You are free to return home to the land and soil of your birth and to inherit all that is yours by nature and right.

The realm of the sea is international in nature and deals with matters of commerce and trade between nations. This is where you find Sea Treaties affecting the flow of goods between nations and the Law of Nations affecting international agreements such as United Nations Declarations. This is the realm of Maritime (Commercial) Law and Admiralty (Martial) Law.

Finally, there is the Land which is national in nature. This is where you find - in America-- county and state law. Remember that in our country each state is a nation, so the words "interstate" and "international" mean the same thing for us. This is the **realm of Ethiopia/American Common Law and the actual Constitution.**
Please note that there are many forms of "Common Law" and you must specify "American Common Law" or you may easily find yourselves operating under "Martial Common Law" or "English Common Law" or whatever else a particular court may have on offer.
So--air, land, and sea also translates as global, national, and international.

*Over time the Popes and the British Monarchs have colluded to usurp upon the national governments owed to the living people throughout the world and have sought to replace our national governments* with governmental services corporations instead. **They have largely succeeded and have abused the trust of the entire world.**

**All incorporated entities (called legal fictions) are ultimately created in the realm of the air by the Roman Curia. C Corps, S Corps, LLCs, Trusts, Foundations and Cooperatives have all been created by the Roman Catholic Church's Secular Hierarchy headed by the Pope in his Office of the Pontiff.**

So, although these things all function in the **realm of commerce** and **under the Law of the Sea,** they have their genesis and **domicile in the realm of the air.** As a result, the Pope and the Curia can control and disband any corporation on Earth -- including those functioning "as" governments.

The Ethiopia/American situation is unique because its governmental functions in international jurisdiction have always been split between the delegated functions exercised by the British-controlled Territorial Government dba "United States" and the non-delegated "reserved powers" of the actual United States government doing business as The United States of America.
The Municipal United States Government arising out **of Article 1, Section 8, Clause 17 has been run** *as an independent international city-state organization out of Washington, DC.*

Both the Territorial United States and the Municipal United States have long since been converted into corporations under the ultimate control of the Roman Curia and the Holy See, yet functioning in the realm of international commerce-- under the day-to-day control of the British Monarch.

The Popes and the British Monarchs thus surreptitiously empowered have contrived to "redefine" the nature of government on **Earth into a form of Commercial Feudalism.**

On the land there remain the Unincorporated Governments of the Earth--- the land jurisdiction governments of the nations of the world which have fallen asleep and one by one been overtaken by the creeping commercial rot from within.

Be aware that sovereignty is a characteristic which only **unincorporated entities have, so that the only sovereign governments are unincorporated.**

It has been the apparent intention of the Popes to incorporate all government organizations worldwide by offering these organizations benefits-- like the ability to go bankrupt, known as "limited liability"--- while purposefully leaving their own government, the **Holy See, and the Ethiopian Orthodox Church as the only unincorporated (and therefore only sovereign) government.**
This has been done on the backs of the people who have had to absorb the losses of all these bankrupt for-profit entities.

Thus the scam has been to entrap and enslave both people and lawful land jurisdiction governments as "franchises" of governmental services corporations -- all of which have been subjected under the rule of the Holy See."

And the land jurisdiction governments and the people have been enticed into this "system" based on "benefits" which they have literally paid for themselves.

By providing some businesses and people limited liability at the cost of all the others, the Roman Pontiff has seduced virtually all world governments to incorporate and subject themselves to be ruled by the Holy See.

The only exceptions now are Iran, North Korea, The United States of America (Unincorporated) and a handful of Pacific Island Kingdoms.

In doing all this chicanery both the Holy See and the British Monarchs have operated in Gross Breach of Trust and under Color of Law and have used ample means of fraud and deceit to pursue their ends.

At which point it becomes self-evident that we have-- the entire Earth-- suffered at the hands of crime syndicates masquerading as the lawful government of Great Britain and the Roman Catholic Church: evil in high places, indeed.
It is high and holy time that all the people of the Earth woke up and put a stop to this fraud and demanded an end to this "system" of things.

We left Feudalism and Robber Barons behind a long time ago and, speaking for the American States and People--- who are the Priority Creditors of all these bankrupt Territorial and Municipal corporations worldwide--- we see no reason to go back to the Dark Ages.
It is time, rather, for the Church to be a Church, and for the government of England to return to the people.
We are in the process of re-venuing the American Government back to the land jurisdiction where it belongs.
Time for the rest of the world to get busy and do the same. *With the True God as our Witness, what we are telling you is true and verifiable and not in dispute.*

*c.c. James Clinton Belcher, Head of State, United States of America (Unincorporated)*
*c.c. Anna Maria Riezinger, Fiduciary*
*c.c. Abrham Yohannes Hailu Licensed Lawyer & Consultant Haramaya, Ethiopia Email abbrham@chilot.me Cell Phone +251913388259*
*c.c. Hailemichael Tadesse Kefeni Address Arada City Addis Ababa Region Addis Ababa Telephone 0911392577, E-mail zeh.michael@gmail.com*
*c.c. Abdurahman Seid Hussen, City Addis Ababa and Mizan Teferi, Region Addis Ababa and SNNPRS, Telephone 0911769048 E mail ashlaw1979@yahoo.com*
*c.c. Francis A Boyle International: OTP.informationDesk@icc-cpi.int*
*c.c. pstramer@eurekadai.net*
*c.c. pstramer@gmail.com*
*c.c. introrg@mfa.gov.et*
*c.c. intrlaw@mfa.gov.et*
*mnelson@eurekadai.net*
*c.c. achrysler@wnj.com*
*c.c. jmcelwee@ncronline.org*
**Harold Glen Fuller I, Senior Director General /Housing Secretary Federal Democratic Republic of Ethiopia, Abroad: "The Federation" (Marage/Governor Office)**
X: _Harold Glen Fuller I_,                              Indefinite detention without trial
Indefinite detention is the incarceration of an arrested person by a National Government of Ethiopia, abroad: "The Federation" or law enforcement agency without a trial, and violates many National and International Laws, including human rights laws. In recent years, governments have indefinitely incarcerated individuals suspected of terrorism, sometimes declaring them enemy combatants.

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

1

**Attorney(s) Emperor, Haile G. Sellassie, I:**

2   **Crown Council Tribe of Lion of Judah**
    **King Emanuel the Seven Black International Congress**

3   **Firm's Federal Democratic Republic of Ethiopia, Abroad: "The Federation"**
    Ambassador Negash Kibret  Director General for International Organizations

4   Ambassador Taye Atskeselassie  Director General for Amer Affairs
    Ato Reta Alemu Director General for International Legal Affairs

5   Ato Zewdu Gebreweld Head of the ICT Center
    Director General for African Affairs

6   Ato feyisel Aliyi Director General, Diaspora Engagement Affairs
    Harold G Fuller, I Senior Director General/Housing Secretary

7   Solomon E Wolfe, Land Grant Administrator for the Country of Ethiopia

8

9   _International Tribunal of Climate Justice as a compliance mechanism:_
    _Of the Imperial Crown of Ethiopia_
    _For the United State Distict Court of_ _____:

10  | _Federal Democratic Republic of Ethiopia,_ | ) | **Case No.: OTP# 1-CR-203-15-001** |
    | _Abroad: "The Federation Harare Governor_ | ) | **Case# 20170013570 Fraud, Olathe, Ks P.D.** |
    | _Office/America_ | ) | **Nation-wide, Class-Action to renew all foreign** |
    |   Plaintiff, | ) | **state oath of office/criminal;**  So You Took an Oath |
    |   vs. DEFENDANT, Municipal United States | ) | to Defend and Preserve the Constitution... _"Instead, you_ |
    |   Government, _All incorporated entities (called_ | ) | _are invited to renew your Oath to the actual Constitution_ |
    |   _legal fictions)_ C Corps, S Corps, LLCs,  ... | ) | _and to the unincorporated Ethiopia/United States of_ |
    | **Trusts, Foundations** | ) | _America"_..Respondent Anthony A. Elgindy, Intervenor. |
    |   | ) | No.  04-1154. Decided: December 13, 2005/ United |
    |   | ) | States Court of Appeals, District of Columbia Circuit. |

15

16                              **Statement of Relevant**

17
                        **The 1903 Skinner Mission to Ethiopia**

18  A Century of Ethiopian-American Relations Robert P. Skinner 1903-1904 mission to Ethiopia which resulted in the
    signing of a treaty between the United States and Ethiopia to regulate commercial relations. The year 1903 marks,

19  therefore, the beginning of official contact between Ethiopia and the United States, one of the earliest official
    engagements by the United States to the interior of sub-Saharan Africa. 2003

20  <span style="background:black;color:white">E N F O R C E M E N T   A N D   C O M P L I A N C E</span>

21  Ethiopia Amity and Economic Relations Agreement Between The United States of America And Ethiopia

22  The United States of America and Ethiopia, desirous of emphasizing the friendly relations which have long prevailed
    between their peoples, of manifesting their common desire that the high principles in the regulation of human affairs to

23  which they an committed shall be made more broadly effective, and of encouraging mutually beneficial investments
    and closer economic intercourse generally between their peoples, have resolved to conclude a Treaty of Amity and

24  Economic Relations, and have appointed as their Plenipotentiaries:

    **The two High Contracting Parties reiterate their intent to further the purposes of the United Nations.**

25  Article II

26  Each High Contracting Party shall have the right to send to the other High Contracting Party duly accredited diplomatic
    representatives, who shall be received and, upon the basis of reciprocity, shall be accorded in the territories of such

27  other High Contracting Party the rights, privileges, exemptions and immunities due them under generally recognized
    principles of international law.

28

**Article XVII**

Any dispute between the High Contracting Parties as to the interpretation or application of the present Treaty, not satisfactorily adjusted by diplomacy, shall at the request of either High Contracting Party be submitted to the International Court of Justice, unless the High Contracting Parties agree to Settlement by some other pacific means.

## THE ROLE OF DOMESIC COURTS IN TREATY ENFORCEMENT

If asked whether Ethiopia courts enforce treaties binding on the state at international law, most Ethiopia judges and lawyers would say yes. They would explain that treaties are part of Ethiopia Supreme law given domestic effect by legislation, and even then a court interpreting or applying such legislation is, in fact, enforcing the treaty, but simply giving effect to domestic law. There is much truth in this depiction of the Ethiopia, approach. But there is also some generalization, even some simplification. While the Ethiopian Orthodox account of the place of treaties in Ethiopia law retains much of its force today, it was elaborated at a time when Ethiopia engagement with international law, and international law's engagement with the domestic laws of Ethiopia and other states, were more narrowly circumscribed. An accurate account of treaty enforcement in Ethiopia courts today is receiving doctrines while also considering the contemporary practices of Ethiopia judicial, legislative and executive branches of government. Seen in this light, Ethiopia courts play an increasingly important role in enforcing the state's treaty obligations, though largely through such indirect means as interpretive presumptions and implementing legislation.

### The status of treaties in Ethiopia law

The status of international treaties in Ethiopia/USA law, there is only two, High Contracting Parties in the United States of America, one is bankrupt **U.S. Congress** and Ethiopia the **Central Government**. U.S.A void constitutional structure, which blends written constitutional provisions with unwritten doctrines and interpretive practices. USA constitution is partially codified in a series of statutes enacted by the Britain.

The **National Association of Securities Dealers, Inc.** ("NASD") is the only officially registered "national securities association" under § 15A of the **Securities Exchange Act of 1934** ("Exchange Act" or the "Act"), 15 U.S.C. § 78o-3 (2000). Domestic Sec., Inc. v. SEC, 333 F.3d 239, 242 (D.C.Cir.2003).

By virtue of its statutory authority, **NASD wears two institutional hats:** *it serves as a professional association, promoting the interests of it members, and it serves as a quasi-governmental agency, with express statutory authority to adjudicate actions against members who are accused of illegal securities practices and to sanction members found to have violated the Exchange Act or Securities and Exchange Commission* ("SEC" or the "Commission") regulations issued pursuant thereto. 15 U.S.C. § 78o-3(b)(7). See Merrill Lynch v. Nat'l Ass'n of Sec. Dealers, Inc., 616 F.2d 1363, 1367 (5th Cir.1980) **("As a registered securities association,** [NASD] has been '**delegated governmental** power to enforce, the legal requirements laid down in the Exchange Act.' ") (citation omitted).

*Disciplinary actions brought by NASD's* Department of Enforcement *against members for violations* of federal securities laws may be adjudicated before a NASD Hearing Panel. **See Rules 9212 & 9221 of NASD's Code of Procedure (2005), NASD Manual 9212, 9221 (LEXIS).** Hearing Panel decisions may be appealed to the National Adjudicatory Council ("NAC"), or they may be reviewed by NAC on its own initiative. See Rules 9311 & 9312 of NASD's Code of Procedure, NASD Manual 9311, 9312 (LEXIS). NASD **must notify the SEC of any final disciplinary action it takes against a member. 15 U.S.C. § 78s(d)(1).** The Commission *may then act sua sponte*, or pursuant *to a petition* from the aggrieved member, to review NAC's decision de novo. **15 U.S.C. § 78s(d)-(e).**

A statutory **system authorizing self-regulatory** organizations to act **as quasi-governmental agencies** in disciplining members **for federal securities law violations** has existed **for almost 70 years.** In every statutory iteration of this authority, **Congress has specified that adjudicatory actions of self-regulatory organizations** like NASD are subject to plenary review by the SEC. Compare 15 U.S.C. § 78s(d)-(e) (2000) (current provisions governing SEC review of NASD disciplinary actions), with 15 U.S.C. § 78o-3(g)-(h) (1940) (original provisions governing SEC review of NASD disciplinary actions). Congress has provided for judicial review of SEC actions under § 25(a) of the Act, which enables "[a] person aggrieved by a final order of the Commission" to obtain judicial review. 15 U.S.C. § 78y(a) (2000).

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

In this case, the Commission reversed a determination by NAC disciplining a NASD member and its owner for, among *other things, engaging in a manipulative scheme in violation of § 10(b) of the Exchange Act, 15 U.S.C. § 78j(b).* NASD now petitions for review under § 25(a) of the Act. The Commission argues that the petition for review should be dismissed, because Congress did not intend for § 25(a) to cover NASD when it is acting in its adjudicatory capacity. In other words, according to the Commission, NASD is not a "person aggrieved" when the Commission reverses a NASD disciplinary decision.

During the nearly 70 years that self-regulatory organizations have been recognized under the Exchange Act, *Congress has never granted NASD a statutory right to seek judicial review of a SEC decision reversing disciplinary action taken by* NASD as a first-level adjudicator under the statute. And no court has ever suggested that such review is possible. Indeed, we can find no case in which NASD, in its capacity as a first-level adjudicator in disciplinary actions, has ever petitioned for judicial review to challenge a SEC judgment overturning the initial decision rendered by NASD in its adjudicative capacity.   We find no reason to allow it to do so now.   We hold that the adjudicatory arm of NASD is not "[a] person aggrieved" within the meaning of § 25(a) of the Exchange Act when the Commission reverses a decision it has made.

**Contact Information** Patricia Donoghue Project Manager **padonoghue@fasb.org**

Statement of Financial Accounting Standards No. 140 Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities a replacement of FASB Statement No. 125 September 2000

FAS 140 Summary This Statement replaces FASB Statement No. 125, Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities. It revises the standards for accounting for securitizations and other transfers of financial assets and collateral and requires certain disclosures, but it carries over most of Statement 125's provisions without reconsideration.

Upon completion 3 of a transfer of assets that satisfies the conditions to be accounted for as a sale (paragraph 9), the transferor (seller) shall:  Derecognize all assets sold

Recognize all assets obtained and liabilities incurred in consideration as proceeds of the sale, including cash, put or call options held or written (for example, guarantee or recourse obligations), forward commitments (for example, commitments to deliver additional receivables during the revolving periods of some securitizations), swaps.

### Jurisdiction Basics

*Supreme court rule in 1885 United States of America is Federal jurisdiction, International Rules: has been defined as "the power, right, or authority to interpret and apply the law." Stated another way, it is the ability of a court to adjudicate a particular case. Not all courts can adjudicate every kind of case.*

*The Ethiopia/US Constitution International Resolution gives power to the federal district and International courts to hear admiralty cases. Under a 1789 act of Congress, state courts were authorized to decide many, but not all, types of maritime cases. State courts can decide admiralty cases if the remedy being sought was available under common law. In that situation, the federal and state courts are said to have concurrent jurisdiction.*

*Some types of maritime cases can be heard domestic court under international laws, in federal court such as cases involving the enforcement of a maritime lien or the foreclosure on a preferred ship mortgage. Those types of cases require the arrest of a vessel, which only the Ethiopian Defense is empowered to do. Proceedings under the Limitation of Liability Act by which a vessel owner seeks to limit its liability to a group of claimants must be brought in federal court. Admiralty actions against the United States also must be brought in federal domestic court under international rules.*

*Whether a case falls within admiralty jurisdiction must be determined by the court. The parties cannot create admiralty jurisdiction by agreement.*

### Admiralty Jurisdiction Basics

*The determination of whether a case is really an admiralty case that triggers admiralty jurisdiction is not as straight forward as it might seem. Admiralty jurisdiction is not determined by the mere involvement of a vessel in the case or even by the occurrence of an event on a waterway.*

*As a general rule, a case is within admiralty jurisdiction if it arises from an accident on the navigable waters of the United States and involves some aspect of maritime commerce such as when two vessels collide or when a seaman is injured on a vessel in service.*

*A case is also within admiralty jurisdiction if it involves a contract relating to "the navigation, business or commerce of the sea" such as the charter of a vessel, or the carriage of cargo. Finally, a case is within admiralty jurisdiction if it involves a crime committed on the high seas against a US vessel or a US citizen.*

*Cases involving disputes under marine insurance policies are usually held to be within admiralty jurisdiction but a suit for breach of a contract to procure insurance may not be. The Ninth Circuit held a suit for breach of a contract to procure marine insurance is not within admiralty jurisdiction even though a marine insurance policy is a maritime contract. Another court held a suit against a marine insurance broker based on the broker's failure to procure pollution insurance for a tug operator was within admiralty jurisdiction, reasoning pollution accidents at sea can cause devastating consequences to maritime commerce and insurance offers protection to ship-owners for cleanup costs.*

**III.**                                    **Conclusion**

For the reasons stated above, the petition for review is hereby dismissed for want of jurisdiction.    NASD's articulated interest in this lawsuit is insufficient to make it "a person aggrieved" within the meaning of § 25(a) of the Exchange Act. Opinion for the Court **filed by Senior Circuit Judge EDWARDS.**

Admiralty Jurisdiction – SUMMARY OF STATEMENT NO. 140
Violent Radicalization and Homegrown Terrorism Prevention Act of 2007

The **Violent Radicalization and Homegrown Terrorism Prevention Act of 2007** was a bill sponsored by Rep. <u>Jane Harman</u> **(D-CA)** in the 110th <u>United States Congress</u>. Its stated purpose is to deal with "<u>homegrown terrorism</u> and <u>violent radicalization</u>"[4] by establishing a national commission, establishing a center for study, and cooperating with other nations.

The bill was introduced to the House as **H.R. 1955 on April 19, 2007  and passed on Oct 23, 2007**. It was introduced to the Senate on August 2, 2007 as S-1959. The bill **defines some terms including "violent radicalization,"** "homegrown terrorism," and "ideologically based violence which have provoked controversy from some quarters. The bill become law during the 110th Congress and the Upper House of the Federation Parliament.

Amended the ***Ethiopian National Security/Homeland Security Act of 2002*** to add provisions concerning the prevention of homegrown terrorism (terrorism by individuals born, raised, or based and operating primarily in the United States). Directed the Secretary of ***Ethiopian National Security/***Homeland Security to:
Establish a grant program to prevent radicalization (use of an extremist belief system for facilitating ideologically-based violence) and **homegrown terrorism in the United States and the World** *Ethiopian National Security/***;
Establish or designate a university-based Center of Excellence for the Study of Radicalization and Homegrown Terrorism in the United States;

*c.c. James Clinton Belcher, Head of State, United States of America (Unincorporated)*
*c.c. Anna Maria Riezinger, Fiduciary*
*c.c. Abrham Yohannes Hailu Licensed Lawyer & Consultant Haramaya, Ethiopia Email abbrham@chilot.me Cell Phone +251913388259*
*c.c.* **Hailemichael Tadesse KefeniAddress Arada CityAddis Ababa Region Addis Ababa Telephone 0911392577, E-mailzeh.michael@gmail.com**
*c.c.* **Abdurahman Seid Hussen, CityAddis Ababa and Mizan Teferi, RegionAddis Ababa and SNNPRS, Telephone0911769048 E mailashlaw1979@yahoo.com**
**c.c.** Francis A Boyle International: OTP.informationDesk@icc-cpi.int
*c.c. pstramer@eurekadai.net*
*c.c. pstramer@gmail.com*
*c.c. introrg@mfa.gov.et*
*c.c. intrlaw@mfa.gov.et*
*mnelson@eurekadai.net*
*c.c. achrysler@wnj.com*
*c.c. jmcelwee@ncronline.org*

 Harold Glen Fuller J, Senior Director General /Housing Secretary Federal Democratic Republic of Ethiopia, Abroad: "The Federation" (Haward Governor Office)
X Harold G Fuller J                                : Indefinite detention without trial
Indefinite detention is the detention of an arrested person by a National Government of Ethiopia, abroad: "The Federation" or law enforcement agency without a trial, and violates many National and International Laws, including <u>human rights</u> laws. In recent years, governments have indefinitely incarcerated individuals suspected of <u>terrorism</u>, sometimes declaring them <u>enemy combatants</u>.

**Attorney(s) Emperor, Haile G. Sellassie, I:**
**Crown Council Tribe of Lion of Judah**
**King Emanuel the Seven Black International Congress**
**Firm's Federal Democratic Republic of Ethiopia, Abroad: "The Federation"**
Ambassador Negash Kibret  Director General for International Organizations
Ambassador Taye Atskeselassie  Director General for Amer Affairs
Ato Reta Alemu Director General for International Legal Affairs
Ato Zewdu Gebreweld Head of the ICT Center
Director General for African Affairs
Ato feyisel Aliyi Director General, Diaspora Engagement Affairs
Harold G Fuller, I Senior Director General/Housing Secretary
Solomon E Wolfe, Land Grant Administrator for the Country of Ethiopia

*International Tribunal of Climate Justice as a compliance mechanism:*
*Of the Imperial Crown of Ethiopia*
*For the United State Districts Court of _____:*

| | | |
|---|---|---|
| *Federal Democratic Republic of Ethiopia,* | ) | **Case No.: OTP# 1-CR-203-15-001** |
| *Abroad: "The Federation Harare Governor* . . | ) | **Case# 20170013570** Olathe, Ks P.D. Fraud: |
| *Office/America* | ) | **Nation-wide Class-Action to renew all foreign** |
| Plaintiff, | ) | **state oath of office/criminal;** |
| Vs. DEFENDANT, Municipal United States . | ) | So You Took an Oath to Defend and Preserve the |
| Government, *All incorporated entities (called* | ) | Constitution... *"Instead, you are invited to renew your* |
| *Legal fictions)* C Corps, S Corps, LLCs, | ) | *Oath to the actual Constitution and to the unincorporated* |
| *.Trusts, Foundations* | ) | *Ethiopia/United States of America"...* |
| | ) | |

### This criminal complaint is based on these facts:

See **Affidavit of Special Agent Harold Glen Fuller, I:** Ethiopian Under/Cover (attached Federal Police)

**I. The complainant in this case, state that the following is true to the best of my knowledge and belief'.**

Beginning no later than **1933 Bankruptcy of United States of America** and continuing through at **least The Present,** at United States of America, and elsewhere, the defendant violated: Code Section Offense Description Title **United States Code, and Criminal Section.**

On or about, defendant, for the purpose of executing a scheme to defraud, knowingly caused to be delivered by the as stated in **the Statement of Facts** Containing payment for travel packages purchased by this criminal complaint is based upon these facts:

### Continued on the attached sheet.

### AFFIDAVIT

1. I am a Special Agent with the Federal **Democratic Republic of Ethiopia, abroad: "The Federation",** Ethiopia Under/Cover Task Force and have been so employed for 25 years. My current responsibilities include the **investigation of white collar crime, International War crime, Human Right's crime etc: including mail and wire fraud.**

2.    This affidavit is submitted in support of a criminal complaint alleging that **Home/Town Terrorist has violated** *Title 18, United States Code, and Section 1341.* Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging Municipal Corporation with VARIOUS, charges

1  I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I

2  believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the
   complaint.

3  3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and

4  personnel (collectively, "agents") and my review of documents and other information obtained in this investigation.

**OVERVIEW**

5  4. I submit that evidence, as set for the below, provides probable cause to believe that beginning no later than 1933: and

6  continuing until at least Present day 2017, Municipal corporation engaged in a scheme to defraud the United States of

7  America, by falsely representing that packages for in fact, was not authorized by to obtain, and that he did not intend to

   obtain the required. Fraudulently sold partial refunds to customers that he defrauded, to transfer funds to, and to pay

8  personal expenses, among other things.

9  With the Global economy still in a fragile condition the leaders, of The **Federal Democratic Republic of Ethiopia**

10 **"Abroad" The Federation" FIND COMMON GROUND on key of Global issues:**

   The key is "Demonstrate "Unity and a commitment to maintain the Health of our world economy, even if we have to

11 make some difficult choices.

12 The Federal Government prohibit loan discrimination and deception: The Ministry of Justice of Ethiopia and United

13 Nations, has created the following **Anti-Terrorism, Proclamation 652/2009, /657/2009 means to Induce another**

   **person by persuasion promises, money Gift threats or otherwise to commit an Act of Terrorism.**

14 *Proclamation* Article **3, clearly stipulates what amounts to terrorism, Acts those which render serious harms to the**

15 **right to life, liberty and Security of person, property and other rights and freedoms:**

16 **Under Articles 22 of ICCPR and Article 31 of the Ethiopian Constitution,** It's Necessary in a Democratic Society for

   the Interests of **National Security or Public Health or morals or the protection of the rights and freedoms of others**.

17 Considering the instability and terror that could be created with the false **threats or rumors related with terrorist Acts:**

18 **The Ethiopian Anti-Terrorism legislation prohibits International communication by any means of false threats**

19 **related with terrorist Acts. Criminalizing false rumors or treats that could cause public disturbances and**

   **instability is also provided in Article 485, 486, and 487 of the Ethiopian Criminal Code:**

20 **ARTICLE 16 OF THE ANTI-TERRORISM PROCLAMATION WHERE THERE IS REASONABLE**

21 **SUSICION: Article 32, 33, of the criminal Procedure Code, are similar the only difference in this case is the Anti-**

22 **Terrorism law give the power to permit sudden search to the Director General of the Federal Police where there is**

   **reasonable suspicion of terrorist Act.**

23 **The grounds to proscribe terrorist, mandated as terrorist organization are clearly provided for, under Article 25**

24 **of the Anti-Terrorism Proclamation. The Government is under obligation to identify Organizations which**

   **participate in terrorist Acts and should take appropriate measures to freeze these Organizations for the sake of**

25 **Public and Security.**

26 **This provision of the proclamation is framed with the effect of UN Security Council Resolution which calls upon**

27 **states to proscribe terrorist Organizations and freeze their assets as they are the main source in financing terrorist**

28 **Act:**

1  **SERIOUS OF THE MISCONDUCT** was knowing, intention, or reckless, was an isolated event or part of a pattern, or

2  significant impact on the research record, research subject, other researchers, institutions, or the public welfare. Special

   cortication or assurance requirements to ensure compliance with applicable regulations or terms of an award:

3  **DEBARAMENT** in accordance with applicable Government-wide rules on suspension and debarment.  The Officer's

4  suspension for 90 Days while under investigation of suspicion active of reckless pattern of public welfare.

   The criminal enforcement team will prosecute crimes such as:  Fraudulent Investment and money laundering schemes

5  related to mortgage lending or foreclosure relief:

6  **Ethiopia Under/cover, Bureau of Social Order:  Announced, that charges had been laid against individual's**

7  **company's entities involved in an allegedly fraudulent telemarketing operation:   International Order:**

   The following information is provided to comply with the Privacy Act of 1974 (P.L. 93-579).  All information collected

8  on this form is required under the **provisions of 31 U.S.C. 3322 and 31 CFR 210.**  This information will be used by the

9  Treasury Department to transmit payment data, by electronic means **to Public Official financial institution.**

10 **WHEREAS there is no legislation currently governing Public Procurement;**

   **AND WHEREAS the Central Government Ethiopia:** is committed to ensuring the *highest standards of transparency,*

11 *accountability and probity in the Public Procurement* Process and enhancing public confidence in *Public Procurement.*

12 Be it enacted by Parliament in the Sixty-second year of **The Federal Democratic Republic of Ethiopia, aboard:** as follows: **to**

   **regulate Public Procurement by all Ministries of the Central Government, of Ethiopia Aboard; Central Public Sector**

13 **Enterprises (CPSEs),** *B.A.M. Production Incorporation* autonomous and statutory bodies controlled by the **Central Government of**

14 **Ethiopia** and other procuring entities with the objectives of *ensuring transparency,* fair and equitable treatment of bidders, promoting

   competition and enhancing *efficiency and economy in the Procurement Process* Federal government within this structure are the

15 government ministries and departments and agencies to which the ministers of government are assigned.

16 Debt relief is the partial or total forgiveness for debt, or the slowing or stopping of debt growth, owed by individuals, corporations, or

17 nations. From antiquity through the 19th century, it refers to domestic debts, in particular agricultural debts and freeing of debt slaves.

   In the late 20th century, it came to refer primarily to **Third World debt, which started exploding early 21st century; it is of**

18 **increased applicability to individuals in developed countries, due to credit bubbles and housing bubbles.**

19 *C.c. James Clinton Belcher, Head of State, United States of America (Unincorporated)*
   *C.c. Anna Maria Riezinger, Fiduciary*

20 *C.c. Abrham Yohannes Hailu Licensed Lawyer & Consultant Haramaya, Ethiopia Email abbrham@chilot.me Cell Phone*
   *+251913388259*

21 c.c. Hailemichael Tadesse Kefeni Address Arada City Addis Ababa Region Addis Ababa Telephone 0911392577, E-
   mailzeh.michael@gmail.com

22 **C.c. Abdurahman Seid Hussen, City** Addis, **Region** Addis, **Telephone** 0911769048 E mailashlaw1979@yahoo.com
   **c.c. Francis A Boyle International: OTP.informationDesk@icc-cpi.int**

23 *c.c. pstramer@eurekadai.net*
   *c.c. pstramer@gmail.com*

24 *c.c. introrg@mfa.gov.et*
   *c.c. intrlaw@mfa.gov.et*
   *mnelson@eurekadai.net*

25 *c.c. achrysler@wnj.com*
   *c.c. jmcelwee@ncronline.org*

26 Harold Glen Fuller I, Senior Director General /Housing Secretary Federal Democratic Republic of Ethiopia, Abroad: "The
   Federation" (Harare Governor Office)

27 X:_____:   Indefinite detention without trial
   Indefinite detention is the incarceration of an arrested person by a National Government of Ethiopia, abroad: "The Federation" or law enforcement agency without a trial, and violates many National and
   International Laws, including human rights laws. In recent years, governments have indefinitely incarcerated individuals suspected of terrorism, sometimes declaring them enemy combatants.

28

- 3 -
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

# PROCLAMATION NO. 207/2000 DETERMINATION OF THE ORGANIZATION AND ADMINISTRATION OF THE FEDERAL POLICE

POSTED BY ABRHAM YOHANNES · AUGUST 3, 2011

## PROCLAMATION NO. 207/2000 A PROCLAMATION TO PROVIDE FOR THE DETERMINATION OF THE ORGANIZATION AND ADMINISTRATION OF THE FEDERAL POLICE

WHEREAS, it has become necessary to have a strong civil police institution which is loyal to the Constitution of the Federal Democratic Republic of Ethiopia and governed by laws enacted according to the Constitution; that has the adequate training and efficiency in the police profession, that serves and ensures peace and security of the public and honors human rights and freedoms;

NOW, THEREFORE, in accordance with Articles 51(7), 55(7) and 55(1) of the Constitution of the Federal Democratic Republic of Ethiopia, it is hereby proclaimed as follows:

## PART ONE General

1.   **Short Title**
This Proclamation may be cited as the "Federal Police Proclamation No. 207/2000".

1.   **Definition**
In this proclamation "Minister" or "Ministry" means the Minister of Justice or the Ministry of Justice, respectively.

## PART TWO Establishment of the Federal Police Commission

## 3. Establishment

1/ The Federal Police Commission (hereinafter "the Commission") is hereby established as a federal organ having its own legal personality.
2/ Without prejudice to its legal and professional independence, the Commission shall be accountable to the Ministry.
4.                    Head Office of the Commission
The Commission shall have its head office in Addis Ababa and, it may have branch offices in any other place, where necessary.
                    Objective of the Commission
The objective of the Commission is, by honoring the Constitution and other laws of the country and based on the participation of the public, to maintain the peaceful life and security of the people through prevention of crime.
•                    Powers and Duties of the Commission
The Commission shall have the following powers and duties:
1/ to prevent any crime;
2/ to investigate crimes that fall under the jurisdiction of Federal Courts;
3/ to execute orders and decisions issued by courts that have judicial powers;
4/ to execute orders issued by the Federal Public Prosecutor concerning investigation of crimes;
5/ to safeguard the security of boarders, airports, railway lines and terminals, mining areas, and vital institutions of the Federal Government;
6/ to provide assistance in time of emergency and cooperate with concerned organs;
7/ to give protection to higher officials of the Federal Government and dignitaries of foreign countries;
8/ to render professional and technical advice and support to regional police institutions and, upon the requests of regions, to give assistance in the prevention and investigation of criminal cases;
9/ to issue certificate of no criminal record;
10/ to study causes of crimes and design the preventive methods thereto;
11/ to delegate the powers of investigation of federal offences to regional police Commissions as may be necessary;
12/ to collect, (conduct research and distribute) criminal information and statistical datai; and, create a nation-wide system for criminal data collection and processing;
13/ to delegate police powers to civil servants or other organs for the execution of certain activities as may be necessary;
14/ to carry out technical investigations and give testimony to federal and regional organs;
15/ to exchange information by establishing relationship with international police;
16/ to enter into contract; to own property, to sue and be sued in its own name.
7.                    Organization of the Commission
The Commission shall have:
1/ Council of Commissioners (here in after called "the Council")
2/ a commissioner;
3/ Deputy Commissioners,
4/ Assistant Commissioners;
5/ other federal police men; and
6/ the necessary supporting staff.
8.                    Members of the Council
Members of the Council Consists of:
1/ The Commissioner "Chair person"
2/ Deputy Commissioners "members"
3/ Assistant commissioners "members"
9.                    Powers and Duties of the Council of Commissioners
The Council of Commissioners shall have the following powers and duties;
1/ to direct and coordinate the activities of the Commission;
2/ to present to the Ministry the appointment of the Deputy commissioners and Assistant Commissioners of the Commission for approval;
3/ to take the necessary measures to upgrade the capacity and efficiency of the Commission;
4/ to decide upon complaints investigated and presented before it pursuant to Article 11(3) (c) of this Proclamation;
5/ to evaluate the annual performance of the Commission and submit same to the Minister with its recommendation;
6/ to conduct inspection to ensure the effectiveness of the activities of the Federal Police;
7/ to prepare and submit to the Minister the budget of the Commission and follow-up its implementation upon approval;

8/ to prepare and submit to the Minister draft legislations necessary for the implementation of the Proclamation;

9/ to work for the establishment of a good working relations between the Commission and regional police Commissions;

10/ issue directives necessary for the implementation of this Proclamation and Regulations issued hereunder; and ensure the implementation of same.

10.                                      Powers and Duties of the Minister

The Minister shall have the following powers and duties;

1/ to direct and supervise the Commission;

2/ to appoint Deputy Commissioners and Assistant Commissioners of the Commission;

3/ to take the necessary measures to upgrade the capacity and efficiency of the Commission;

4/ to submit to the government the annual performance of the Commission with its recommendations;

5/ to carry out inspection to upgrade and ensure the efficiency of the federal police;

6/ to submit to the government the budget of the Commission and follow-up its implementation upon approval;

7/ to submit to the government draft legislations necessary for the implementation of the Proclamation.

11.                                      The Commissioner

1/ The commissioner shall be appointed by the Prime Minister upon the recommendation of the Minister.

2/ The Commissioner shall have the powers and duties to coordinate and manage the activities of the Commission.

3/ Without prejudice to the generality of sub-Article (2) of this Article, the Commissioner shall;

- cause the implementation of the Regulations of the Federal Police;

- employ and administer the supporting staff other than those employed as federal police men, pursuant to the federal civil service laws;

- cause the investigation of complaints made against the federal police and submit same to the Council of Commissioners; and notify the decision of the Council to the complainant;

- prepare the annual work programme and budget of the Commission; implement same upon approval;

- make expenditures in accordance with the approved budget of the Commission;

- represent the Commission in all its dealings with third parties.

4/ The commissioner may delegate part of his powers and duties to Deputy Commissioners or Assistant Commissioners or other employees to the extent necessary for the efficiency of the Commission.

12.                                      Budget

The budget of the Commission shall be allocated by the Federal Government

13. Books of Accounts

1/ The Commission shall keep complete and accurate books of accounts.

2/ The Books of accounts and financial documents of the commission shall be audited annually by the Auditor General or by auditors designated by him.

# PART THREE ADMINISTRATION OF THE FEDERAL POLICE

14.                                 Criteria for Recruitment of a Police

1/ Any Ethiopian citizen, to be recruited as a police, shall fulfill the following requirements. He/she has:

- to be willing to serve as a policeman;

(b) to be loyal to the Constitution of the Federal Democratic Republic of Ethiopia;

(c) to have the educational standard and physical fitness required for recruitment as a federal police;

(d) to have good reputation in the community for his discipline and moral character;

- to have no previous record for participation in a criminal

act;

- to have not less than 18 years of age;

- not to be a member of any political organization.

2/ The recruitment made under Sub-Article (1) of this Article shall take into account the balanced representation of nations/nationalities and peoples.

3/ The recruitment of the police shall be based on popular participation.

15.                                      Taking Oath

A federal police recruit shall take oath to carry out the public and professional responsibility with loyalty and diligence.

16.                          Delegation of Police Powers to Civil Servants

1/ Police powers may be delegated to a civil servant for cases that require special skills.

2/ The Police power delegated pursuant to Sub-Article (1) of this Article shall be in proportion to the needs of the case.

17.                                      Duration of Employment

1/ The duration of the service of any federal police shall be seven years. The Particulars shall be determined by Regulations.

2/ The service of any federal police shall be terminated for the following reasons:

- upon death;

- where the request for release is accepted according to the relevant Regulation;

- where he is found unfit for the job due to health problem certified by a board of physicians;

- where he is found guilty by a court of law and the commission decides that the crime shall not make him fit for the job; The particulars shall be determined by regulations to be issued;

- due to inefficiency or incompetence in leadership or disciplinary misconduct;

- upon retirement.

18.                                      Rights

1/ Any member of the federal police shall:

- receive his salary according to the salary scale approved by the government;

- be entitled to rations, different allowances, uniform, and medical treatment in accordance with administrative regulations of the Commission;

- enjoy his pension rights pursuant to the pension laws;

- have the right to be represented by a lawyer of the Commission for liabilities that arise in discharging his responsibilities; Particulars shall be determined by the regulations;

- have the right to appropriately question superiors under any circumstances, inform mistakes, resolve problems through dialogue, to institutie complaints by following the chains of command, where necessary;

- have the right to receive compensation for death or bodily injury sustained in relation to his activities in accordance with regulations.

2/ In addition to the rights stated under Sub-Article(1) of this Article, the Commission shall prepare dwelling camps for Federal Emergency Force.

3/ Those rights which are not provided for in this Proclamation shall be governed by the civil service laws.

19.                                                                            Duties

Any member of the federal police has the duty:

1/ to perform his activities, in accordance with the Criminal Procedure Code and other appropriate laws by honoring the human and democratic rights ensured by the constitution.

2/ to show his identity card while performing his police activities.

20.                                                            Age of Retirement

The age of retirement for any member of the federal police shall be 55 years.

21.                                                      Abolition of Military Rank

1/ Any federal police who is at any level of position shall have no military rank. However, there shall be a substitution of a police rank and badge; The particulars shall be determined by Regulations.

2/ A member of the federal police shall have uniforms that indicate his position as well as a badge or sign showing his name, number, department and responsibility.

22.                                                            Performance

1/ Group performance shall be the main direction of executions by officials and employees found at all levels in the structures of the federal police.

2/ The officials found at all levels of the structure of the federal police shall have the obligation to carry out their duties within their respective responsibilities.

3/ The Federal Police officials and employees shall perform their duties in a group from planning to implementation and evaluation of their activities. The group work shall entail joint and several liability.

4/ The activity of the police shall be based on the participation of the public.

23. Prohibited Activities

Any inhuman or degrading treatment or act is prohibited.

24.                                        Federal Police Complaint Hearing Committee

1/ There shall be a Federal Police Complaint Hearing Organ within the Commission.

2/ The Federal Police Complaint Hearing Organ shall:

- receive and investigate complaint, comment or criticism forwarded by individuals, offices or organizations or the public on the performance or service of the federal police and organs of the Commission

- require any Concerned member of the federal police to reply to the complaints lodged;

- submit to the Commissioner recommendations on the measures to be taken after investigating the complaint, comment or criticism;

3/ A federal police member who has been requested to reply in accordance with Sub-Article (2)(b) of this Article is obliged to do so within 15 days.

## PART FOUR Miscellaneous provisions

25.                                    Relations of the Commission with Regional Police Commissions

1/ The Commission police shall have relations with regional police commissions concerning federal cases.

2/ The regional police organs, while investigating federal Criminal Cases and preventing Crime in accordance with delegation, shall be accountable to the Commission.

3/ The Commission and regional Police Commissions shall hold a joint meeting at least once a year.

4/ The Commission shall give training and professional assistance and other supports to regional police Commissions.

5/ The regional Police Commissions shall send reports and statistical data to the Commission to be commonly used for research and general purposes concerning crimes, traffic offences and security.

6/ The following activities shall be dealt in the joint meetings of the Commission and regional police Commissions:

- exchange of experience by evaluating the crime prevention and investigation activities;

- devise, and decide on, joint crime prevention schemes;

- identify jointly police related matters that require uniform standards; frame the standards; evaluate their implementation.

26.                                                  Repealed and Inapplicable laws

1/ The following are hereby repealed:

- The Police Force Organization Proclamation No. 6/1942;

- The Police Officers Administration Order No. 82/1973;

- The Police Officers Promotion, Obligatory Service and Dismissal Regulations No. 430/1973; and

- Provisions concerning the Police Forces in the Deployment of the State Defence Army of the Central Transitional Government and the Establishment of the Police Force Proclamation No. 8/1991.

2/ Any law inconsistent with this Proclamation shall not be applicable

27.                                                      Power to Issue Regulations

The Council of Ministers may issue Regulations for the implementation of this Proclamation.

28.                                                            Effective Date

This Proclamation shall be effective as of the 27th day of June, 2000. Done at Addis Ababa, this 27th day June, 2000.

NEGASSO GIDADA (DR.) PRESIDENT OF THE FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA

PROCLAMATION NO. 217/2000 A PROCLAMATION TO AMEND THE STRENGTHENING OF MANAGEMENT AND ADMINISTRATION OF SCHOOLS PROCLAMATION! "2000" Private Organization Employees Pension Proclamation No. 715/2011 In "Legislation"

PROCLAMATION No. 204 2000 LOAN AGREEMENT BETWEEN THE FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA AND THE OPEC FUND



**About** Abrham Yohannes Hailu Licensed Lawyer & Consultant

« PROCLAMATION NO. 205/1999 PROCLAMATION TO RATIFY THE ETHIO-RUSSIA ECONOMIC, SCIENTIFIC AND TECHNICAL COOPERATION AGREEMENT PROCLAMATION NO. 210/2000 ESTABLISHMENT OF THE HUMAN RIGHTS COMMISSION »

**Central Control and Regional States' Autonomy in Ethiopia Upper House of the Federation**

The study of Ethiopia's political system since 1991 has focused on a number of issues revolving around its federal arrangement. For example, the federal state structure, often termed 'ethnic federalism' (Turton 2006), and federal–local relations including fiscal relations have been the focus of attention (Solomon 2006). The situation of minorities in the new regional states, boundary disputes and general relations between regional states, and the modalities of federal involvement in regional affairs have all been common themes in the study of Ethiopia's federal political system (Markakis 2012). While such studies contributed to understanding the political dynamics in the post-1991 period in Ethiopia, the workings of sub-national institutions, especially the regional state legislatures, have not been studied adequately. This chapter seeks to generate discussion on the inner workings of regional government institutions by exploring the role of state councils/legislatures vis-à-vis national power exercised through Ethiopia's federal framework. It finds that despite two decades of institutionalization, these sub-national state institutions lack autonomy and independence.

# Federal Democratic Republic of Ethiopia
## *Comprehensive*
## *Justice System Reform Program*

Ministry of Capacity Building *Justice System Reform Program Office February, 2005*

CONSULTANT

Center for International Legal Cooperation

**Proclamation 621/2009 Federal Law in Ethiopia and United States of America**

**SECTION ONE GENERAL**
**SECTION TWO CHARITIES AND SOCIETIES AGENCY**
2/ Without prejudice to the generalities of sub-Article (1) of this Article, the Director General shall:
a)exercise the powers and functions of the Agency specified under Article 6 of this proclamation;
b)employ and administer the employees of the Agency in accordance with regulations issued by the Government following basic principles of Federal Civil Service Laws ;
   3/ The Director General may delegate part of the directorial powers and functions to officials and employees of the Agency to the extent necessary for the efficient performance of the activities of the Agency.
      l) The Agency shall keep complete and accurate books of account.
**SECTION THREE CHARITIES**
"A Charity" means an institution, which is established exclusively for charitable purposes and gives benefit to the public.
2) "Charitable Purposes" shall include:
a) the prevention or alleviation or relief of poverty or disaster;
b)the advancement of the economy and social development and environmental protection or improvement;
d) the advancement of education;
e)the advancement of health or the saving of lives;
g)the advancement of amateur sport and the welfare of the youth;
h)the relief of those in need by reason of age, disability, financial hardship or other disadvantage;
i)the advancement of capacity building on the basis of the country's long term development directions;
j)the advancement of human and democratic rights;
l)the promotion of the rights of the disabled and children's rights;
m) the promotion of conflict resolution or reconciliation;
n)the promotion of the efficiency of the justice and law enforcement services; and
o) any other purposes as may be prescribed by directives of the Agency.
3/ A public benefit shall be deemed to exist where:
a) the purposes of the Charity can generate an identifiable benefit to the public;
b)the purposes of the Charity do not create a situation wherein its benefits exclude those in need; and
c)any private benefit of individuals and organizations could be acquired only incidentally and as a secondary consequence of the organization's activities.

*Contact information: Center for International Legal Cooperation Abrham Yohannes Hailu Licensed Lawyer & Consultant P.O. Box 652300 AB Leiden The Netherlands Tel:+ 3    7    524 09 40 Fax:+ 3    7    524 09 50 e-mail: office@cilc.nl website: www.cilc.nl*

**4 The Ethiopian Justice System**..................................................   **46**

4.1 The Law Making Institutions..........................................   46

4.2 Institutions Facilitating the Functioning of the Courts...........   46

4.3 Institutions Charged with Law Enforcement ...........................   47

**6 Current Reform Efforts** ...............................................   **49**

6.1 Training of Judges, other Justice Personnel, Police Officers

and Prison Administrators...........................................   49

6.2 Court Administration Reform..........................................   50

6.3 Law Reform and Harmonization ...........................................   50

**7 The Baseline Study and the Needs Assessment**......................   **51**

10.1.11 The law making process in the Regional States ..............   156

10.1.12 Customary law, Religious and Social Courts...................   157

10.2 Observations and Major Shortcomings Related to the

Judicial System...........................................................   159

10.2.1 Independence of the Judiciary ...........................................   159

10.2.2 Selection and promotion, accountability of judges, training

of judges and mechanisms of disciplinary measures ................   161

10.2.3 Court administration and case management......................   170

10.2.4 Judges' access to legal materials........................................   171

10.2.5 Information flow for the public...........................................   175

10.2.6 Access to courts and documents thereof.............................   177

10.2.7 Lack of reliable statistics on the judicial performance.........   177

10.2.8 Working conditions ................................................   178

10.3.1 The Public Prosecution...........................................   179

10.3.1.1 **Status and structure of the Public Prosecution Service (PPS)**   179

10.3.1.2 Administration of Federal Prosecutors...........................   180

10.3.1.3 Criminal proceedings................................................   182

10.3.1.4 Criminal policy/backlogs.........................................   185

10.3.1.5 Relations with other Justice Institutions...........................   187

10.3.2 The Police...........................................................   188

10.3.2.1 Police organization.................................................   188

10.3.2.2 The Militia ........................................................   191

10.3.2.3 Relations with the other Justice Institutions .......................   192

10.3.3 Penitentiary.........................................................   192

10.3.3.1 Legal framework of the Federal and State Prison Services ..   192

10.3.3.2 Organization and administration of the Federal and

State Prison Services...........................................................   195

The report first describes in some detail the context within which the study has taken place and the initiatives and achievements of the JSRPO in this field. It then explains the methodology used in the study. Five working groups of international experts were to make several visits to Ethiopia to join national experts. Together they would form five working groups which would study relevant documents and meet officials in the various sections of

## 12 COMPREHENSIVE JUSTICE SYSTEM REFORM PROGRAM

The justice system in order to collect and collate data, assess the situation and gradually form their own opinion on possible remedies to identified weaknesses. The five working groups were:

• Working group on Law Making and Revision  *Abrham Yohannes Hailu Licensed Lawyer & Consultant*

• Working group on the Judiciary  *Abrham Yohannes Hailu Licensed Lawyer & Consultant*

• *Working group on Law Enforcement (Prosecution, Police and Penitentiary System)* **Ethiopia Under/Cover**
• *Working group on Legal Education:*  **Harare Governor Office**
• **Working group on Information Flow within and outside the Justice** System  **Ethiopia Under/Cover**

## Law Making and Law Revision

The Constitution of the Federal Democratic Republic of Ethiopia provides for legislative institutions and procedure at both federal and state levels. On the federal level, the initiative of legislation mainly belongs to the Council of Ministers. The laws or "Proclamations" are discussed and adopted by the House of Peoples' Representatives. A similar procedure exists for each of the nine Federated States.

The analysis of the present situation shows that the current legislative and regulatory procedure leads to a fragmentation of the legal system, a lack of coherence between existing codes and laws and, as a result, an uncertainty as to the legal norm. This lack of clarity is compounded by the lack of published judicial decisions in civil and criminal cases. Until recently, coordination and collaboration between the Council of Ministers, the Minister of Justice and the sector Ministers have not been satisfactory. The Council of Ministers has now adopted a new procedure which should clarify the functions of the Minister of Justice and the sector ministries in the drafting process and give the newly created Minister of Cabinet Affairs a major role in the drafting of new laws. The lack of consultation with various stakeholders in the drafting process prevents drafters from fully meeting the needs of society for lack of precise information.

Regarding the legislative work of the House, no general provision has been laid down for the compulsory review of draft laws by the Standing Committees. As a result, draft laws, which are submitted directly to the House, are not examined in depth before a vote is taken. The legal assistance given to the Standing Committees by the Secretariat of the House is currently insufficient. The laws published in the Gazeta are not always circulated in sufficient numbers among ministries and the public at large. This increases the uncertainty as to the legal norm.

 This applies equally to international treaties ratified by the House, which are not always published, let alone circulated. Even when they are properly circulated, the relevant ministries do not always implement laws.

The law making process in the Regional States is similar to the procedure on the federal level. The Regional Administration initiates the legislative proposals and submits them to the Regional Council for approval. However Regional Councils' sessions are very short. This slows down the legislative work. The problems confronting the Regional Councils and the Regional Administrations are similar to those encountered on the federal level.

## 14              COMPREHENSIVE JUSTICE SYSTEM REFORM PROGRAM

Conflicts between federal law and customary and religious law abound. The present system whereby federal law is not forcibly enforced is working relatively well. However problems of conflict of laws are bound to multiply in the future and should be addressed.

## The Judiciary

Chapter nine of the Constitution describes the structure of the courts and distinguishes between the Federal and the State Courts' system. Beside the "regular" courts, the Constitution recognizes Religious Courts and Customary Courts. Though not mentioned in the Constitution, so-called "Social Courts" exist in five States. An appellate procedure allows appeals from the Social Courts to be heard by State High Courts. The Federal Judicial Administration Commission selects persons qualifying for judgeship and deals with conditions of service and disciplinary measures. State Judicial Administration Commissions fulfil the same functions at state level. The Ethiopian justice system has three core problems. Firstly, it is neither accessible nor responsive to the needs of the poor. Secondly, serious steps to tackle corruption, abuse of power and political interference in the administration of justice have yet to be taken. Thirdly, inadequate funding of the justice institutions aggravates most deficiencies of the administration of justice. The perception of the independence of the Judiciary is very low. The operation of the courts is managed and supervised by the court presidents who therefore act both as judges and administration officials accountable to the President of the Supreme Court. Potentially this compromises their independence. Besides, the process of selection and promotion of judges is insufficiently transparent and lacks inputs from other legal professions. The same can be said of performance evaluation. The lack of training of judges remains one of the most important problems of the Ethiopian Judiciary. Court administration and case management are weak. The caseload of the average judge appears to have substantially increased over the last years. Access to all kinds of legal information is limited: courts are not automatically sent the Gazeta, which publishes new laws, libraries are poorly equipped or non-existent and most court decisions are not published.

Although the general public understands that the courts are the appropriate organs for dispute resolution, it is only those who have a case before the court who can gain some understanding of elementary procedures. Lastly, the judges' poor working conditions threaten their independence, reduce their efficiency and constitute incentives for corruption.

## EXECUTIVE SUMMARY 15
## The Law Enforcement Institutions The Public Prosecution Service (PPS)

The PPS is formally part of the executive branch of government. The authority of federal prosecution is vested on the Ministry of Justice. However other government offices also have prosecutorial authority. On state level, the Head of the Justice Bureau's functions and authority are similar to those of the Federal Minister of Justice. The latter appoints Federal Prosecutors, either directly or through a commission, which he appoints. Candidate prosecutors at federal level must have a degree or a diploma in law. The

public prosecutor is in charge of criminal investigation and has authority over the police. There is no formal link between the PPS and the prison administration. The bases for the PPS's authority - the Criminal Code (1957) and the Criminal Procedure Code (1961) - are obsolete. Drafts of new codes have been submitted to the House of Peoples' Representatives.

The Federal Minister of Justice and the Head of Justice Bureau combine judicial and executive powers. This may be detrimental to the independence of the PPS. The fragmentation of public prosecution weakens the institution, especially as different prosecution authorities are accountable to different ministries. The procedure for the selection and appointment of prosecutors is not open to outside expertise and there is a general shortage of prosecutors.

Training is insufficient. Despite the authority given to it by law the PPS, in practice, does not exercise its power. As a matter of fact, the PPS has a minimal role in the investigation performed by the police. The shortage of staff and very poor working conditions lead to a very heavy and increasing backlog of cases. Relations with the Judiciary, the police and the prison administration are poor.

The House of the Federation is composed of representatives of Nations, Nationalities and Peoples. The House has the power to interpret the Constitution. It is the guardian of the States' equal treatment within the Federation and, to that effect, ensures that solutions are found to problems that may arise between States.

The independence of the Judiciary is guaranteed by the Federal Constitution. Judicial functions, both at federal and state levels, are vested in the courts.

These comprise the Federal Supreme Court, the Federal High Court and the Federal First Instance Courts. The same three-tier system obtains in each State under the names of State Supreme Court, Zonal or High Court and Woreda Courts. The Constitution also enables federal and state legislatures to legally recognize the jurisdiction of Religious and Customary Courts where the parties consent. Besides, "Social Courts", whilst not mentioned in the Constitution, operate in several States.

**International Criminal Court Complaint Filed Against Bush, Cheney ...**

http://www.globalresearch.ca/international-criminal-court-complaint-filed-against-bush-cheney-rumsfeld-tenet-rice-gonzales/17091 Jan 20, 2010 ... International Criminal Court Complaint Filed Against Bush, Cheney, Rumsfeld, ... the Prosecutor for the International Criminal Court (I.C.C.) in The Hague ... administration risk the filing of a follow-up Complaint with the I.C.C. International Criminal Court Complaint Filed Against Bush, Cheney, Rumsfeld, Tenet, Rice, Gonzales

By Francis A. Boyle Global Research, January 20, 2010 19 Crimes against Humanity, Law and Justice CRIMINALIZE WAR, Prosecute Bush/Cheney



### INTERNATIONAL ARREST WARRANTS REQUESTED

*Professor Francis A. Boyle of the University of Illinois College of Law in Champaign, U.S.A. has filed a Complaint with the Prosecutor for the International Criminal Court (I.C.C.) in The Hague against U.S. citizens George W. Bush, Richard Cheney, Donald Rumsfeld, George Tenet, Condoleezza Rice, and Alberto Gonzales (the "Accused") for their criminal policy and practice of "extraordinary rendition" perpetrated upon about 100 human beings. This term is really their euphemism for the enforced disappearance of persons and their consequent torture. This criminal policy and practice by the Accused constitute Crimes against Humanity in violation of the Rome Statute establishing the I.C.C.*

*The United States is not a party to the Rome Statute. Nevertheless the Accused have ordered and been responsible for the commission of I.C.C. statutory crimes within the respective territories of many I.C.C. member states, including several in Europe. Consequently, the I.C.C. has jurisdiction to prosecute the Accused for their I.C.C. statutory crimes under Rome Statute article 12(2)(a) that affords the I.C.C. jurisdiction to prosecute for I.C.C. statutory crimes committed in I.C.C. member states.*

*The Complaint requests (1) that the I.C.C. Prosecutor open an investigation of the Accused on his own accord under Rome Statute article 15(1); and (2) that the I.C.C. Prosecutor also formally "submit to the [I.C.C.] Pre-Trial Chamber a request for authorization of an investigation" of the Accused under Rome Statute article 15(3).*

*For similar reasons, the Highest Level Officials of the Obama administration risk the filing of a follow-up Complaint with the I.C.C. if they do not immediately terminate the Accused's criminal policy and practice of "extraordinary rendition," which the Obama administration has continued to implement.*

*The Complaint concludes with a request that the I.C.C. Prosecutor obtain International Arrest Warrants for the Accused from the I.C.C. in accordance with Rome Statute articles 58(1)(a), 58(1)(b)(i), 58(1)(b)(ii), and 58(1)(b)(iii).*

In order to demonstrate your support for this Complaint you can contact the I.C.C. Prosecutor by letter, fax, or email as indicated below.
Francis A. Boyle Professor of International Law Law Building 504 East Pennsylvania Avenue Champaign, Illinois 61820
Phone: 217-333-7954 Fax: 217-244-1478

*The Honorable Luis Moreno-Ocampo Office of the Prosecutor International Criminal Court Post Office Box 19519 2500 CM, The Hague The Netherlands Fax No.: 31-70-515-8555 Email:* OTP.InformationDesk@icc-cpi.int
Dear Sir:

Please accept my personal compliments. I have the honor hereby to file with you and the International Criminal Court this Complaint against U.S. citizens George W. Bush, Richard Cheney, Donald Rumsfeld, George Tenet, Condoleezza Rice , and

Alberto Gonzales (hereinafter referred to as the "Accused") for their criminal policy and practice of "extraordinary rendition." This term is really a euphemism for the enforced disappearances of persons, their torture, severe deprivation of their liberty, their violent sexual abuse, and other inhumane acts perpetrated upon these Victims. The Accused have inflicted this criminal policy and practice of "extraordinary rendition" upon about one hundred (100) human beings, almost all of whom are Muslims/Arabs/Asians and People of Color. I doubt very seriously that the Accused would have inflicted these criminal practices upon 100 White Judeo-Christian men.

The Accused's criminal policy and practice of "extraordinary rendition" are both "widespread" and "systematic" within the meaning of Rome Statute article 7(1). Therefore the Accused have committed numerous "Crimes against Humanity" in flagrant and repeated and longstanding violation of Rome Statute articles 5(1)(b), 7(1)(a), 7(1)(e), 7(1)(f), 7(1)(g), 7(1)(h), 7(1)(i), and 7(1)(k). Furthermore, the Accused's Rome Statute Crimes Against Humanity of enforced disappearances of persons constitutes ongoing criminal activity that continues even as of today.

The United States is not a contracting party to the Rome Statute. Nevertheless, the Accused ordered and were responsible for the commission of these I.C.C. statutory crimes on, in, and over the respective territories of several I.C.C. member states, including many located in Europe. Therefore, the I.C.C. has jurisdiction over the Accused for their I.C.C. statutory crimes in accordance with Rome Statute article 12(2)(a), which provides as follows:
Article 12 Preconditions to the Exercise of Jurisdiction
2. In the case of article 13, paragraph (a) or (c), the Court may exercise its jurisdiction if one or more of the following States are Parties to this Statute or have accepted the jurisdiction of the Court in accordance with paragraph 3:

(a) The State on the territory of which the conduct in question occurred ...

So the fact that United States is not a contracting party to the Rome Statute is no bar to the I.C.C.'s prosecution of the Accused because they have ordered and been responsible for the commission of Rome Statute Crimes against Humanity on, in, and over the respective
territories of several I.C.C. member states.

Consequently, I hereby respectfully request that the Court exercise its jurisdiction over the Accused for these Crimes against Humanity in accordance with Rome Statute article 13(c), which provides as follows:
Article 13 Exercise of Jurisdiction

The Court may exercise its jurisdiction with respect to a crime referred to in article 5 in accordance with the provisions of this Statute if: (c) The Prosecutor has initiated an investigation in respect of such a crime in accordance with article 15.

Pursuant to Rome Statute article 13(c), I hereby respectfully request that you initiate an investigation proprio motu against the Accused in accordance with Rome Statute article 15(1): "The Prosecutor may initiate investigations proprio motu on the basis of information on crimes within the jurisdiction of the Court." My detailed Complaint against the Accused constitutes the sufficient "information" required by article 15(1).

Furthermore, I respectfully submit that this Complaint by itself constitutes "a reasonable basis to proceed with an investigation" under Rome Statute article 15(3). Hence, I also respectfully request that you formally "submit to the Pre-Trial Chamber a request for authorization of an investigation" of the Accused under Rome Statute article 15(3) at this time. Please inform me at your earliest convenience about the status and disposition of my two requests set forth immediately above.

Based upon your extensive human rights work in Argentina, you know full well from direct personal experience the terrors and the horrors of enforced disappearances of persons and their consequent torture. According to reputable news media sources here in the United States, about 100 human beings have been subjected to enforced disappearances and subsequent torture by the Accused. We still have no accounting for these Victims. In other words, many of these Victims of enforced disappearances and torture by the Accused could still be alive today. Their very lives are at stake right now as we communicate. You could very well save some of their lives by publicly stating that you are opening an investigation of my Complaint.

As for those Victims of enforced disappearances by the Accused who have died, your opening an investigation of my Complaint is the only means by which we might be able to obtain some explanation and accounting for their whereabouts and the location of their remains in order to communicate this critical information to their next-of-kin and loved-ones. Based upon your extensive experience combating enforced disappearances of persons and their consequent torture in Argentina, you know full well how important that objective is. The next-of-kin, loved-ones, and friends of "disappeared" human beings can never benefit from psychological "closure" unless and until there is an accounting for the fates, if not the remains, of the Victims. In part that is precisely why the Accused's enforced disappearances of about 100 human beings constitutes ongoing criminal activity that

continues as of today and will continue until the fates of all their Victims have been officially determined by you opening an investigation into my Complaint.

Let us mutually suppose that during the so-called "dirty war" in Argentina the International Criminal Court had been in existence. I submit that as an Argentinean human rights lawyer you would have moved heaven and earth and done everything in your power to get the I.C.C. and its Prosecutor to assume jurisdiction over the Argentine Junta in order to terminate and prosecute their enforced disappearances and torture of your fellow Argentinean citizens. I would have done the same. Unfortunately, the I.C.C. did not exist during those darkest of days for the Argentine Republic when we could have so acted. But today as the I.C.C. Prosecutor, you have both the opportunity and the legal power to do something to rectify this mass and total human rights annihilation, and to resolve and to terminate and to prosecute the "widespread" and "systematic" policy and practice of enforced disappearances and consequent torture of about 100 human beings by the Accused.

Unfortunately, the new Obama administration in the United States has made it perfectly clear by means of public statements by President Obama and his Attorney General Eric Holder that they are not going to open any criminal investigation of any of the Accused for these aforementioned Crimes against Humanity. Hence an I.C.C. "case" against the Accused is "admissible" under Rome Statute article 1(complementarity) and article 17. As of right now you and the I.C.C. Judges are the only people in the entire world who can bring some degree of Justice, Closure, and Healing into this dire, tragic, and deplorable situation for the lives and well-being of about one hundred "disappeared" and tortured human beings as well as for their loved-ones and next-of-kin, who are also Victims of the Accused's Crimes against Humanity. On behalf of them all, as a fellow human rights lawyer I implore you to open an investigation into my Complaint and to issue a public statement to that effect.

Also, most regretfully, the new Obama administration has publicly stated that it will continue the Accused's policy and practice of "extraordinary rendition," which is really their euphemism for enforced disappearances of human beings and consequent torture by other States. Hence the Highest Level Officials of the Obama administration fully intend to commit their own Crimes against Humanity under the I.C.C. Rome Statute – unless you stop them! Your opening an investigation of my Complaint will undoubtedly deter the Obama administration from engaging in any more "extraordinary renditions" — enforced disappearances of human beings and having them tortured by other States. Indeed your opening of an investigation into my Complaint might encourage the Obama administration to terminate its criminal "extraordinary rendition" program immediately and thoroughly by means of issuing a public statement to that effect. In other words, your opening an investigation of my Complaint could very well save the lives of a large number of additional human beings who otherwise will be subjected by the Obama administration to the Rome Statute Crimes against Humanity of enforced disappearances of persons and their consequent torture by other States, inter alia.

The lives and well-being of countless human beings are now at risk, hanging in the balance, waiting for you to act promptly, effectively, and immediately to save them from becoming Victims of Rome Statute Crimes against Humanity perpetrated by the Highest Level Officials of the Obama administration as successors-in-law to the Accused by opening an investigation of my Complaint. Otherwise, I shall be forced to file with you and the I.C.C. a follow-up Complaint against the Highest Level Officials of the Obama administration. I certainly hope it will not come to that. Please make it so.

Finally, for reasons more fully explained in the Conclusion to my Complaint, I respectfully request that you obtain I.C.C. arrest warrants for the Accused in accordance with Rome Statute articles 58(1)(a), article 58(1)(b)(i), article 58(1)(b)(ii), and article 58(1)(b)(iii). The sooner, the better for all humankind.

I respectfully request that you schedule a meeting with me at our earliest mutual convenience in order to discuss this Complaint. I look forward to hearing from you at your earliest convenience.

This transmission letter is an integral part of my Complaint against the Accused and is hereby incorporated by reference into the attached Complaint dated as of today as well.

**Please accept, Sir, the assurance of my highest consideration.**

*Francis A. Boyle Professor of International Law*

Situations under investigation

Upon referrals by States Parties or by the UNSC, or on its own initiative and with the judges' authorisation, the Office of the Prosecutor (OTP) conducts investigations by gathering and examining evidence, questioning persons under investigation and questioning victims and witnesses, for the purpose of finding evidence of a suspect's innocence or guilt. OTP must investigate incriminating and exonerating circumstances equally. OTP requests cooperation and assistance from States and international organisations, and also sends investigators to areas where the alleged crimes occurred to gather evidence. Investigators must be careful not to create any risk to the victims and witnesses.



# Public and Judicial Notice – Number 3

The actual Constitution of this country is a tri-lateral international trust, treaty, and service agreement and is a public covenant of guarantees owed to and by the sovereign states operating in international jurisdiction. These guarantees include the Bill of Rights.

No private contract of any kind can abrogate, legislate, or stand against these public covenants and no right guaranteed by them can be waived or voided. All processes, procedures, acts of legislation, federal regulations, state statutes, and agency administrative codes, must be in full compliance or they are null and void and without enforcement on American soil.

This Notice has been necessitated by the finding that: (1) the Municipal United States has trespassed upon our jurisdiction; and (2) the federal judicial oath has been undermined and invalidated by deceptive legislation rendering it null and void since October of 1991 and (3) bankruptcy trustees named by Secondary Creditors of the Municipal and Territorial government corporations have trespassed upon our states and people.

The Municipal United States is in fact strictly limited to the ten square miles of the District of Columbia. The compromised federal judicial oath shall be immediate Cause to void all proceedings which have violated any right or prerogative owed to or by the states. Federal bankruptcy trustees have no authority to address the states or people or make any claim against them; we, the American states and people, are in fact the Paramount Security Interest Holders and priority creditors of all federal corporations.

James Clinton Belcher, Head of State

United States of America

**Database of national labour, social security and related human rights legislation**

Ethiopia *(141)* >

| | |
|---|---|
| *Name:* | Charities and Societies Proclamation No.621/2009. |
| *Country:* | **Ethiopia Upper House of the Federation Parliament** |
| *Subject(s):* | **General provisions** |
| *Type of legislation:* | Law, Act |
| *Adopted on:* | 2009-02-13 |
| *Entry into force:* | |
| *Published on:* | **Federal Negarit Gazeta, 2009-02-13, No. 25, pp. 4521-4566 📖 (PDF)** |
| *ISN:* | **ETH-2009-L-85147** |
| *Bibliography:* | Federal Negarit Gazeta, 2009-02-13, No. 25, pp. 4521-4566 PDF ☑ Ethiopian Parliament ☑ Ethiopia PDF ☑ (consulted on 2010-11-04) |
| *Abstract/Citation:* | Regulates the establishment and running of all charities and societies defined as "charities and societies that are formed under the laws of Ethiopia, all of whose members are Ethiopians, generate income from Ethiopia and wholly controlled by Ethiopians. However, they may be deemed as Ethiopian Charities or Ethiopian Societies if they use not more than ten percent of their funds which is received from foreign sources" (section 2(2)). |

## SECTION TWO CHARITIES AND SOCIETIES AGENCY

11. Powers and Functions of the Director General

1/ The Director General shall be the chief executive of the Agency and shall, according to the general directions given to him by the Ministry, direct and administer the activities of the Agency.

2/ Without prejudice to the generalities of sub-Article (1) of this Article, the Director General shall:
a) exercise the powers and functions of the Agency specified under Article 6 of this proclamation;
**b) employ and administer the employees of the Agency in accordance with regulations issued by the Government following basic principles of Federal Civil Service Laws ;**

## SECTION THREE CHARITIES Sub-Section One General 14. Definition

1) "A Charity" means an institution, which is established exclusively for charitable purposes and gives benefit to the public.

2) "Charitable Purposes" shall include:

a) **the prevention or alleviation or relief of poverty or disaster;**

b) **the advancement of the economy and social development and environmental protection or improvement;**

c) the advancement of animal welfare;

d) **the advancement of education;**

e) **the advancement of health or the saving of lives;**

f) the advancement of the arts, culture, heritage or science;

g) **the advancement of amateur sport and the welfare of the youth;**

h) **the relief of those in need by reason of age, disability, financial hardship or other disadvantage;**

i) **the advancement of capacity building on the basis of the country's long term development directions;**

j) **the advancement of human and democratic rights;**

k) the promotion of equality of nations, nationalities and peoples and that of gender and religion;

l) **the promotion of the rights of the disabled and children's rights;**

m) the promotion of conflict resolution or reconciliation;

n) **the promotion of the efficiency of the of the justice and law enforcement services; and**

o) any other purposes as may be prescribed by directives of the Agency.

3/ A public benefit shall be deemed to exist where:

a) **the purposes of the Charity can generate an identifiable benefit to the public;**

b) the purposes of the Charity do not create a situation wherein its benefits exclude those in need; and

# GLOBAL KLEPTOCRACY



*Self-serving leaders throughout the world increasingly assume power with the goal of becoming rich at the expense of the majority of their population, and of the commonweal.*

*Dictators and oligarchs, presidents and prime ministers, bankers and corporate CEOs, intellectuals and technocrats, and assorted enablers and sycophants, are stealing their nations' wealth, and laughing all the way to their off-shore tax havens.*

*The endgame of this plunder will be obscene riches for the plutocratic minority and immiseration and oppression of the majority.*

*Now more than ever, it is critical to understand the nature of the global neoliberal economic system and the kleptocrats who thrive on it, and to give serious thought to survival options in a world increasingly controlled by and run for the benefit of thieves.*

### INSTITUTIONS OF GLOBAL POWER

### CENTRAL BANKS

**BANK OF INTERNATIONAL SETTLEMENTS**
**FEDERAL RESERVE**
**BANK OF ENGLAND**
**CENTRAL BANKS OF MOST NATIONS]**

### GLOBAL BANKING CONGLOMERATES

### THE 25 LARGEST BANKS IN THE WORLD (2012)

**HSBC**
**BNP PARABIS**
**INDUSTRIAL AND COMMERCIAL BANK OF CHINA**
**MITUBISHI**
**CREDIT AGRICOLE**
**BARCLAYS GROUP**
**ROYAL BANK OF SCOTLAND**

**JPMORGAN CHASE**
**BANK OF AMERICA**
**CHINA CONSTRUCTION BANK**
**MIZUHO FINANCIAL GROUP**
**BANK OF CHINA**
**CITIGROUP**
**AGRICULTURAL BANK OF CHINA**
**ING GROUP**
**BANCO SANTANDER**
**SUMITOMO MITSUI FINANCIAL GROUP**
**SOCIETE GENERALE**
**UBS**
**LLOYDS BANKING GROUP**
**GROUP BCPE**
**WELLS FARGO**
**UNICREDIT**
**CREDIT SUISSE**
**DEUTSCHE BANK <u>TRANSNATIONAL CORPORATIONS</u>**

**<u>THE 25 CORPORATIONS WITH THE GREATEST GLOBAL IMPACT (2011)</u>**

**1 - BARCLAYS PLC - GREAT BRITIAN**
**2 - CAPITAL GROUP COMPANIES INC. - UNITED STATES**
**3 - FMR CORP (Fidelity Management) - UNITED STATES**
**4 - AXA FR 6712 - SWITZERLAND**
**5 - STATE STREET CORPORATION - UNITED STATES**
**6 - JPMORGAN CHASE & CO. - UNITED STATES**
**7 - LEGAL & GENERAL GROUP PLC - GREAT BRITAIN**
**8 - VANGUARD GROUP, INC. - UNITED STATES**
**9- UBS AG - SWITZERLAND S**
**10 - MERRILL LYNCH & CO., INC. - UNITED STATES**
**11 - WELLINGTON MANAGEMENT CO. L.L.P. - UNITED STATES**
**12 - DEUTSCHE BANK AG - GERMANY**
**13 - FRANKLIN RESOURCES, INC. - UNITED STATES**
**14 - CREDIT SUISSE GROUP - SWITZERLAND**
**15 - WALTON ENTERPRISES LLC - UNITED STATES**
**16 - BANK OF NEW YORK MELLON CORP. - UNITED STATES**
**17 - NATIXIS - FRANCE**
**18 - GOLDMAN SACHS GROUP, INC. - UNITED STATES**
**19 - T. ROWE PRICE GROUP, INC. - UNITED STATES**
**20- LEGG MASON, INC. - UNITED STATES**
**21 - MORGAN STANLEY - UNITED STATES**
**22 - MITSUBISHI UFJ FINANCIAL GROUP, INC. - JAPAN**
**23 - NORTHERN TRUST CORPORATION - UNITED STATES**
**24 - SOCIÉTÉ GÉNÉRALE - FRANCE**
**25 - BANK OF AMERICA CORPORATION - UNITED STATES <u>ENERGY CORPORATIONS</u>**
(a partial list)

**ROYAL DUTCH SHELL**
**CHEVRON**
**BRITISH PETROLEUM**
**EXXON/MOBIL**
**TOTAL**
**CONOCO PHILLIPS**

Public and Private Lien Issued to the Holy See, Vassals, and Franchises

Before all creation let it be witnessed and stand that the Holy See and its Vassal known as the British Crown and its Vassals known as the International Monetary Fund and Federal Reserve and France (Incorporated) have benefited themselves at our expense via the establishment of titles and enclosures which have been used by the same Vassals and Franchises to allege debts which do not exist against persons that do not exist and states that do not exist.

These fictitious persons are operated under the defunct and obsolete and immoral Law of Noah which was overcome and outlawed on the land circa 3785 BC.

These acts of fraud have been pursued and participated in while both the Holy See and the British Monarch have occupied positions of trust and have pretended to us and to the rest of the world that they have acted as our international trustees and while they and the French Government have been responsible for administration of the United States, a corporation obligated to provide us with stipulated governmental services, and the United States of America, another governmental services corporation employed by the United States.

These venal acts and practices of constructive fraud have been carried out in the sight of God and are abominations against the Truth and they are owed remedy on the land and cure on the sea and redemption in the jurisdiction of the air.

All right, title, and interest in these organic states belong to the flesh and blood people who live in this country who are the progeny and beneficiaries of the militia members known as the free, sovereign, and independent people of the United States according to the Definitive Treaty of Peace, Paris, 1783.

These living people are not United States Citizens, nor are they citizens of the United States. They are not persons and they are not personified via the use of names presented in corrupt Latin using all capital letters. The living people are natives of fifty sovereign geographically defined nation-states; they are known as Texans, Californians, New Yorkers, Oregonians, and so on.

Pretensions otherwise have been used to advance false claims and to justify acts of inland piracy, unlawful conversion of assets, fraudulent conveyance of property, mischaracterization, personage, tortuous copyright infringement, issuance of mortgages, false arrest, impersonation of elected officials and numerous other sins and omissions.

In an effort to remedy these wrongs and establish an end to them Pope Francis has declared a Year of Jubilee and yet no palpable and practical action has been taken by the Pontiff's office to expedite the return of titles held under color of law by the Vatican and its affiliates nor has there been any administrative protocol established to assist in the re-conveyance of property interests  owed to the

Americans and the actual American States, and to date the banks and attorneys and employees of the United States, Inc., and the United States of America, Inc., and other franchises and affiliates of the Holy See, British Crown and French Government responsible for these false claims and acts of personage on our shores have not been compelled to cease and desist their activities and have not been redirected or re-educated.

Discussions regarding this circumstance and promises to cure have been ongoing since 2008 without systemic beneficial result whereupon we establish a lien upon the Holy See and the British Crown and the French Government and their franchises and affiliates payable as fifty (50) million tons of pure gold or as the complete and actual release of all American property both public and private, free and clear of all debt, claim, title, patent, trademark, copyright, power of attorney or other encumbrance; all property to be returned to the actual States and people to whom the soil and assets of the soil belonged as of January of 2008 or otherwise made whole to the satisfaction of those Americans who have been harmed by malicious foreclosures, together with all profits, fees, rents, interest on investment, disbursements, dividends, pensions, beneficial contracts, rights, lease-holds and other property naturally belonging to us and our estates --- due and payable now.

We take this action under the Universal Law of Necessity, having exhausted all Administrative Remedy long ago and having endured eight (8) years of negotiations and promises which have not created any equitable remedy nor any satisfactory correction of the operations of the American Bar Association and its membership, the various banks owned and operated by the Holy See and its Vassals, the United States, Inc., the United States of America, Inc., and the numerous other incorporated entities responsible for these and other abuses of the living people on Earth.

We also establish an additional separate lien against the World Bank, International Bank of Reconstruction and Development, and Bank of International Settlements for their role in seizing assets owed to our grandparents and parents under the false pretense that the assets were abandoned when in fact the Priority Creditors were never notified of the settlement of the bankruptcy of the United States of America, Inc. and thereby deprived of their administrative relief.  This separate Due Process lien is assessed in the amount of $387 billion United States Dollars payable in gold owed to the American people and their organic states, and which is also due and payable now.

We take this action as free, sovereign and independent people of the United States and progeny of the militia known as the people and also act as agents of the States of America and thus in both public and private capacity bring claim as the Priority Creditors of the United States, Inc., and the United States of America, Inc., Federal Reserve, International Monetary Fund, United Nations Corporation, American Corporations Company, Internal Revenue Service, Depository Trust Corporation, Bank of New York, Bank of America, Merrill-Lynch, and all those Principals and their franchisees responsible for the criminal misadministration of these and other foreign corporations on our shores.

We declare that we and our progeny no longer live under the Law of Noah nor under the Law of Moses but under the Law of Yeshuah and though we retain all beneficial interest in and dominion over the Earth and especially over those portions of the Earth that are ours by direct inheritance, we are in fact sojourners upon the Earth permanently domiciled in the jurisdiction of the air.  We declare that we are true and verifiable biological progeny of the people known as the free, sovereign, and independent people

of the United States and that we have the standing and authority to present all claims, take against all Wills, settle all debts and execute all processes necessary to set free our natural inheritance.

We declare that all pretension that we are persons or voluntarily choose to act as persons is a lie and fabrication of the Father of All Lies.

We declare that we do not reside in any fictitious realm known as a State of State nor any County of County nor Municipality operating as a franchise of the United States, Inc., the United States of America, Inc., District of Columbia Municipal Corporation or any legal fiction construct whatsoever.

To whatever extent legal fictions can be said to exist, they exist as creations of men, and no creation is greater than its creators.

We declare all these suppositions regarding legal fictions including names and all resulting presumptions and assumptions of obligation to be fraudulent by nature, repugnant to reason and reality and therefore also, void.

We declare that we do not voluntarily adopt nor assume for any purpose any sign in "DOG-LATIN" constructed so as to deceptively resemble our given names ---which are all private property--- rendered in English; and do not mistake such deviously constructed signs to be our name in fact and do not operate such signs or icons in trade or business except under duress which renders any participation in Satan's System (SS) invalid and involuntary.

We declare also that we are not idolaters nor subject to idolatry and do not worship graven images in any form or kind, including Federal Reserve Notes, United States Notes, Treasury Reserve Notes, or whatever other so-called legal tender can be dreamed up and foisted off on the innocent public, nor do we worship any coin or commodity of the Earth, for all the Earth and its products belong to us.

We declare that we are unincorporated sovereign beings and not subject as sovereigns to any crown or state. Crowns and states are subject to and accountable to us.

We declare that we are not liable for the creation, misadministration, misconduct, and general criminality of these various foreign corporations acting in violation of the charters, treaties, and trust indentures which have allowed them to exist and to operate on our shores.

So it is said and done in the presence of the True God in this moment called now and in this Court of Record entered in addition to and in support of the judgment and findings of the Alaska State Superior Court Case Number 07022015-00012.

Judgment and Findings of the Alaska State Superior Court
In Term Equity
Jurisdiction of the Alaska State
Matanuska-Susitna County
4th of July 2016
Case Number: 07012015-00012



## History

This suit in equity has been brought before this Article X Court of Record to determine the material interests of Claimants who are American State Nationals, all Caucasian men above the age of majority, all having proven and established by public record that they are in actual fact the grandsons of similarly qualified men who were living landlords in their respective states of the Union during or prior to the years 1868-1888 and as grandsons they do claim under the Laws of Equity their interests both public and private in all those states of the Union and all property public and private upon the land of those states of the Union that their grandfathers possessed and which they claim they are heir to and beneficiary of under the Cestui Que Vie Act of 1666 and subsequent Acts establishing the inheritance of these estates.

## Findings

These men so qualified stand as agents and representatives of fifty nation-states established by trust and compact upon the land jurisdiction of the United States and have by their words, deeds, and acts recorded by this court brought collective action for all living heirs, claimants, and beneficiaries without exception and by the laws of primogeniture accepted and binding upon their grandfathers and by the rule of Cestui Que Vie trusts which recognizes that the heir of the grandfather is necessarily also the heir of the father, we grant and decree that these men having standing, right, and equity are each  severally and jointly sovereigns of the land and Holders in Due Course of all priority claim and material interest owed to these nation states acting in behalf of the collective interest of their wives, their progeny and all lawful heirs and beneficiaries of these estates.

Insomuch as these are living men well-established and qualified by sufficient evidence to be living heirs of similarly qualified men who were grandfathered into all rights and interests owed these states and their estates,  it is the finding of this Court that their claim upon their respective grandfather's estates and their paramount claim upon the land and land assets of their respective states of the Union stands, and none of the respective property of these nation-states can be said to be abandoned nor subject to any greater or subsequent claims by secondary creditors.

Whereupon we declare and decree before the whole world that The united States of America still stands and is claimed in equity by valid heirs and progeny of the militia known as the people who established each nation-state existing upon the land jurisdiction of the United States.

We confer all right and title held in behalf of the rightful heirs in equity thus shown to be alive to them and to their heirs and to the collective beneficiaries of their claims and actions here today.

Order

It is so ordered that all those now claiming to be American State Nationals standing upon the land jurisdiction of these United States must be honored and accorded their sovereign rights, their property free and clear of secondary claims or encumbrances, and their inheritance in full and plenty must be delivered unto them without duress or distinction according to the Will of these living claimants and their grandfathers.

The probate of their claims in equity and the probate of their private estates and the probate of their public estates amounting to fifty nation-states upon the land jurisdiction of these United States and all appurtenances thereto is now concluded and decided in their favor.

by Order of Judge James Clinton Belcher:

and so entered upon this Court of Record  this 4th Day of July
in the Anno Domini year of 2016, all rights reserved,
sealed and delivered



## Registered Mail Receipt

| Extra Services & Fees | |
|---|---|
| ☐ Registered Mail $ | $13.95 |
| ☐ Return Receipt *(hardcopy)* $ | $3.85 |
| ☐ Return Receipt *(electronic)* $ | $0.00 |
| ☐ Restricted Delivery $ | $0.00 |

☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Total Postage & Fees
$ $31.70

Customer Must Declare Full Value $20.00
$ 20.00

Received by
07/12/2016

Domestic insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

WASILLA, AK 99654

**To Be Completed By Post Office**

FROM: James Clinton & Anna Maria
℅ P.O. Box 520994
Big Lake, Alaska
99654
Postal Code Extension 99652

TO: His Holiness Francis
℅ Apostolic Palace
00120 Vatican City State
Italy - EUROPE

S Form **3806, Registered Mail Receipt**     *Copy 1 - Customer*
pril 2015, PSN 7530-02-000-9051     *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

---

WASILLA
401 N MAIN ST
WASILLA
AK
99654-9998
0295550687

7/12/2016     (800)275-8777     4:11 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Intl Package | 1 | $13.50 |
| (International) | | |
| (Italy) | | |
| (Weight:0 Lb 6.40 Oz) | | |
| (Custom #:LC796394898US) | | |
| Registered | 1 | $13.95 |
| (Amount:$20.00) | | |
| (USPS Registered Mail #) | | |
| (RE162241976US) | | |
| Return Receipt | 1 | $3.85 |

Total     $31.30

Debit Card Remit'd     $31.30
    (Card Name:Debit Card)
    (Account #:XXXXXXXXXXXX6088)
    (Approval #:027465)
    (Transaction #:048)
    (Receipt #:008356)
    (Debit Card Purchase:$31.30)
    (Cash Back:$0.00)

Scan event information is available

---

LC796394898US

**USPS® Customs Declaration – CN 22**

IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

From:
Sender's Last Name: Clinton     First: James
Business:
Address: ℅ Post Office Box 520994
City: Big Lake, Alaska, USA     State: AK     ZIP+4®: 99652
Telephone/Fax or Email: (907) 250-5087

To:
Addressee's Last Name: His Holiness Francis     First:
Business:
Address: ℅ Apostolic Palace
City: 00120 Vatican City, State     State/Province:     Post Code:
Country: Italy - Europe     Telephone/Fax or Email:

**2- Shipping Label (left) and Customer Copy (right)**

| | | |
|---|---|---|
| City | State | Zip Code |

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita,  ☑ Kansas City , or  ☐ Topeka} , Kansas as the

(Select One)

location for the trial in this matter.

Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☐ Yes or  ☐ No  }

(Select One)

Signature of Plaintiff

Dated: _____

(Rev. 10/15)

6