IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**HAROLD GLEN FULLER,**         )
                                )
   **Plaintiff,**          )
                                )
**v.**                          )
                                )  **Case No. 17-2580-CM**
**OLATHE POLICE DEPARTMENT, et al.,**  )
                                )
   **Defendants.**          )
                                )

## MEMORANDUM AND ORDER

On October 20, 2017, Magistrate Judge Teresa J. James entered a Report and Recommendation, recommending that plaintiff's complaint be dismissed as frivolous and for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii). Judge James notified plaintiff that he had fourteen days to object to the Report and Recommendation. Plaintiff did not timely file objections. The court has reviewed the Report and Recommendation of Judge James and fully agrees with the analysis. Because plaintiff failed to timely object, and further because the court agrees with the recommendation of Judge James, the court finds that plaintiff's complaint must be dismissed as frivolous and for failure to state a claim.

**IT IS THEREFORE ORDERED** that the court adopts in full the Report and Recommendation of Judge James (Doc. 8). Plaintiff's complaint is dismissed, and the case shall be closed. The motion for a hearing (Doc. 3) is denied as moot.

Dated this 8th day of November, 2017, at Kansas City, Kansas.

              **s/ Carlos Murguia**
              **CARLOS MURGUIA**
              **United States District Judge**