AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | ) |
|---|---|
| Harold Glen Fuller | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:17-cv-02580-CM-TJJ |
| | ) |
| Olathe Police Department et al | ) |
| *Defendant(s)* | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ %, per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the MEMORANDUM AND ORDER (Doc. 10) filed on November 8, 2017, adopting the Report and Recommendations (Doc. 8), this case is dismissed.

This action was *(check one)*:

☐ tried by a jury with _____ presiding, and the jury has rendered a verdict.

☐ tried by _____ without a jury and the above decision was reached.

☐ decided by _____ on a motion for _____

Date: 11/8/2017

*TIMOTHY M. O'BRIEN*
*CLERK OF COURT*

s/ Charles Van Ness
*Signature of Clerk or Deputy Clerk*