**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **HAROLD GLEN FULLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Case No. 17-2580-CM |
| **OLATHE POLICE DEPARTMENT, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**MEMORANDUM AND ORDER**

On October 20, 2017, Magistrate Judge Teresa J. James entered a Report and Recommendation, recommending that plaintiff's pro se complaint be dismissed as frivolous and for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii). Plaintiff failed to respond, and this court adopted the Report and Recommendation in full on November 8, 2017 and dismissed the case. After the court dismissed the case, plaintiff filed Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 12).

Plaintiff's motion does not state a valid basis for relief. To the contrary, it is largely incoherent and incomprehensible. The court cannot discern from the motion or its memorandum in support the relief that plaintiff seeks or the legal basis on which plaintiff requests relief. Like the complaint the court already dismissed, the motion is frivolous and is therefore denied.

**IT IS THEREFORE ORDERED** that Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 12) is denied.

Dated this 9th day of March, 2018, at Kansas City, Kansas.

**s/ Carlos Murguia**
**CARLOS MURGUIA**
**United States District Judge**